Due to the Zoonotic Disease Corona Virus ( Covid 19 – This case is filed under the Mailbox Rule 3(d) of the Rules Governing subsection 2255; Proceedings are extended to Pro' se filers .

Plaintiff  : Veretta Burnett Rule 17 (3)(c) (2)   Loreatha McGee , Christopher Burnett, LaDarius Burnett- Sanford, Elizah Davis- Burnett, Farrad Al-Kindi

16600 Greenfield Rd. Apt.[307]

Detroit , Michigan 48235

313-675-3565 cell phone

313-772-3838 cell phone

       VS.

Defendant 1 : William Barr

United States Department of Justice

950 Pennsylvania Avenue , NW

Washington, DC 20530 -0001

Defendant 2: Matthew J. Schneider

United States  Attorneys  office

211 W. Fort Street , Suite 2001

Detroit , Michigan  48226

 Defendant 3 : Federal Bureau of Investigation Headquarters

935 Pennsylvania  Avenue  NW, Washington DC 20535 regarding

EASTERN DISTRICT OF MICHIGAN - UNITED STATES DISTRICT COURT

Detroit FBI ( Chris Hess-7, David Harmon, Gwen Rosenthal )  Rule 17 (2) (d)

Defendant 4 :Department of Health and Human Services Jacket number 07-474207N

 Hubert H. Humphrey Building

200 Independence Avenue , S.W. Washington, DC 20201

Defendant 5  – Highland Park City ( William T. Ford ) ( Mayor  H. Yopp ) ( Chief of Police

Theodore  Caldwell   II )

12050 Woodward  Avenue

Highland Park , Mi. 48203

Defendant 6 – James McGinnis

985  E. Jefferson  Ave. Ste. 100

Detroit , Michigan 48207

Defendant 7  Detroit Public Schools Headquarters : Attention Dr. Nikolai P. Vitti

3011 West Grand Blvd.

Detroit Michigan 48202

Defendant 8 Danna Nessel  Attorney General for Wayne County

3030 W. Grand Blvd Suite # 10200

Detroit Michigan

 Defendant 9- Hostile witness Law offices of Christopher Trainor and Associates , Specifically

Shawn Cabot P-64021 and Christopher Trainor .  Rule (13)(2)(g)  Rule (19)(2)

Rule 611 (b) Mode and Order of Examining Witnesses and Presenting Evidence  **(b) Scope of Cross-Examination.** Cross-examination should not go beyond the subject matter of the direct examination and matters affecting the witness's credibility. The court may allow inquiry into additional matters as if on direct examination.

**(c) Leading Questions.** Leading questions should not be used on direct examination except as necessary to develop the witness's testimony. Ordinarily, the court should allow leading questions:

   **(1)** on cross-examination; and

   **(2)** when a party calls a hostile witness, an adverse party, or a witness identified with an adverse party which is Shawn Cabot and Law Offices Of Christopher Trainor and Associates, during our Conversation Christopher Trainor apologized Shawn Cabot didn't take care of my case."… Shawn Cabot was willfully negligent on purpose  and  showed willful  misconduct which caused me injuries financially as well affected  my life today as well as my children. Jacket number 07-474207N ( 09-151180 DS)

( Shawn  Cabot-P-64021 told me he was going to lie to the Federal Judge Marianne O Battani at the  Detroit Main Library during an attorney client meeting Rule 11( b) (2)(3)  .  Whereas we were in  the children   room of the Detroit Main Library   at 5201 Woodward Avenue Det. Mi. , where the librarian  had to tell Shawn Cabot to be quite its children in the room because Shawn Cabot was yelling , " how he was going to lie to the Judge, how he has been wearing the same suit for 7 years , while I was crying  asking him do I still have to have sex with the terrorist?  The facts will show  on a  wiretap that Shawn Cabot-P-64021   Rule 11 (b) (2)(3)  heard  Osama Bin Laden number 2 Aaron Labarrie , turn himself into me( Me, representing Chris Hess-7 as his

personal confidential  informant -consultant as  Mohamet with Company )  and told me he'd(

Osama Bin Laden number 2- Aaron Labarrie  ) rather give me the money – Only there wasn't

any money it was the connections to the Osama Bin Laden  Terrorist Tapes which included

Mayor  Yopp of Highland Park City and Chief Of Police Theodore Caldwell II , and Hamza Bin

Laden  , to turn over to the  Detroit FBI, specifically  Chris Hess-7 , David Harmon , and Gwen

Rosenthal . ( According to History.com  The Patriot Act. August 21, 2018 –

a.  The Patriot act allowed law enforcement  to use surveillance and wiretapping to
    investigate terror related crimes. ( as Shawn Cabot  took my case to hide discovery)

b.   The Patriot act allowed federal agents to request court permission to use roving wiretaps
    to track a specific terrorist suspect.

c.  The Patriot Act provided aide to Terrorism Victims and Public Safety officers involved in
    the investigations or preventing terrorism or responding to terrorism attacks.

While the USA Freedom  ACT which had not existed in 2012   during the Osama Bin Laden

Deposition of myself ,  Veretta  Burnett.  The USA  Freedom  ACT cannot   be taken into

account because President Barack Obama  didn't sign it into law  unto  June 6, 2015.

 Furthermore, after Aaron Labarrie -Osama Bin Laden Number 2 told me he'd rather give me

the money ; Some  strange white lady started calling me from a blocked number screaming at me

through the phone asking me  , "What Money"? ( The Patriot Act allowed law enforcement  to

use surveillance and wiretapping to investigate terror related crimes) ( In which I was informing

doing my job reporting directly to  Chris Hess-7    about  Osama Bin Laden number 1 and Osama

Bin Laden number 2

( Shawn Cabot-P-64021 as a police brutality lawyer makes his living on spying on police wiretap's and police scanners , so because the FBI had roving wiretaps , Shawn Cabot P-64021 as a defense attorney has his ways of  spying on  roving wiretaps )

Shawn  Cabot-P-64021  Rule 11 ( b) (2) (3) as my attorney told me  I didn't deserve the money I was going to squander the money so the *Court Room work Group*  based on  Willful misconduct and  Willful  Negligence   and an attempt to hide Discovery  of both Osama Bin Laden's number 1 and Osama Bin Laden number 2  by  sabotage  from my own attorney Shawn Cabot P-64021 who colluded not to pay me  $ 5 million  75,000  in 2011 for  explaining How Osama Bin Laden number 1- Gustavo Guerrero  and Osama Bin Laden number  2 Aaron Labarrie  ended up  still alive  ( in present day and in America)  in  America at my apartment at 11 Farrand Park and 730 Whitmore  Detroit , Mi  3 months before  President Barack Obama #44 said Osama Bin Laden was killed by Seal Team 6 ; while previously  making Terrorist tapes against America ; which included Chief  of Police of  Highland Park Michigan ,Theodore Caldwell II  along with Mayor Hubert  Yopp's involvement in the making and distribution  of the Osama Bin Laden Terrorist Tapes – since  Theodore Caldwell II was a narcotics officer in Highland Park Michigan 48203. )

Furthermore ; James McGinnis  Rule 37 (a) (1) (2)  Rule 37 (3) (a)  asked  during the Osama Bin Laden deposition  On page 29 Line 6    Rule 27 (a)(4)  asked :  Question : You would give them drugs ? in reference to me admitting that I was on drugs in Line 5 of my answer of how I met  Both Osama Bin Laden Number 2  and number 1  ,   during the Osama bin Laden deposition  Case No. 09 cv 14238  Rule 27 (a) (4) under  Rule 32 (a) (1)  when I mentioned I was on drugs. Shawn Cabot P-64021 Rule 37 (a) (1) (2) Rule 37   My own attorney objected to the line of questioning basing his objection to relevance ; and relevance was everything  to the line

of questioning being objected too  by my own attorney refer to  page  29 of the Osama Bin Laden

Deposition case number 09 cv 14238 Rule 27 (a) (4) under Rule 32 (a) Rule 37  (3) (a)  ;

Evidence will show on several occasions Shawn Cabot P-64021 maliciously  blocked discovery .

The reason that is important is because  when I was a dancer I used cocaine before the

WTC was attacked in  September 11, 2001 . By  2002  I had found Kim Jong Un Secret

Detention, and after coming out of Kim Jong UN place of detention   I was arrested for drug

paraphernalia , although I had just witnessed the torturous  conditions of Kim Jong UN in an

abandoned McDonalds on Mack and Peck  in Detroit Michigan 48215 .

Backing up to 2001  when I was dancing leading up to 2002 of me finding Kim Jong Un

Secret detention .   I had  international clientele – customers at 007 a Topless Entertainment Bar ,

I had the Asian Scientist who lived in  Novi who   wouldn't let no other female dance for him at

007, he would wait 15 min- to 20 minutes for me to change clothes patiently.  I had the  White

guy Robert Welch  .I met Tupac Shakur- Harry Davis on September 09, 2001  only after about 4

months dancing .I had the right  Pimp at 007 his name was Ralph Willis . Ralph used to sale

crack to his own personal  Caucasian customers outside the Topless Entertainment scene, all

Ralph did was deliver 8 balls of cooked crack  to Caucasian people-crackheads, living in the

suburbs surrounding Detroit , Mi .

I gave Ralph Willis $3,000 cash to fix his roof so he hired his Crack head Uncle to fix

the roof then he took me with him to  buy  6 ounces of crack cocaine from Ray – Gooch at 7 mile

cycle  . It was a deal $500 per ounce already cooked up, Ralph told me . So Ralph took me to 7

Mile Cycle; Where Ray -Gooch owned the motorcycle shop.  Ralph went in and purchased 6

ounces of crack cocaine. I stayed in the car ; I had seen this guy with a camera; going into    7

Mile cycle I was immediately attracted to him although he was dressed like a bum. Come to find

out Harry Davis- Tupac Shakur was recording Joy Rd the Movie at 7 mile Cycle, while Gooch – Ray was slanging ounces of crack cocaine already cooked up and hard in  big paper plates styles, out the front door  . ( Important note: I had only seen  thick ,paper plates of crack like that is when I was 13 ,  Paycheck use to take me with him to the stash house , Paycheck use to make me sit on the floor of the front seat of the car on the passenger side so I didn't know where we were going, on our way to the house where he kept pounds of crack cocaine , I could only get out the car once Paycheck pulled into the back of the  stash -house and we would go into the back door of his stash house. Paycheck had the rich people dining table back in the day that fit 12 or more people , only he didn't use it for people he used it to dry the crack  and store the crack for later use , but Paycheck trusted me because I sat on the floor of the car  as he demanded without arguing  while he drove to the weight house at his demand , I had no idea where  his weight house was although I was in his weight house physically when I was 13 in 1989  )

Back to 2001 I didn't know that it was Harry Davis- Tupac Shakur   that was recording  The movie Joy Rd. at Ray – Gooch  motor cycle shop until I met him on September 9,2001. When I met Harry Davis aka Tupac Shakur I met him as Harry Davis . I had no idea he was really Tupac Shakur as he  is a light skinned black male with sandy brown hair , totally opposite of what everyone has seen on TV of Tupac Shakur as a dark skinned bald , thinly built black male with Thug- Life tattooed on his body . I genuinely was attracted to Harry Davis not knowing he was the Real Tupac Shakur the Famous Rapper.

When he came into 007 with Ray – Gooch who was also in the Cheddar Boys video a Big Detroit rap group  who use to come into 007 and make it rain . They use to throw money all around the Club . But Gooch – Ray , and Tupac  Shakur -Harry Davis

on September 9th 2001 came into the bar alone without all the fancy clothes and

throwing money . I approached Harry Davis- Tupac Shakur after I got off the stage doing

a show with another female, I went and cleaned myself and came back . I had on a  sky

Blue Gucci dress , bra and panties with the matching purse , that Sole' the House mom

made just for me out of an old Gucci Dress I had , that Chris Sanford  my baby daddy

bought me before he was beaten  into a coma in 2000. I was having a good night – then it

got better I met Harry Davis – who I learned was Tupac Shakur through our personal

time spent together in Detroit where he first bled into me  Detroit  to  and New Jersey . (

Before I started Dancing My Baby Daddy would gang up with other guys from Mt.

Clemens and  use to  bring me along with Christopher  Sanford to 007 from Mt. Clemens

and my Baby daddy asked me what would my dance name be? I said Chocolate , Chris

Said No! its Hot Chocolate because Chris White co-workers use to tell Chris I'm Hot!-

My 5 steps  to customer acquisition was : Introduction , short story/ Qualify  ,

Presentation , Close and Rehash which would be   ," Hi, I'm Hot Chocolate with the

cherries on top and I would show a little breast and twerk a little ( Hence the cherry

tattoo's on my breast – and men would get it, especially my Caucasian and Arab

customers at Hot Tamales. At times when I had  black customer with only 1 dance money

in his pocket( $10) I would have to pass them up because I had another customer that

wanted to spend they entire lunch break with me  or spend $300 for 10 minutes of sex

and 20 minutes of foreplay of me dancing and grinding on them , as I give my customers

a time limit,( Except Tupac) . I have chronic  kidney stones called Cystinuria  I can't

take all that banging on me for  30 minutes or more; my mind start to wondering during

sex and physical pain can take over my mind from the kidney stones besides the ideas  of

what I have to do, or whose my next customer , or what money Ima set aside for the kids , or the physical pain sex can cause when you have chronic kidney stones  so I learned to give the customers a time limit for physical sex , no more than 15 minutes , although all at the Topless bar I'm giving them foreplay grinding and  showing them  my Vagina and breast   )  I had a sense of urgency for effective customer negotiations  where time is money and money is time ;One customer liked to go to the Hot tubs and see me in the water , but the Jets from the Hot Tub would hurt my kidneys so I would give him oral sex in the car to avoid that Hot Tub and the jets  blowing on my kidneys – he would just drive strait to the ATM pull out $300 and take me back to the Club. Where I would have other customers waiting for me .

 Harry Davis – Tupac Shakur took me to his home after a month into the relationship (where he- Harry Davis- Tupac Shakur  had moved into my body by now-Transference of spirits )  from Detroit   to everywhere  including  New Jersey  -   and I saw that Harry Davis – Tupac Shakur was dying in my face but he was still trying to work , saying that he has to run without water . Saying How Steve made him do it, because I was asking Harry why he giving checks to people whose not working on his movie set , or asking why was he letting himself be extorted. Tupac- Harry Davis had given me his blank check book to keep while he attended a meeting but he had Verveena Johnson and Christopher Pond around( police informants)  – Id figure he would have given them the check book . It had hundreds of Blank Checks from Reel Deel  one of Tupac- Harry Davis  businesses . So I felt that Harry Davis – Tupac Shakur was going through something other than making a movie because I started seeing signs that he was dying, during our sex-capades   .

I had met Shawn Suber  a Persian Gulf soldier . He does shelfing-or scarfing which is to steal from reputable businesses then sale it to the Arab liquor stores or to the local drug dealers  , Shawn  Suber is a kleptomaniac . He would steal items from the Casino's then take them to the Arab stores and drugs dealers to sale for crack. Sean spoke Arabic to the  Arabic store owners . But because I'm not good at stealing when he would go into MGM  Grand Casino to steal I would have to stand by the statue  a block away from the casino. When Shawn would come back out the casino we would have  $300-400  worth of merchandise that he would then shelf-or scarf on the streets and to the Arab liquor stores or to drug dealers  .

At time Shawn Suber would acquire so much crack that I would have to throw my crack rocks on the ground that he would give me so that I would not  kill myself smoking crack . Shawn Suber  was violent if I didn't want  to smoke crack with him he would fight me.

So  I had went to go see Harry  Davis - Tupac Shakur in New Jersey to get away from Shawn Suber . I was with Harry Davis for about a week , he kept saying he could not use the bathroom and he wasn't feeling good .  But one day

I saw Tupac Shakur – Harry Davis cheating in my face with a man three years into our relationship (  Harry Davis- Tupac Shakur  tried to play me, and Harry said we was going to work out , he told me to go one way and he went another way and said we was going to meet up , in 10 minutes , but I beat him to the meet up location ( I learned from being with Paycheck , to learn the surroundings before I go to someone house, so when Harry told me to meet him , I got there  and saw  that scenario )

 and when I got there I saw a Big Black man pulling Harry Davis  – Tupac Shakur  pants down or coming out of Harry -Tupac outside in broad day light in  Hackensack New Jersey , I couldn't

tell if Harry – Tupac was being raped or let this man  Rape  him in my face that's why he tried to split up during our *workout but I saw him bent over in a sexual position with a man , ( I could handle it if it was a woman but it was  a man  I couldn't understand why Tupac – Harry didn't respect that  I did peg  him  but he was dying from anal warts on his rectum from being sodomized by Ayanna Jackson and the other people involved in the orgy.( refer to the countless Public  interviews Tupac Shakur – Harry Davis  did saying Ayanna Jackson sodomized him, in which he was gravely injured during the rape on him which he kept private and had to fake his death due to his injuries of Cancer (although he did take me to a studio at Billie house   in 2002 that 14 years  later in 2016 became a secret detention for Kim Jong UN Family , and the Lady that poisoned Kim Jong Nam ….. Kim Jong Un  is posing as a Vietnamese nail tech at 12027 Woodward . As the Vietnamese woman that was accused of killing Kim Jong Nam has evaded the death penalty in 2019 .*

*A Facebook video surfaced  of an Asian woman dressed like the women on the news that put poison on Kim Jong Nam Face  being beaten  with a 2 by 4 until her scalp came off – that video was sent to Ali my Baby daddy phone around  2016  around the time I told reporter Kimberly Craig of channel 7 news WXYZ  that  I saw Kim Jong Nam , while I was working on a peace treaty and street resolution to Abu – Bakr- Al- Baghdaddi and ISIS – Israeli Secret Intelligence Services -  with Mullah Krekar , Ibn  Mullah Krekar  , Rashid Al- Maktoum , Omar Mateen, for my  boss  Sahar, Johnny, Rick Valdez, Beth , and Wii .      )*

*Back to Tupac aka Harry Davis  I didn't want to hurt his rectum even more, by pushing the anal warts further into his rectum. Then he was   bleeding inside me when he would ejaculate from Prostate cancer, his groin was  swollen up  like the size of a large orange or a small grapefruit  )( After Tupac – Harry bled inside me  in 2001 before he brought me to his home -*

*when he would ejaculate blood in me when I would be on top – his blood woke me up starting immediately in 2001 ; at first I was angry and grossed out harry bled in me ; but the changes started happening immediately . Tupac- Harry Davis took over my body, The Blood of the Holy Covenant ( from Tupac Shakur aka Harry Davis like God )  had woke me up and put his body-Spirit into my body but the bi-sexuality I was seeing from Tupac- Harry Davis wasn't Godly, it was confusing to me . https://www.youtube.com/watch?v=o9j8fs6SSfc Tupac Interview outside New York Courthouse in November 29,1994*

*)( refer to Harry Davis-Tupac Shakur  African rituals)*        as a result of seeing Harry Davis – Tupac Shakur having sex in my face with a man , while he was dying  and ejaculating blood into me ;  I turned to smoking   crack from using powder cocaine , It crushed me to see Tupac with a Man and he was dying, from the injuries of being sodomized by Ayanna Jackson who claimed Tupac-Harry Davis raped her after Ayanna Jackson straddled him  forcefully, sodomized him and gave him anal warts , or what the gangs  like Bloods and Crips call "courted inn or raped inn". ( I was jumped into the Crips not fucked  inn, raped inn or courted inn,)  Tupac's- Harry Davis was courted in or raped into the Bloods since he was never visually jumped in . Tupac – Harry Davis  penis and balls  was clean, so I had sex with him its wasn't until  I came to his home in New Jersey  that I realized he had anal cancer from being forcefully sodomized by Ayanna Jackson which caused his prostate to swell up .  That's when I went back to work my territory correctly  to  the Arab man I married in 2000 after my baby daddy Chris( who I was with for 7 years)  was beaten into a coma in early 2000.

The new Arabs    That worked at the gas station  owned  by my Grandfather years earlier was there  . The Arab men that owned the gas station was  from Lebanon at 7352 Kercheval Ave.

Detroit Michigan .( Kassam Muhammad Saad) Kassem wasn't working at 7352 Kercheval Ave, which was owned by my Grandfather years before Ali-Jimmy who married me to his cousin Kassem came along. Jimmy – Ali and I use to have sex , but he's married , so he arranged for me to marry his cousin for a green card from Lebanon they paid me a dowry . Sam, the new owner of 7352 Kercheval Ave. let me   hustle , and pump gas , because he had someone hiding on the shelf of the gas station( I believe it was Gustavo Guerrero- Osama  Bin Laden number 1 )  , I could feel that person watching us when Sam and I were intimate, in the back room where the man was being kept and fed on a top shelf . At night around the same time Sam would put a plate of food on the top shelf , he had a small step ladder to reach the top shelf in the storage room of the gas station. One day I passed out in 7352 Kercheval Ave. and had to be rushed to the hospital , by EMS ,I was so exhausted , staying up for days having sex with Sam trying to figure out who on the top shelf of his gas station .  Sam is  the new owner of Sunco Gas station at 7352 Kercheval , Detroit, Mi.. My Grandfather died but also owned property at 2136 Sheridan Detroit Mi., He owned a gas station on Jefferson and Mt. Elliot at 6300 E. Jefferson , and a Mechanic shop on Mt. Elliot and Meldrum .

My Grandfather is (  Eddie Electra Burnett, whose  10 kids were cut off from his property )  Then From Sam Gas Station I went onto 12517 Mack Ave, Detroit Mi. 48215 where I found Kim Jong UN Secret Detention in 2002 in an Abandoned McDonalds  where the Detroit Police Arrested me , and charged me with drug paraphernalia instead of saying that the  building I came out was a secret detention of the  Most wanted World Leader on President  George W.

Bush # 43 7   State Sponsors of Terrorism List;  Kim Jong Un , in my case of defense  )



 According to New York Times  George W. Bush at his presidential swearing-in ceremony in Washington in 2001. Mark Wilson/Newsmakers

Bush Takes Office

George W. Bush is sworn in as the 43rd president of the United States.

In his first State of the Union Address, President Bush charges that Iran, Iraq and North Korea "constitute an axis of evil."

**October 2002**

Admission of Nuclear Program

Confronted by Bush administration officials with evidence that it had cheated on the 1994 agreement, North Korea admits that it has been conducting a major clandestine nuclear program using enriched uranium. It declares it has now "nullified" its agreement with the United States to freeze all nuclear weapons development activity. ( New York Times Article,2002)

The Arab -Russian guy at 12517 let me hustle by pumping gas , putting air in tires , but he didn't have sex with me this was business; but there was also this male black nurse (68 whisky) . I would go into the back of the McDonalds to smoke crack while at 12517 Mack Ave while hustling ; the 68 whisky started buying $10 crack rocks and throwing them for me to find at the Back of Kim Jong UN secret Detention ; He would throw them in my face ; and say go find it ; I found so many crack rocks that I realized - something else was going on ;because the 68 whisky didn't try to have sex with me at all; he was trying to get into Kim Jong UN secret detention but the back of the McDonalds door was bolted and torched shut ; it had bead welds on it; But eventually the Arab – Russian gas station attendant that night I was arrested told me to go into the front door of Kim Jong UN secret detention not the back door, He told me to "GO SEE!" So I took the male black 68 whisky into the abandoned McDonalds which was Kim Jong UN secret detention, That's when I saw human feces all over the floor , The Male 68 whisky stayed behind me throughout the tour of Kim Jong UN Secret Detention , he had on burgundy scrubs . I had a Sony Walkman I got from WCCC3 from college , I played Prince Adore – because I didn't want to hear screaming once I entered the Abandoned McDonalds of Kim Jong Un secret detention . I trusted the male black 68 whisky- that he wasn't going to kill me in the abandoned McDonalds ; because he invested in so much money into $10

crack rocks for me to find; that it was clear he was trying to get into the  abandoned McDonalds of Kim Jong UN secret Detention .Also right before the Arab- Russian gas station attendant told me to GO SEE! I saw a man sitting on the gas station floor , the other attendant was pouring coffee into a dog dish or a dish on the floor and I saw feet of a man sitting of the floor at that point I'm thinking its  Osama Bin Laden -  The Police let the 68 Whisky  go and arrested only me that night . ( Although I smoked crack I was a highly functional addict – and could articulate the truth of what was going on in my community -the detainment of Kim Jong UN , although the police wanted to make the case about petty drugs when in actuality I was witnessing the detainment of Kim Jong UN   at the time I thought it was Osama Bin Laden because the secret detention was just opened and emptied  ; in other words  Kim JONG UN Body was moved , but I also thought  the person who was sitting on the floor of the gas station at 12517 Mack  was the same person being detained in the abandoned McDonalds.  I could only see they feet in the gas station sitting on the floor )

During this time  I was going to Wayne Community College District – Fort Street campus, downtown campus and  the Eastside campus on  St. Jean  ,As I said I believe Sam at the Kercheval Ave gas station had Gustavo Guerrero -Osama Bin Laden number 1 on a gas station shelf . This  older Sikh started approaching me for sex on my way to college. He was Guarding the Parking lot near Wayne County Community College District (WC3D)   on Fort street . He took me to his home on Griswold Street which was a senior building . When the man took me into his apartment he showed me a washboard the same type of washboard , that we used in Adrian Training school – Bootcamp for our underwear  and bra's ,  except he used the washboard for his turbans .( I went to  Adrian

Training School in Michigan  in 1990  which was a bootcamp atmosphere  that thrived off the check yourself model in which you would have to check your group members if they got out of line , or surround and put group  member down  ( Put'em down quick) if they ever showed violate outburst . I became the Check Yourself Prom Queen In Adrian Bootcamp where we had ,  Teenage men who were sexual predators  on the other side of the boot camp , often time the only boys we would see was the sexual predator boys , in which Stephen a 6 foot 5 inches 250 pound  Caucasian  boy became Prom King  and we had to dance together , during that stint I had the chance to understand the psychology  of the young boys who were in Boot camp for criminal sexual conduct and most didn't understand statutory rape. But me personally I didn't like getting sexual with the rape boys so I would tell my mom to bring Paul McGee who later became my daughter's father ;  Paul McGee would sign up as my cousin in order visit me at  bootcamp on visits so that I can see a man, who was not  wanted to sex assault , later this would change with Paul who went to prison for 10 years for strong arm robbery and Armed robbery   )( all this is important later down the line)

When the Mujahideen man  found out I was Muslim , he made it seem like he was Sikh Mujahideen and as if he confirmed "something." Then he threaten me and told me not to come back as if I blew his cover ( I kept having to switch campuses at community college because the terrorism was taking me into 2 different  directions of  downtown Detroit  Campus of WCCC3D( Wayne County  Community College District )         to the St.  Jean Campus of WCCC3D to Mack and Peck where Kim Jong Un Secret detention was . ( All the while I thought Osama Bin Laden  was  in the abandoned McDonalds because  I could only see the man feet , but when I met Kim Jong UN momma ,

I had given Shawn Cabot P-64021  the brief of  Kim Jong UN Secret Detention and he as my attorney   showed willful misconduct by   "objecting" or " blocking discovery   to James McGinnis line of questioning  blocking discovery Title V and the mechanics of  discovery and disclosures,  on when I was on drugs basing his objection to relevance .Rule (27) Depositions to Perpetuate Testimony **(a) (4)** *Using the Deposition.* A deposition to perpetuate testimony may be used under Rule 32(a) in any later-filed district-court action involving the same subject matter if the deposition either was taken under these rules or, although not so taken, would be admissible in evidence in the courts of the state where it was taken. Shawn Cabot  as my attorney blocked critical information , thus blocking my original settlement amount of  $75,000 for the physical crucifix and police brutality by Srgt. Brenda Stevenson  because 2 days  earlier I had made the FBI aware of  Chief of Police Theodore Caldwell II  involvement in the Osama Bin Laden Terrorist Tapes and the location and phone number of hamza Bin Laden due to the constant threats  being put on them to make more terrorist tapes , . Instead James McGinnis  , William Ford  and Shawn Cabot colluded not to pay me $5 million dollars for the Terrorism work  of finding Osama Bin Laden  number 1… in  2004, and Osama Bin Laden in 2005 - and Kim Jong Un  in Highland Park  Michigan in 2014  and Vladimir Putin in 2013   and $75,000  as a separate payment  for the police brutality committed by Srgt.  Brenda Stevenson on November 7th , 2007 , 2 days after I gave the FBI geographical profiled locations of the World Leaders and Most Wanted Terrorist listed above  . For a grand total of 5 million 75 thousand dollars for the work I've done for the FBI ( Chris Hess-7 ,David Harmon, Gwen Rosenthal in her Professional and Personal Capacity )  James McGinnis laughed and said they don't have to pay me because I told them I am not an Informant . I work for Chris Hess- 7  the  FBI as a confidential informant which means that I don't have to divulge my  work to James McGinnis or Srgt. Brenda Stevenson

without the permission  or confirmation from Chris Hess-7 , David Harmon and Gwen Rosenthal

in her personal and professional capacity ,especially when Chief Theodore Caldwell II of

Highland Park Police  is and has been apart in the making and distribution of the Osama Bin

Laden Terrorist Tapes with Osama Bin Laden number 2  taking advantage of the fears of

American People and Government from with inside of America.

When I met Osama Bin Laden Number 2 Aaron Labarrie – I pegged him  – so I didn't

have to see a man have sex with  him, as with  Tupac  Shakur  the rapper – Harry Davis taught

me that  heart breaking lesson with our   personal sex  experience .

Rule 11 ( b) ( 2) James McGinnis and William T Ford Rule 11(b) (2)   didn't take the

law into mind  Or the fact that title of informant  or Mohamet does not described the content of

my work performed for the FBI Chris Hess-7  In Highland Park , Michigan  . In other words , " it

doesn't matter what they call me , all that matters is the work I did for Chris Hess-7 until present

day . I called Chris- Hess-7 with geographical profiled information regarding the terrorist and

Most wanted World Leaders 2 years before the Highland Park Police Srgt. Brenda Stevenson put

me in a crucifix and police brutality me on November 7th 2007, 2  days after I went to the FBI on

Chief Caldwell. "Officer Rikki told me he didn't take my police report because I was talking

about their Chief , and he reiterated  that I was basically being  assaulted by Srgt.  Stevenson

while I was in a crucifix  because I was talking about the  they Chief , referring to Police Chief

Caldwell  who was having sex with Osama Bin Laden number 2 forcing him to make terrorist

tapes and retrieving crack for  him and Mayor Yopp.  I had already given the information to the

FBI  before the Highland Park Police  assaulted me .

Rule 44 (a)(1) (A) (B) (i) (ii)  Later   I sent all 3 FBI agents   Chris Hess-7 , David

Harmon , Gwen Rosenthal  and Kaplan Online University  Administrative  Analysis of

the  Most Wanted Terrorist and Most wanted World Leaders Geographic profiled

Locations  in   2012 .

But in 2007 I was police brutality  because I went to the FBI  in which 2 days

later I was put in a crucifix by Highland Park Police for implementing Chief Theodore

Caldwell II in the Osama Bin Laden Terrorist Tapes . Then 5 years later I sent the

Geographic Profiled  updated  locations of the Most Wanted Terrorist and Most Wanted

World Leaders  on another occasion in 2012 ; I sent a copy of my thesis  in 2012

reporting the Terrorism and Detainment of the Most Wanted World Leaders and Most

Wanted Terrorist locations ( Geographical Profiling , by Crime Mapping and Crime

Analysis  )  Furthermore , is how right before Muammar  Ghaddafi – Adel Al- Hajami

Faked his Death ( Adel Al- Hajami is not dead included is a picture  Which goes toward

my Qualitative data )Adel Al- Hajami as Muamar  Ghaddafi   –  was in America way

before   the Arab Spring – Adel – Ghaddafi told me he came to America on a ship. (

Because Ghaddafi submitted to Bush #43 he was hated, that's the narrative played out in

the fake death tape of Muamur Ghaddafi as Adel Al- Hajami .. ) Adel Al- Hajama lost

everything and became a chronic alcoholic in America. Adel Al- Hajami Detroit Police

arrest record for drunk driving  Rule (44) (a) ( 1) (a) (b) (c)  ( I have to compare ,  and

contrast the dates so that  the pattern can found example:

Beyonce' Knowles went to perform for Ghaddafi son's for $ 2  million dollars . Then in

2016 Charles Nii Armah Mensah Jr. / Shatta Wale  came riding a bike to me screaming  with his

teeth knocked out , I couldn't understand him so he gave me his Michigan Identification card ,

then he  drove away back to the secret detention , his teeth were knocked out . Then I found him

on  Whitmore and 3rd in an abandoned building being detained . Rule (44) ( a) (1) ( a) (b) (c) I

made a call for service by calling  911 in which   the 12th  police department by 911 a day after   I

went Face- Book Live to Prove that someone was being detained-chained up  in the abandoned

building surrounding my home which I figured was another Most wanted Terrorist or World

Leader . Rule (44) (a) (1) (a) (b) (c) for my Facebook Live video to be used as evidence of me

finding and searching for  Shatta Wale – Charles Nii Armah Mensah Jr. secret detention and

finding it.

      The police at the 12th precinct  told me to go home when they find Shatta Wale/ Charles

Nii Armah Mensah Jr.  they will have him call me . Charles Nii Armah  Mensah Jr. did call me

in 2018 over Whats App . Rule 44 ( a) (1) (a) (b) (c).

      An important factor is where I met  Shatta Wale / Charles Nii Armah Mensah  Jr. that  is

where  Qari Bilal- Sam used to work at 820 W. Mc Nichols – Qaril Bilal Kidnapped my  5 year

old son . ( while Kim Jong UN family  and Soldiers Children are at 230 W. McNichols, Detroit

mi. 48203  )  Qari Bilal-Sam  Kidnapped my Son Farrad Al- Kindi to 885 Covington Detroit Mi.

48203 a secret detention - from 3901 Margareta St.  Which is my son's elementary school

Palmer Park Elementary School ( the Detroit Police  took my son back to school as if nothing

happened , and my son had to let me know he was taken out of school  to a House with the Red

Door , in retrospect  Aaron Labarrie  - Osama Bin Laden Number 2 – house at 145 Tyler

Highland Park  , Michigan  is a house with a red door.."   …………………..

2 years  before I found  Charles Nii Armah Mensah Jr.- Shatta Wale -    Once I help to

free them ( Shatta Wale and Ghaddafi )  ( Charles Nii Armah Mensah – Shatta Wale) from their

secret detention Beyonce'  Knowles is involved like with Shatta Wale –  they did the Lion King

Movie  Song *Already t*ogether , but I have to work with them( Ghaddafi and Shatta Wale )  on a

secret  detainment level , on a FBI level , on a  "captured" Level– which is finding their secret

detention  or when they locked and chained down in an abandoned building ,and like  Ghaddafi-

Adel Al- Hajami living in squalor   in my community . ( I'm asking William Barr and Matthew

Schneider . to watch "Catch a Fire" to understand my analogy of Vladimir Putin  in the League

of World Leaders  –  Catch A Fire -The True Story of Patrick Chamusso-  according to  *Joanne*

*Laurier*

*11 November 2006   catch a Fire  - Patrick Chamusso -* Leaving Precious in the dark about his

mission, Patrick abandons his family and illegally enters Mozambique where he begins training

with the ANC under MK commander Joe Slovo, one of the few white leaders of the force. Slovo

is in charge of Special Ops, a unit set up to engineer acts of military propaganda designed to

demoralize the white oppressors. Patrick (codenamed "Hotstuff") prepares to become a one-man

assault team for a second hit on the Secunda refinery.( In my eye's Vladimir Putin plays the role

of MK Commander  Joe Slovo – except in my eyes  Vladimir Putin is not the savior of Apartheid

nor is he the better "white man" for Black America to put their trust in as Black people have

been fighting  the Russians since the Egyptians days . Refer to Black Georgia in Russia .   As

President John F. Kennedy built thousands of  bomb-shelters across America  as a result of

Vladimir Putin and the cold war.

As Jimmy Carter Book Palestine Peace not Apartheid ,spoke how the Russian's migrated

in the  millions to  Israel learning Yiddish and setting up corporations in Israel  but the fastest

growing population  in Israel  is the Israeli Arab. My evidence of the   Israeli Secret Intelligence

Services or ISIS .  This is about  "Israel"  having a Terrorist organization in the middle east

because America had-has  Al-Qaeda in the middle east  , and Israel had no  Middle Eastern

Allies or terrorist group to kill the Arabs with the "Al" connotation to their name  who helps or

have helped American causes through warlord tactic's .   Example : Al- Baghdadi , Al-Zarqawi ,

As we know the war in Israel is  the Ashkenazim  Jewish immigrants from Europe and

America  were against the oriental Jews called the Sephardim  whose families had come from the

middle east and Africa.  The oriental Jews or the Sephardim had a higher birth rate in Israel ,

then their European and American Jewish Counterparts, besides the Arabs who were told to

emigrate out of Israel and the Jews of Palestine before it was called Israel  .( Carter,2006p.40)

Carter states in Palestine Peace Not Apartheid , " Menachem begin was  also a major

force for victory in  Palestine. After he and his family suffered persecution  in Eastern Europe

and Siberia  for his political  activity as a Zionist, he was released from a Soviet Union  prison

and went to Palestine in 1942. He became  the leader of the militant underground group called

the Irgun, which espoused the maximum demands of the Zionism. These included

1. Driving British Forces  out of Palestine., He fought with every weapon available to

   him against the British , who branded him a pre-eminent Terrorist  in the region.

   (Palestine Peace Not Apartheid , Carter ,2006 p.40)

Retracking my steps  from 2001-2003, I worked at Butzel Elementary School at 2301

Van Dyke St Detroit , Michigan 48214  after I stopped dancing at the Topless Bars in Detroit ,

Michigan. I was then recruited by the New Black Panthers . The leader stayed on  Ewald circle.

The  female who recruited me to the New  Black Panthers  son went to the school . Rule 27 (a)

(4)  using the Osama Bin Laden Deposition 2:09 cv 14238 referring to my connection to the

Nation of Islam , Minister Farrakhan , and my visit with Minister Farrakhan at the Detroit

number 1 Mosque on Wyoming in Detroit -  when I was 10 and he offered to find me a husband .

When the  Beltway Sniper Attacks happened beginning in 9/5/2002 according to Wikipedia…

The  New Black Panthers wanted me to go with them to apprehend  Lee Boyd Malvo

and John Muhammad before the police caught them, the New Black Panthers Leader

specifically wanted to cut off John Muhammad and Lee Boyd Malvo in  Virginia and capture

them  before the police captured them.  . However I was working at  2301 Van Dyke  St.  Detroit

, Mi. 48214 ( In which I was clean from any drugs)  at  Butzel elementary school – Helping the

disabled children who couldn't feed themselves eat, during lunch time and helping put up

bulletin boards and taking disabled children who couldn't get out their wheelchair to the

bathroom safely  – I had to carry them and put them on the toilet then leave them alone until they

finished ,( They - in some cases could not wipe themselves.)  I helped Mrs. Hill the normal lunch

lady for the disabled class at lunchtime, and the teacher for the disabled class by putting up her

Bulletin boards keeping the class visually audible  .  The  New Black Panther's went to Virginia

and Washington to find the DC snipers as a group to apprehend both John Muhammad and Lee

Boyd Malvo .Speeding up years later ,  In 2010 , after writing a demand letter to know or a

Habeas Corpus to Michigan State Legislators demanding to know where the secret detainee's

was being held in Michigan and why each one was being held asking  Michigan State Legislators

publicly on social media  accounts about the secret detainee's true location as  I started believing

from the evidence of the secret detention at 885 Covington that President Obama moved the

detainee's   in the *"Hood"*, in the Black community  ( years later this was very important )  , in

2016 while having register voters sign petitions to increase minimum wage , I saw Lee Boyd

Malvo , Downtown  Detroit at 1310 Cass  Rosa Parks Transit Center, Detroit , Mi . He  and his

crew of young men had on red and black . I told him , " you look like Lee Boyd Malvo  as he

signed my petition and the crew of boys started going wild .( I don't remember the name he

signed on my petition because the young men he was with was so rowdy when I mentioned the

name Lee Boyd Malvo  , I was paying attention to the crowd , because they all were dressed

alike .

Except Lee Boyd Malvo  had a bald fade . That's important because when I told the

Transit police at Rosa Parks Transit Station  that day , the Police waited until the next day

when the same group of boys came to the Transit Center with the same red and black on

without Lee Boyd Malvo  , this time the young man was with a female and the Police

Stopped and Frisked the Wrong guy , although he was with Lee Boyd Malvo  and had on

the same colors – but this guy had a long ponytail and red and black   jacket on  . So I

took pictures of the Transit Police stopping and frisking one of the guy's with  Lee Boyd

Malvo  , with the red and black Jacket on ,just like Lee Boyd Malvo  had on when they

were together a day before  at Rosa Park Transit Station . I will include those pictures as

evidence , into my case( of the Transit Police stopping and frisking the young man with

Lee Boyd Malvo  a day later ) . After the Police stopped and Frisked the young man with

a female only , I never saw that young man again at the Transit Station. The Transit

Police waited a day to "Act". Lee Boyd Malvo  should not be in a secret detention –

instead of a jail. .However , after I tried contacting  Lee Boyd Malvo  mom. This tall

black female about 5'8 started following me into Manchester Check Cashing at 14001

Woodward  , to me she look like   Lee Boyd Malvo 's mom, She kept telling me wait

until her boyfriend get there , because she kept running up to fight me but she would stop

in midstream of actually  approaching me -  So when her boyfriend  showed up  she started running up to fight me , I pulled out my knife to let them know if they come close I'm stabbing the both of  them. Then the female pulled out her knife , she ran up on me again but there was no where for me to go , when she saw I was ready  standing solid with my knife out , she left out the Metro PCS store  calling someone on the phone telling them I'm  trying to fight her as if they knew me , having a conversation about me with someone on the other end -  but I didn't know them.  I called the police , but they never came . Her and Her boyfriend left , once they saw  I was fighting back . I grabbed my petitions off the floor then left the Metro PCS  by T- mobile store .  Pars  Minuta prima - , details and major  addresses of Ghaddafi fake death tape ( where it was made  at 15736 West Warren Detroit Mi. )  have been sent to Congress Woman Rashida Tlaib of the 13th Congressional District because she has family in the  Middle East , and I found it easier to talk to a Palestinian – American Female about intimate sex details( of why Omar Mateen sent a message to the want-to -be gay terrorist in Detroit by shooting up the Gay night club in Florida or why  some of the secret detentions  are in the Gay area of Palmer Park , mi.48203   ) – since Agent Gwen Rosenthal doesn't work with the  Detroit FBI .( A Secret Detention is a place where someone is taken and secretly tortured , and detained )

Also I worked under Osama Bin Laden number 1- Gustavo Guerrero  EIN( employer identification number)  taking the place of Khalid Al-Fawwaz doing spiritual writing for the internet News Paper . Khalid Al – Fawwaz  was extradited  to the United States one year after I took the Osama bin Laden Deposition  case  number 2 :09 cv 14238 on 2/11/2011 . In October

2012 Al-Fawwaz was arraigned on four counts of conspiracy to Kill Americans and Destroy property  in the 1998  U.S. Embassy Bombings in Kenya and Tanzania .

By 2006 , at the direction of a California Sheriff officer who was Arab and Muslim , whose Caucasian Sheriff officers  were abusing him because he was an Arab  Muslim and a Sheriff , He contacted me and told me about  Caged-prisoners in the UK website , which put me in contact with Khalid Al- Fawwaz . I also wrote  a rebus to Khalid Al- Fawwaz in Cage prisoners  in the United Kingdom  Detention Center   to show him I was with Osama Bin Laden number 1 – Gustavo Guerrero and  Osama Bin Laden number 2- Aaron Labarrie . I wanted to Know from Khalid Al-Fawwaz  which Osama Bin Laden did he work with or did he work with both Aaron Labarrie – Osama Bin Laden Number 2 and  Osama Bin Laden number 1 – Gustavo Guerrero. And did he work with them personally  one on one or through video contact . I realized Khalid Al- Fawwaz  could identify  both Osama Bin Laden's , and because I don't have the authority to question him in the UK  Prison  system , I  don't know how he communicated with Osama Bin Laden  Number 1 – Aaron Labarrie  2 and Osama Bin Laden number 1  Gustavo Guerrero

Also  James McGinnis asked me did I give Osama Bin Laden Drugs Rule 27 (a) (4) under  Rule 32 (A) ( James McGinnis  knew former  Chief of Police  Theodore  Caldwell II  is Osama Bin Laden number 2 – Aaron Labarrie and Mayor Yopp of Highland Park Michigan Drug dealer. That's how  Osama Bin Laden was detained by Chief  of Police  Theodore Caldwell II as an narcotics officer  , according to Aaron Labarrie -Osama Bin Laden number 2 , "they use to shoot at the police at first" ) . No  I didn't give neither  Bin Laden's drugs  . Chief of Police  of Highland Park Theodore  Caldwell II used  crack cocaine as a tool to  have Aaron Labarrie-Osama Bin Laden number 2 make terrorist tapes against America and its political allies.

Only Gregory McKay I had to resource crack cocaine for; outside of his normal network . Gregory McKay told me he works for "Fats". "Fats" is Vladimir Putin  nick-name . Gregory McKay did have a drug dealer named Fats as well on Drake and McNichols in Detroit Mi.. Fats crack house was too dangerous to drive to as Fats  owned the entire block of crack heads and crack houses  . So I found a better safer- tougher  drug dealer for Gregory McKay, in my area of Palmer Park , Michigan within my network   . Gregory McKay wasn't talking about  "Fats" Fugitive apprehension Teams. He was talking about  "Fats"- Vladimir Putin at 14333 Woodward Highland Park , Michigan 48203 . As Gregory McKay was taking me to Subway when Vladimir Putin was working at 14333 Woodward . But I recognized Vladimir Putin – Sam  from the Lyndon LaRouche Foundation when my mom took me when I was 10, Minister Farrakhan had outsourced work to my Mom  one job was at the Lyndon LaRouche foundation  Minister Farrakhan had also invited my mom to spend a week at his home before he started outsourcing work for her to appear or speak at .( I want to be clear  The Vladimir Putin I'm Talking about is not the Vladimir Putin we see on TV, but the Vladimir Putin shown to me from the Lyndon LaRouch Foundation and  Gregory McKay from a completely different vantage point. Vladimir Putin uses his well known front man   that we see on TV as a diversion to make the world think he is in one place  because  everyone is looking for the representative – Vladimir Putin not Sam – The Real Vladimir Putin President of Russia .  )    When I told Gregory McKay  that my son was kidnapped , he laughed and said " Yeah that happens sometimes."

Gregory McKay  absconded  from  the Joint Terrorism Task Force . Gregory McKay told me in 2020 his ex wife  of his  children( Paul and Gregory Fulk)  mother  whose name is Lois  was arrested for having 650 grams or a pound of  crack cocaine in Roseville Michigan , she was apprehended for trafficking cocaine from Detroit  Mi to Roseville Mi.

Years earlier in 2013 at this time Gregory McKay while on the run from the Joint Terrorism Task force told me that he had a "pen" in his pocket . Then Detroit Police Officer D. Penn started pulling me over in different police precincts taking my car and towing it although I was working next door at the T- Mobile store that sat in Pumpkin Complex which included Kim Jong Un Mom Beauty Supply Store - but in front of her store I worked the entire Parking lot of Kim Jong UN Mother Beauty Supply store doing Assurance Wireless Lifeline phones as a cover to talk to Kim Jong Un Mother . Which was arranged by my Boss Sahar Odurn – because years earlier I did a Facebook Live Video on How and what I saw in Kim Jong UN secret detention inside the abandoned McDonalds on Mack and Peck in Detroit Michigan . It was my PSA to the Arabs- Asians – Africans -People to trust me Only I kept saying it was Arabs – because I thought it was Osama Bin Laden Secret detention as the men would only let me see the men feet in both situations , including the Detroit Black Out when my children and I were in the Red Roof Inn . Kim Jong Un Momma corrected me , when I met her face to face – she made sure I knew that it was Kim Jong UN that shit on the floor of the abandoned McDonalds . Please excuse my language for saying shit , but those was Kim Jong UN momma words to me , she used the expression , " Yes, He just shit all over the floor – after I made it clear when I asked her , was this the UN Beauty Supply store as in KIM JONG UN and she said Yes , he just shit all over the floor . At that point I knew that abandoned McDonalds was Kim Jong Un Secret Detention and not Osama Bin Laden Secret Detention . The meeting with Kim Jong UN Mom was in June-2016 , but I was arrested for coming out his secret detention in 2002 around the time President George W. Bush gave the 7 state sponsors of Terrorism Speech .

Because Gregory McKay said the KKK was investing in Black Hair Care in 2013 , I knew at that point that it had something to do with Terrorism . Officer D. Penn was towing my car , but

allowing Lois Gregory McKay children mother sale more than 650 pounds of crack cocaine on a regular basis .

Gregory McKay was trying to stop me from finding out for the FBI what was really going on with Kim Jong UN the President Of North Korea , by having officer D. Penn tow and  try to stop me from meeting with Kim Jong UN.. Gregory McKay had been gone away from me for 2 years before

Synopsis : Selfridge Airbase trained me during my summer youth Job when I got out of Adrian  Training School – Boot camp). Selfridge Airbase sat me in an office  and had me write out work orders for their army vehicles; while I worked at Selfridge youth program individually of my friends ;  Selfridge  let me live my life outside the airbase  in Mt. Clemens, Michigan neighborhood (Clemens hill and Shady side ) ;so it is in 2020, in and around Detroit , Chicago , New York- New Jersey . – I worked at King Adult Education school in Mt. Clemens Michigan in the day care to disinfect and clean everything around the day care – I worked with older white Caucasian  females , who  kept me on staff until the school closed and we all transferred to the "Born Center", in St. Clair shores  Michigan where I took advanced Manufacturing at the Sterling Heights assembly plant,  Chrysler now Fiat Chrysler  which included  wielding, beard weld and arc weld ,  HVAC, and Robotics. I realized then there was a different need for Black students who didn't have time to go to school – they needed the job "right now", hands on training, while getting paid , going to school isn't for everyone – some cultures especially the Suburban  Black cultures -need hands on training while getting paid to maintain  the  higher socio-economic standards   of the suburbs in other words  " the job is needed now" to afford the cost of living     . Also I volunteered at 3901 Margareta st.  Det. Mi. at  Palmer Park Preparatory Academy to  Guard the children's bathroom – because near  the children's bathroom was an

outside access door to the school  – there was adults , maintenance , and  parents and people

picking up other people's  children  using the bathroom  with 5 year old  school boys and girls .

Plus the  children would  literally  leave feces on the floor after  the bathrooms were not

maintained by Sodexo  janitors . This was after my son was kidnapped from Palmer Park

Preparatory Academy – I volunteered to stop the  outside maintenance men, from going into the

bathroom with 5 years ( because the boys pull they pants all the way down at the urinals and

grown people not related to the children would  walk in on the children  while they were  using

the bathroom , because this particular  kindergarten bathroom  was by a maintenance door – that

Adults was accessing going into the bathroom on the 5 and -6 year old's. The timing was right

when Palmer Park Asked Parents to Volunteer to watch that bathroom during class hours – to

make sure that there  wasn't  feces on the floor or toilets as Mrs. Dunnigan started taking pictures

of the feces all in the urinals and  the toilets and Sodexo maintenance  female ( a Latino)  she

didn't clean the bathrooms , she  stayed in the lunchroom  - trying to be the "cafeteria food lady

and distribute food, rather than clean the bathrooms, and do security  while she was cleaning the

elementary bathroom" .The elementary children bathroom sat by an outside door , used by

maintenance , and other faculty , also parents .  So I spent $1,000 of my own money to Volunteer

over a  5 month period (  Mr. T was still  working at Palmer Park Preparatory Academy with

Mrs. Knocks  in the Lunchroom-after they kidnapped my Son Farrad Al-Kindi from Palmer Park

Preparatory Academy, there fore I had to find out exactly who took my son to a secret detention ,

so I didn't take him out of school  , instead I attended Palmer Park Preparatory Academy School

with him volunteering in his class and  and by volunteering I found out Sam- Qari Bilal

kidnapped   my Son through  Mr. T the Yemen National and Mrs. Knocks a black  lunch aide

woman; at Lunch time the Kids are with  the Lunch Ladies  and Mr. T   who watches the

children in the Lunchroom, at times  some 150 kids are left in the sole custody of the Lunch

room attendants and per the teachers contract according to Mrs. Dunnigan the Teachers have an

45 min lunch break , in which they can leave the school"  –  while the teachers are allowed to

leave the school at lunchtime, and at lunchtime Mr. T and Mrs. Knocks gave my Son Farrad Al-

Kindi to Qari Bilal  -Sam)   So because my Son knew the name of his kidnapper , and where they

took him , I was able to access my leads in  1. Bradford , 2. Manchester 3.  London , England –

where I saw Qari Bilal- Sam in a fake beard , colored  in henna and looking like an old man in

Muslims clothes( dishdasha)and a Turban  just like the  Osama Bin Laden Terrorist tapes – but

Really Qari Bilal- Sam is a young man , and well dressed,  clean cut short bald fade hair cut. I

know him personally because he worked at my  neighborhood gas station at 820 W. McNicholas

Detroit Michigan , I buy blunts from him every night – but I had found him on Facebook

through my leads in Bradford , Manchester , London , England - looking like a 50-60 year old

man, but really in real life he  is a young man . Plus Tarriq El-Assad From Sudan  at the time my

friend who introduced to me to  Rasta Music because he does shows all around Michigan, Tarriq

El- Assad  would always speak Arabic to Qari Bilal – Sam at the gas station 820 W. McNichols .

Tarriq El-Assad went to Oman simultaneously  when Qari Bilal- Sam kidnapped my Son

suddenly from Palmer Park Preparatory Academy at 3901 Margareta st  Detroit Mi.  . When

Tarriq El-Assad came back from Oman as an interpreter he was detained by department of

Homeland Security  because he had killings and radical videos on his phone of beheadings. Then

Haider Khan Sultanate of Oman  Royal  Oman Police  Badge number 93795197 issued at Samail

started frequenting my Facebook page. However he had generic pictures  of  Once again just like

at Hot Tamales when the men from Al- Qaeda asked me to take care of the fathers ,  and showed

me men in cave, Rule 32 (a) (1) (a) USING DEPOSITIONS.( THE DEPOSITION OF OSAMA BIN LADEN, AND THE WORK I DID FOR CHRIS HESS-7 DAVID HARMON , GWEN ROSENTHAL )

(1) *In General.* At a hearing or trial, all or part of a deposition may be used against a party on these conditions:

(A) the party was present or represented at the taking of the deposition or had reasonable notice of it;

(B) it is used to the extent it would be admissible under the Federal Rules of Evidence if the deponent were present and testifying; and

(C) the use is allowed by Rule 32(a)(2) through (8).

James McGinnis and William T. Ford ( was the deciding attorney)  was present at the Osama Bin Laden deposition and  based on "Title" and  not the content of the work I did for the FBI basing there reason on not paying a sum of 5 million dollars and attorney fee's  to Veretta Burnett ( attorney fee's was paid ultimately by Veretta Burnett to  Shawn   Cabot-P- 64021 )

.Tarriq  El- Assad from Sudan showed me pictures of  2 men in a cave in Oman -  that looked like Abu Bakr  Al- Baghdadi , with wild hair underneath the black  Muzzar , in a black dishdasha this was in 2013-14 , the second man was skinny while  Abu Bakr was Fat . Both men had on a Black dishdasha and black Muzzar with  wild hair hanging out underneath their Muzzar . They( Abu Bakr Al- Baghdadi and the skinny man  hair wasn't Silky straight like Hamza Bin Laden Hair- (Trevor- Rod)  or like Osama bin laden number 2 – Aaron Labarrie Hair  whose hair is silky strait , Abu Bakr  hair was thick and curly like Gustavo Guerrero- Osama Bin Laden number 1 hair. )    who said he was Columbian and Black not Arab.   Aaron Labarrie – Osama

Bin Laden number 2 , Hamza Bin Laden  -Trevor – Rod, and Abu Masab Al- Zarqawi- Joe  hair

is silky straight , its too hard to braid, it unravels when braided . Also while volunteering Mrs.

Brackett the 1st grade teacher started taking days off- Mr. Armadi and African  substitute teacher

took over Mrs. Brackett class . Mr. Armadi did the class attendance , then he came running to me

down the hallways , leaving the class unattended while they ate breakfast , saying , " Mother ,

Mother , your son has an Arabic Last name (referring to Farrad Al-Kindi my youngest son) ; and

Osama Bin Laden has a 50 Billion dollar deal with George W. Bush . Then he asked me did I

know who Boko Haram is. I told him yes they kidnapped the girls. Then he looked at me

strangely and walked back down the hallway to  Mrs. Brackett class which was about 15 feet

from where the school Principle and Teachers gave me a table to sit at in the hallways of the

school , with hand-sanitizer and paper towels because Detroit Public Schools had went public in

2013-14 schoolyear  that they didn't have any  toilet paper , hand soap, hand sanitizer , Kleenex

and asked the parents to bring in extra supplies per student to fulfill the sanitary needs for the

children while they were in school. Back to Mrs. Brackett the first grade teacher at Palmer Park

Preparatory academy . Elizah my daughter was in her classroom , Mrs. Brackett didn't allow

anyone , (outsiders in her class , sometime not even the parents were allowed in her class) So

when I saw Mrs. Brackett allowing Mr. T to be in her class , and the kids was messaging him and

playing in his hair and Mr.T was just sitting in a chair loving the 6-7 kids surrounding him

playing in his hair and  messaging him. From  the angle I was coming down the hallway I

thought that was Ali – my baby daddy , I was so angry I went to bust open Mrs. Brackett door

but as I got closer I saw Mr. T in her classroom , and Farrad my son was just sitting  at his desk ,

he wasn't amused by Mr. T . So I just watched from the outside of the door . Then Mrs. Brackett

comes to tell me she selling these nail designs that you stick to your nails and she going to be

taking some days off from work to learn how to do and sell the nail designs . She even had some

on her nails at the time we was talking .- That's how  Mr. Armadi got her classroom as a

substitute teacher and told me  that Osama Bin Laden has a 50 billion dollar deal with George W.

Bush. After that occurred Parents started complaining how Mrs. Brackett was isolating them

from their children when they in school amongst other things . It was instinctively  that the

Parents started complaining about Mrs. Brackett and Mr. T independently of one another  . One

Parent came to the school to fight Mr. T because Mr. T the Yemen national told  their child that

he was going to smack him. So the child told their parent and the Parents came to fight Mr. T at

the school; but he still wasn't replaced by the Principle or the police. I  made a Police report and

sent a copy to Federal Judge Marianne O. Battani. Rule (44)  (A)  Proving an official record

MEANS OF PROVING.

(1) *Domestic Record.* Each of the following evidences an official record—or an entry in

it—that is otherwise admissible and is kept within the United States, any state, district, or

commonwealth, or any territory subject to the administrative or judicial jurisdiction of the

United States:

(A) an official publication of the record; or

(B) a copy attested by the officer with legal custody of the record—or by the officer's

deputy—and accompanied by a certificate that the officer has custody. The certificate must

be made under seal:

(i) by a judge of a court of record in the district or political subdivision where the

record is kept; or

(ii) by any public officer with a seal of office and with official duties in the district or political subdivision where the record is kept.

.I called Marianne  O . Battani   judicial quarters and a male clerk  told me my police report got lost in translation. My Police report included Vladimir Putin's location at  14333 Woodward ( Subway)  in America specifically Highland Park , Michigan 3 years before the Russian collusion into American Politics in 2016  (specifically Hillary Clinton's campaign and Donald Trump ). Second ,  included  in my  police report  to Marianne O Battani was the fact that Kaplan Online University now known as Purdue Global acted in an arbitrary , unfair and capricious way   2 weeks before I was set to graduate  in 2012 by expelling me , in  such way I was not able to go to another college .   My first draft of my Thesis  I received a "C". Kaplan refused to honor my Thesis and my "C" grade which was a  CPLR article  78 proceeding because the CPLR article 78 proceeding is time barred – Kaplan University's breach  of  contract that we signed that Kaplan or Purdue University will honor the Professor's Grading scale and the student will get the grade that  the instructor gives them. Kaplan registrars office  arbitrarily , unfairly and capriciously recorded my grade as an   "F" despite the numerous grade change request sent into the Registrars office by Cloud – Miller my instructor/ Professor  who   requesting that my grade be changed to a "C" so that I can continue on to part 2 of the thesis track/course  . Which was to make mathematical corrections to my null hypothesis or remove the null hypothesis completely  . My Thesis and Kaplan  University now known as Purdue Global was acting racist telling me there is no such thing as Palestinian People , or continuously pointing out  African American Crime rates but never discussing the crime rate of  the Caucasian Counterpart  . Olson V. Board of  Higher Education.  My Thesis comprised of empirical research  based on real life Terrorism that had

reached a political opponent and it killed her , that was Jane Bashara . Empirical research  consist

of 5 steps  which is 1. Observation 2. Induction 3. Deduction 4. Testing 5. Evaluation   which is

is imperative  because  My Instructor requested that I interview a Klu – Klux – Klan Member

since I was talking about the crimes the KKK committed . My Thesis contained empirical

evidence  as does this U.S.C.  42 Section 1983 lawsuit  of the Most wanted World Leaders and

Most Wanted Terrorist . **Empirical** evidence  is (the record of one's direct observations or

experiences) which  can be **analyzed** quantitatively or qualitatively. Quantifying the evidence or

making sense of it in qualitative form, a researcher can answer **empirical** questions, which

should be clearly defined and answerable with the evidence collected (usually called data).

Quantitative data is how much and how many Most wanted World Leaders and Most Wanted

Terrorist there are  in the population of America that my observation discovered . My empirical

research was  done in Chicago , Illinois , Jersey City , New Jersey, Hoboken New Jersey , New

York , Detroit Michigan, and Highland Park Michigan  within the United  States of America . In

Which the Qualitative data includes the addresses  in which case we would call the detainee's of

the Most Wanted Terrorist  social security number , and the Telephone numbers of the Most

Wanted World Leaders and Most Wanted Terrorist .

To observe and evaluate  Bob Codden a KKK tax/dues  paying member   was at my access for

empirical research  through Gregory McKay ( who was wanted by the Joint Terrorism Task

Force) –  Bob Codden of Gross Pointe  Michigan representing the KKK  – put a hit or murder for

hire contract  out on  Jane Bashara and her entire family including her children  . The KKK was

tired of Bob Bashara and Jane Bashara as a whole . Gregory McKay came to me at 730

Whitmore Apt D7 – and told me Bob  just asked him to kill Jane Bashara and her entire family . (

Jane Bashara was still alive at this point )  I worked at 730 Whitmore and lived there  , Charles

Belanger  was suppose to pay  me for  logging  into excel rent payments and collect and record the rent payments by name and apartment as I collected and recorded  them on my home computer . Then Charles Belanger hired Gregory McKay as the maintenance man . Gregory McKay introduced me to Bob Codden while they worked together doing roofing . I did as I was instructed by my Professor Cloud- Miller on the Thesis Track to observe, evaluate and quantify Bob Codden  the KKK member who ordered the assassination of Jane Bashara .  Cloud – Miller also realized that I already talked to the FBI about the World Leaders and Most Wanted Terrorist in  my Thesis .  As the Footnotes to my Thesis was named  : A Hess-7 , Harmon and Rosenthal document . My Thesis was called Discovery of the Bee-Hive – The White Anglo Saxon Protestants ( WASP) and the effects it has on  Terrorism. Cloud- Miller sent in numerous grade change request – requesting that Kaplan  Online University give  Veretta Burnett the "C" grade he intended for me to have as my instructor and not to breach the grading contract - on the First Thesis Track-Course . When a person takes a Thesis course – the first track – course is to see if you can take the second course . You have to pass the first Course to go to the second course to finalize your work and make corrections to bring your final grade up.  Therefore , Kaplan registrar's office committed fraud arbitrarily , and unfairly   gave me an "F" for a class I actually passed .  Then enrolled me into Final courses . Although I had passed my first thesis Track with a "C" that Kaplan registrar's office recorded fraudulently and arbitrarily my grade   as a "F"  for the first  Thesis track- course . Then as I started making Kaplan aware that I'm a Thesis student , and its unheard of for a student  to pass a Thesis , then have to take final courses for another 3 – 5 months  , or write a finals essay .  As I took the courses -to the finals I spoke about how the KKK as an organization attacks Emit Tills memorial. Olson v. Board of Higher Education  – they expelled me for violating student code of conduct, because some of my classmates online

were  spouses of police officers who was being indicted for racist tactics in their field of police

work in their state  . Kaplan University now Purdue Global  charged me 900 dollars for a finals

course ,instead of allowing me to go into my second  course for the Thesis program. Kaplan

Online  University broke their contract arbitrarily , unfairly  of honoring the Professor  Cloud

Miller grade given to the student- Veretta Burnett ( myself). That  Thesis was  for the Master's

Degree Program which I earned 55 credit hours , and a Passing Thesis for the first course .

1.  Kaplan University is holding onto my Master's Degree  and publishing rights to my Thesis in

   the student research PACE - ; citing that I owe them  900dollars for a finals course . I wasn't

   on the finals track , I'm on the Thesis Track -. In college you either write a Thesis or you do

   Finals . I originally signed up for the Thesis Track- Course   and although I got a "C" my first

   course , I had room to improve in the second course of the Thesis Program. Therefore , the

   breach of contract  arbitrarily under the grading scale  and using fraudulent tactic's to cause

   mental pain and suffering , lost of wages ,  more false arrest , at  a total of 10 million dollars to

   be paid and 1 million dollars  late fee's retro-actively starting at   2012 and every year after  in

   which I do not have my Masters Degree in Hand or in my  home for damages accrued  when I

   should have received my Master's degree from Kaplan 2 weeks before I was expelled . Which

   is another breach of Student and Kaplan University  contract  which states if a student

   takes/passes 70% of the course they should not be charged out of pockets for that course . I

   passed 70 %  of the course in days completed and hours accredited . Yet,   Kaplan is charging

   me fee's for  which is a finals course  which I completed 70 % of . The course isn't  a Thesis

   course – Kaplan  now known as Purdue Global  material breach 2 of its contract  signed during

   my admission into Kaplan are:

   1.  The student will get the grade the Professor – or Instructor gives them.

2.  If the student passes 70% of the course the fee's will be paid from student loans and not out of pocket from the student ; which is why Kaplan University Claim they are holding onto my Master's degree , because they expelled me 2 weeks before I was to Graduate , taking a final's course . I have 55 credit hours and a Passing Thesis for the first  course . Kaplan registrar's office recorded my grade fraudulently as an "F", causing me great danger and harm , colluding with Ali Al-Kindi who was working with Agent Gwen Rosenthal who no longer works for the FBI , as far as I know . Kaplan Online University  now Purdue Global  has held me back for 8 years , since 2012  in peer-reviewed publications in the Master's Degree Program of Criminal Justice,  with a solid passing  Thesis  I earned with an emphasis on Terrorism .


This case with Kaplan depicts the quantitative and Qualitative data , Quantifying the  Terrorism by empirical research that can be copied but with risk to human life , and the Location of World Leaders and Most Wanted World Leaders  on George W. Bush  7 State Sponsors of Terrorism list , plus Osama Bin Laden Number 1- Gustavo Guerrero  and Osama Bin Laden Number 2  – Aaron Labarrie and how they manage to be alive after President Obama Said he killed Osama bin Laden in 5/2011 by Seal Team 6 . The statute of limitations should start  until present day 2020 for a sum of 8 million dollars in lost wages , peer -reviewed – publication  work, which Kaplan University denied by  fraudulently recording my grade as a "F".  For the final sum of 18 million dollars amounting and rising until I have my Master's Degree in hand, with Publication rights  of my Thesis and  , student research rights , with  PACE inside Kaplan's- Purdue Global online University  research engine -granted to Passing Thesis Students – to- have peer- reviewed work . (Peer-Reviewed by Colonel James Hickey, and Task Force 121-  to add Colonel James

Hickey to answer for Task Force 121 and Seal Team Six Naval Warfare Development Group commonly known as DEVGRU  under   Rule (16)   (a) PURPOSES OF A PRETRIAL CONFERENCE. In any action, the court may order the attorneys and any unrepresented parties to appear for one or more pretrial conferences for such purposes as:

   (1) expediting disposition of the action.

   (2) establishing early and continuing control so that the case will not be protracted because of lack of management.

   (3) discouraging wasteful pretrial activities.

   (4) improving the quality of the trial through more thorough preparation; and

   (5) facilitating settlement.

(b) SCHEDULING.

   (1) *Scheduling Order.* Except in categories of actions exempted by local rule, the district judge—or a magistrate judge when authorized by local rule—must issue a scheduling order:

      (A) after receiving the parties' report under Rule 26(f); or

      (B) after consulting with the parties' attorneys and any unrepresented parties at a scheduling conference.

   (2) *Time to Issue.* The judge must issue the scheduling order as soon as practicable, but unless the judge finds good cause for delay, the judge must issue it within the earlier of 90 days after any defendant has been served with the complaint or 60 days after any defendant has appeared.

(3) *Contents of the Order.*

(A) *Required Contents.* The scheduling order must limit the time to join other parties, amend the pleadings, complete discovery, and file motions.

(B) *Permitted Contents.* The scheduling order may:

(i) modify the timing of disclosures under Rules 26(a) and 26(e)(1);

(ii) modify the extent of discovery.

(iii) provide for disclosure, discovery, or preservation of electronically stored information.

(iv) include any agreements the parties reach for asserting claims of privilege or of protection as trial-preparation material after information is produced, including agreements reached under Federal Rule of Evidence 502;

(v) direct that before moving for an order relating to discovery, the movant must request a conference with the court.

(vi) set dates for pretrial conferences and for trial; and

(vii) include other appropriate matters.

(4) *Modifying a Schedule.* A schedule may be modified only for good cause and with the judge's consent.

(c) ATTENDANCE AND MATTERS FOR CONSIDERATION AT A PRETRIAL CONFERENCE.

(1) *Attendance.* A represented party must authorize at least one of its attorneys to make stipulations and admissions about all matters that can reasonably be anticipated for discussion

at a pretrial conference. If appropriate, the court may require that a party or its representative be present or reasonably available by other means to consider possible settlement.

(2) *Matters for Consideration.* At any pretrial conference, the court may consider and take appropriate action on the following matters:

(A) formulating and simplifying the issues, and eliminating frivolous claims or defenses.

(B) amending the pleadings if necessary or desirable.

(C) obtaining admissions and stipulations about facts and documents to avoid unnecessary proof, and ruling in advance on the admissibility of evidence.( Empirical Evidence)

Therefore I am asking for shares and Kaplan to Facilitate  Rule (16) (1)  (a) (b) (into Kaplan Online now Purdue Global  University  stock based on my work done for  Kaplan Online University  now Known as Purdue University and for picking up where Colonel James Hickey Task force 121 left off , under Saddam Hussein OPEC Deal which is why the American Government said they killed Saddam Hussein , but Saddam Hussein and Uday Hussein are alive in present day  2020 .( I  have not  met Qsay)    Stock meaning the goods or merchandise kept on the premises of a business or warehouse and available for sale or distribution.

merchandise · goods · wares · items/articles for sale · commodities · vendible's

2.  the capital raised by a business or corporation through the issue and subscription of shares.

capital · funds · assets · property

Rule 26 (F) (4) (f) CONFERENCE OF THE PARTIES; PLANNING FOR DISCOVERY., Federal Rule 16 (A)(1)(2)(3)(4)(5)  for  Colonel James Hickey to answer for Task force 121 Saddam Hussein and Sons employs OPEC  Deal- given by the United States .

 Furthermore ,  According to Boba , (2007) Crime Analysis  is a field of study and practice in criminal justice that utilizes  systematic  research methods and data , supports the mission of police agencies ( FBI in this case) and provides information to a range of audiences. Crime mapping is a subset of crime analysis  that focuses  on understanding the geographic nature of crime and other activity . Crime analysis  is a new topic in criminal justice education , and Boba is the first to bring crime analysis and crime mapping to an understanding to an undergraduate audience. ( Boba ,2007)

    First , "Crime  analysis refers to the set of systematic , analytical processes that provide timely , pertinent information about crime patterns ( Domestic Terrorism that lead to International Terrorism in this case) and crime trend correlations . It is primarily  a tactical tool . Patrol reports and crime records ( Of Chief Of Police Caldwell ) furnish data about crime scenes, weapons, modus operandi, stolen or getaway vehicles, and suspects. Analyzing and comparing data on file with those on current cases can give patrol officers important information on activities  in their beat areas. This includes developing crime patterns, stolen property descriptions, and suspects identities . Using this information patrols can better deploy resources" , Boba ,(2005) . More specifically , " crime analysis employs  both qualitative and quantitative data and methods. Crime analysis uses qualitative  data and methods when they examine nonnumerical data for the purpose of discovering  underlying meanings and patterns of relationships. The qualitative methods specific to crime analysis include field research (

such as observing characteristics of locations)  and content analysis  such as examining police report narratives  Crime Analysis  uses quantitative data and methods when they conduct statistical analysis  of numerical or categorical data . ( Boba , 2007) (p. 6) The central focus of crime analysis  is the study of crime and disorder  like noise complaints, burglary alarms, suspicious activity – problems and information related to the nature of the incidents, offenders , and victims or targets of crime -targets are inanimate objects such as buildings or property ( In this case we are talking specifically about the World Trade Center)

The 2 types of analysis mostly used in this 42 U.S.C.  subsection 1983 civil action for deprivation of rights – are Tactical  Crime Analysis (TCA)-   which is the study of recent criminal incidents and potential  criminal activity through the examination of characteristics such as how, when and where the activity has occurred to assist in pattern development , investigative leads and suspect identification and case clearance. ( Boba , 2001)  Moreover, TCA focuses on recent crimes and on specific information ( which you will find in this U.S.C. 42 1983  lawsuit  about the methods of the crimes as well as the individuals and vehicles involved. TCA  has three goals

a.  to link crime and thus identify patterns

b.  to identify  potential suspects of crimes or crime patterns,

c.   to link solved crimes to open cases and thus help clear or close cases .

Second ,  Is the subset of Criminal Investigation which is Geographic  profiling ( which I did by giving the FBI  on numerous occasions  the geographic profile of Osama Bin Laden number 1 – Gustavo Guerrero and Aaron Labarrie and Hamza Bin Laden – Trevor- Rod. On other Occasions reporting the Geographic profile of Omar Mateen , Mullah Krekar , Mullah Krekar Son, His Holy High Rashid Al- Maktoum , Kim Jong UN , etc. ) in this

type of analysis  is the  geographic locations  of an offender's crime such as body dump

sites but in this case -secret detentions , homes, apartments , store fronts , Condo's , places

of business , of the Most Wanted World Leaders and Most wanted Terrorist . These are

used to identify and prioritize  areas where the offender is likely to live ( Rossmo,2000)

Once again when the idea is to identify and capture the offender so I practice catch and

release – a system of you talk to me willingly or you talk to the FBI forcefully, under

interrogation .  ( important note :  I was not trained to detain World Leaders and Most

Wanted Terrorist )

An Example of  my  Tactical  Analysis and Geographic profiling is as stated below in real

time  in year  2002- 2020 :

 Why is  .Purdue Global  University  at 550 West Van Buren Street , 7th Floor , Chicago , Il.

60607  1-866-522-7747 which is 0.9 miles with heavy traffic driving its 5 minutes away via

West Adams Street , W. Van Buren to the Kluczynski Federal building at 230  S. Dearborn

Street Chicago IL. Then Ossama's Hair Design at 5100 S. Cornell avenue  Chicago Il.  60615.  is

17 minutes  away from Kaplan Online – now Purdue Global -  Where I met and found Uday

Hussein working at 5100 S. Cornell ave.  – at 7.5 miles away from  Purdue Global – is  where

Uday Hussein took me to see  Saddam Hussein who  was in Hyde Park, where President Barack

Obama used to live  which is 8.4 miles and 20 minutes away via  I-94, I -90 W- away from

Purdue Global  University  550 West Van Buren  street 7th floor  Chicago Il. 60607. Purdue

Global had direct knowledge of the Facts of The Most Wanted World Leaders and Most Wanted

Terrorist  and is  located central to where I met Saddam Hussein and Uday Hussein, which is no

coincidence surrounding the nature of my meeting with Uday Hussein and my involvement with

Chicago police , then the recruitment  of myself to Kaplan  now Purdue Global by a Kaplan University recruiting agent .

Mohamet- Veretta Burnett   (myself, female for  Muhammad although the  FBI  duty agent said I am Elijah) Mohamet   with Company (The company is the most wanted world leaders and most wanted terrorist, on former President  George Bush State Sponsors of Terrorism list ; But also   including  Al-Qaeda ,(  not associated with Vladimir Putin; also not on George Bush #43 State Sponsors of Terrorism List  which I provided  to the FBI on November 5th and November 7th 2007 I was assaulted by Highland Park Police for going to the FBI against Chief Of Police Caldwell of Highland Park Mi , because I informed the FBI of the Terrorism  )Rule 26 (a) REQUIRED DISCLOSURES.

(1) *Initial Disclosure.*

(A) *In General.* Except as exempted by Rule 26(a)(1)(B) or as otherwise stipulated or ordered by the court, a party must, without awaiting a discovery request, provide to the other parties:

(i) the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;

(ii) a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;

(iii) a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered; and

(iv) for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

(B) *Proceedings Exempt from Initial Disclosure.* The following proceedings are exempt from initial disclosure:

(i) an action for review on an administrative record.

(ii) a forfeiture action in rem arising from a federal statute.

(iii) a petition for habeas corpus or any other proceeding to challenge a criminal conviction or sentence.

(iv) an action brought without an attorney by a person in the custody of the United States, a state, or a state subdivision.

(v) an action to enforce or quash an administrative summons or subpoena.

(vi) an action by the United States to recover benefit payments.

(vii) an action by the United States to collect on a student loan guaranteed by the United States.

(viii) a proceeding ancillary to a proceeding in another court; and

(ix) an action to enforce an arbitration award.

(C) *Time for Initial Disclosures—In General.* A party must make the initial disclosures at or within 14 days after the parties' Rule 26(f) conference unless a different time is set by stipulation or court order, or unless a party objects during the conference that initial disclosures are not appropriate in this action and states the objection in the proposed discovery plan. In ruling on the objection, the court must determine what disclosures, if any, are to be made and must set the time for disclosure.

(D) *Time for Initial Disclosures—For Parties Served or Joined Later.* A party that is first served or otherwise joined after the Rule 26(f) conference must make the initial disclosures within 30 days after being served or joined, unless a different time is set by stipulation or court order.

(E) *Basis for Initial Disclosure; Unacceptable Excuses.* A party must make its initial disclosures based on the information then reasonably available to it. A party is not excused from making its disclosures because it has not fully investigated the case or because it challenges the sufficiency of another party's disclosures or because another party has not made its disclosures.

(2) *Disclosure of Expert Testimony.*

(A) *In General.* In addition to the disclosures required by Rule 26(a)(1), a party must disclose to the other parties the identity of any witness it may use at trial to present evidence under Federal Rule of Evidence 702, 703, or 705.

(B) *Witnesses Who Must Provide a Written Report.* Unless otherwise stipulated or ordered by the court, this disclosure must be accompanied by a written report—prepared

and signed by the witness—if the witness is one retained ( Osama Bin Laden Number 1 -

Gustavo Guerrero and Osama Bin Laden number 2 – Aaron Labarrie )   or specially

employed to provide expert testimony ( colonel James Hickey for 1-2-1- Task force ) in the

case or one whose duties as the party's employee regularly involve giving expert testimony.

The report must contain:

 (i) a complete statement of all opinions the witness ( Veretta Burnett )  will express and

the basis and reasons for them; ( Having the Physical Saddam Hussein in 2002, and Uday

Hussein working at Ossama's hair design at 5100 S. Cornell Ave, Chicago Illinois ) (

Paying the Expert Witness James Hickey would be  Federal Rule 26(4) (E) *Payment.* Unless

manifest injustice would result, the court must require that the party seeking discovery:

  (i) pay the expert a reasonable fee for time spent in responding to discovery under Rule
26(b)(4)(A) or (D); and

  (ii) for discovery under (D), also pay the other party a fair portion of the fees and

expenses it reasonably incurred in obtaining the expert's facts and opinions.)


  (ii) the facts or data considered by the witness in forming them.

  (iii) any exhibits that will be used to summarize or support them.

  (iv) the witness's qualifications, including a list of all publications authored in the

previous 10 years.

  (v) a list of all other cases in which, during the previous 4 years, the witness testified as

an expert at trial or by deposition; and

(vi) a statement of the compensation to be paid for the study and testimony in the case.

(C) *Witnesses Who Do Not Provide a Written Report.* Unless otherwise stipulated or ordered by the court, if the witness is not required to provide a written report, this disclosure must state:

(i) the subject matter on which the witness is expected to present evidence under Federal Rule of Evidence 702, 703, or 705; and

(ii) a summary of the facts and opinions to which the witness is expected to testify.

*(D) Time to Disclose Expert Testimony.* A party must make these disclosures at the times and in the sequence that the court orders. Absent a stipulation or a court order, the disclosures must be made:

(i) at least 90 days before the date set for trial or for the case to be ready for trial: or

(ii) if the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 26(a)(2)(B) or (C), within 30 days after the other party's disclosure.

(E) *Supplementing the Disclosure.* The parties must supplement these disclosures when required under Rule 26(e).

(3) *Pretrial Disclosures.*

(A) *In General.* In addition to the disclosures required by Rule 26(a)(1) and (2), a party must provide to the other parties and promptly file the following information about the evidence that it may present at trial other than solely for impeachment:

(i) the name and, if not previously provided, the address and telephone number of each witness—separately identifying those the party expects to present and those it may call if the need arises.

(ii) the designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition; and

(iii) an identification of each document or other exhibit, including summaries of other evidence—separately identifying those items the party expects to offer and those it may offer if the need arises.

(B) *Time for Pretrial Disclosures; Objections.* Unless the court orders otherwise, these disclosures must be made at least 30 days before trial. Within 14 days after they are made, unless the court sets a different time, a party may serve and promptly file a list of the following objections: any objections to the use under Rule 32(a) of a deposition designated by another party under Rule 26(a)(3)(A)(ii); and any objection, together with the grounds for it, that may be made to the admissibility of materials identified under Rule 26(a)(3)(A)(iii). An objection not so made—except for one under Federal Rule of Evidence 402 or 403—is waived unless excused by the court for good cause.

(4) *Form of Disclosures.* Unless the court orders otherwise, all disclosures under Rule 26(a) must be in writing, signed, and served.

(b) DISCOVERY SCOPE AND LIMITS.

(1) *Scope in General.* Unless otherwise limited by court order, the scope of discovery is as follows: Parties may obtain discovery regarding any nonprivileged matter that is relevant to

any party's claim or defense and proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit. Information within this scope of discovery need not be admissible in evidence to be discoverable.

(2) *Limitations on Frequency and Extent.*

(A) *When Permitted.* By order, the court may alter the limits in these rules on the number of depositions and interrogatories or on the length of depositions under Rule 30. By order or local rule, the court may also limit the number of requests under Rule 36.

(B) *Specific Limitations on Electronically Stored Information.* A party need not provide discovery of electronically stored information from sources that the party identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the party from whom discovery is sought must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(C) *When Required.* On motion or on its own, the court must limit the frequency or extent of discovery otherwise allowed by these rules or by local rule if it determines that:

(i) the discovery sought is unreasonably cumulative or duplicative, or can be obtained from some other source that is more convenient, less burdensome, or less expensive.

(ii) the party seeking discovery has had ample opportunity to obtain the information by discovery in the action; or

(iii) the proposed discovery is outside the scope permitted by Rule 26(b)(1).

(3) *Trial Preparation: Materials.*

(A) *Documents and Tangible Things.* Ordinarily, a party may not discover documents and tangible things that are prepared in anticipation of litigation or for trial by or for another party or its representative (including the other party's attorney, consultant, surety, indemnitor, insurer, or agent). But, subject to Rule 26(b)(4), those materials may be discovered if:

(i) they are otherwise discoverable under Rule 26(b)(1); and

(ii) the party shows that it has substantial need for the materials to prepare its case and cannot, without undue hardship, obtain their substantial equivalent by other means.

(B) *Protection Against Disclosure.* If the court orders discovery of those materials, it must protect against disclosure of the mental impressions, conclusions, opinions, or legal theories of a party's attorney or other representative concerning the litigation.

(C) *Previous Statement.* Any party or other person may, on request and without the required showing, obtain the person's own previous statement about the action or its subject matter. If the request is refused, the person may move for a court order, and Rule 37(a)(5) applies to the award of expenses. A previous statement is either:

(i) a written statement that the person has signed or otherwise adopted or approved; or

(ii) a contemporaneous stenographic, mechanical, electrical, or other recording—or a transcription of it—that recites substantially verbatim the person's oral statement.

(4) *Trial Preparation: Experts.*

(A) *Deposition of an Expert Who May Testify.* A party may depose any person who has been identified as an expert whose opinions may be presented at trial. If Rule 26(a)(2)(B) requires a report from the expert, the deposition may be conducted only after the report is provided.

(B) *Trial-Preparation Protection for Draft Reports or Disclosures.* Rules 26(b)(3)(A) and (B) protect drafts of any report or disclosure required under Rule 26(a)(2), regardless of the form in which the draft is recorded.

(C) *Trial-Preparation Protection for Communications Between a Party's Attorney and Expert Witnesses.* Rules 26(b)(3)(A) and (B) protect communications between the party's attorney and any witness required to provide a report under Rule 26(a)(2)(B), regardless of the form of the communications, except to the extent that the communications:

(i) relate to compensation for the expert's study or testimony.

(ii) identify facts or data that the party's attorney provided and that the expert considered in forming the opinions to be expressed; or

(iii) identify assumptions that the party's attorney provided and that the expert relied on in forming the opinions to be expressed.

(D) *Expert Employed Only for Trial Preparation.* Ordinarily, a party may not, by interrogatories or deposition, discover facts known or opinions held by an expert who has

been retained or specially employed by another party in anticipation of litigation or to prepare for trial and who is not expected to be called as a witness at trial. But a party may do so only:

(i) as provided in Rule 35(b); or

(ii) on showing exceptional circumstances under which, it is impracticable for the party to obtain facts or opinions on the same subject by other means.

(E) *Payment.* Unless manifest injustice would result, the court must require that the party seeking discovery:

(i) pay the expert a reasonable fee for time spent in responding to discovery under Rule 26(b)(4)(A) or (D); and

(ii) for discovery under (D), also pay the other party a fair portion of the fees and expenses it reasonably incurred in obtaining the expert's facts and opinions.

(5) *Claiming Privilege or Protecting Trial-Preparation Materials.*

(A) *Information Withheld.* When a party withholds information otherwise discoverable by claiming that the information is privileged or subject to protection as trial-preparation material, the party must:

(i) expressly make the claim; and

(ii) describe the nature of the documents, communications, or tangible things not produced or disclosed—and do so in a manner that, without revealing information itself privileged or protected, will enable other parties to assess the claim.

(B) *Information Produced.* If information produced in discovery is subject to a claim of privilege or of protection as trial-preparation material, the party making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The producing party must preserve the information until the claim is resolved.

However  Chief of Police Caldwell , the KKK , Gregory McKay and City of Highland Park  ,   and Mike the owner of Subway who gave me the secret handshake to let me know there is a Terrorist at his subway at 14333 Woodward ,48203  are Vladimir Putin cohorts  @ "14333 Woodward" . Mike the owner of the Subway  at 14333 Woodward took my phone after he gave me the secret handshake  to let me know that there's terrorism at his restaurant Subway .The FBI should consider helping Mike the owner of the Subway because he originally let me know about the Terrorism by giving me the secret handshake.

Vladimir Putin was introduced to me by the Lyndon LaRouche Foundation when I was 9 or 10, by Lyndon LaRouche himself; in Chicago Illinois. Vladimir Putin has a doppelgänger ; The one we see on TV is the Doppelgänger or true representative of the Real Vladimir Putin, the Vladimir Putin as Sam  at Subway  is the real Vladimir Putin – the one I saw at the Lyndon La Rouche Foundation by photos and books( only the books was given to my mom)

I am called Mohamet with Company – According to Encyclopedia Britannica, "Company in military service , the smallest body of troops that functions as a complete administrative  and tactical unit. A military company consists of headquarters (the FBI)  ( JTTF)  ( Most wanted World Leaders and Most Wanted Terrorist ) 2  or more  platoons organized an equipped  to perform the company's operational functions. It is usually commanded by a captain , who discharges the basic responsibilities  for training , disciplines and providing for the welfare of the personnel . ( FBI- Specifically Chris Hess-7 , David Harmon and Gwen Rosenthal in her personal and professional capacity  )  ..{ Encyclopedia Britannica } My Company asked the FBI if they wanted Vladimir Putin Killed or shot  while he was at 14333  Woodward   working  undercover as Sam  at Subway with Mike ( who gave me the secret handshake to let me know that there is terrorism at his subway)  . I wanted to Know if the FBI wanted Vladimir Putin Killed  or wounded  so he can be identified – ( for having Russian construction workers paint Nano- Thermite on the walls of the World Trade Center  possibly under the prevailing wage mandate or a Government Bill like it .,)  by Veretta Burnett- Mohamet with Company     .. but the FBI (themselves)  didn't give me a gun. This was in 2013-14  , 3 years previously  to the Russian collusion into American Politics  during Hillary Clinton and Donald Trump 2016 Presidential campaigns , I tried to shoot Vladimir Putin for the FBI but Chris Hess-7 and David Harmon didn't give me a Gun.  (Also I noticed once I offered the FBI to shoot Vladimir Putin – Sam at Subway he then started  closing the bullet proof glass .) Also in the summer of 2014-15 the Detroit police received a  satellite 911  call from a Russian man saying he was in an abandoned building trapped- being detained  .The police went to the Old Packard Building  on East Grand Blvd  in Detroit Michigan but the Russian Police

Choir  Director was looking at 885  Covington from the Sochi  winter Olympics and Draft Punk's  cover of Get Lucky , as the Today show  with Savannah Guthrie and Al Roker  on 2-10-2014 Broadcasted the Russian police choir -  The Director of the Russian  Police Choir was here in Palmer Park at 885- Covington , Detroit Michigan . I was  watching 885 Covington and so was he in a 2 seater grey hatchback foreign car like a "Porsche" ..A Big Black Man came to the window of 885 Covington with a swollen penis from an overflowing catheter ; and two broken arms , I immediately made an FBI report , I was for sure this was a secret detention , the big black man ( pictures are included in this document ; the big black man with the swollen penis pictures was included in Kim Jong Un Appeal 17-2170 appeal )  was said to die in a Chicago County jail  in 2017 . But I saw him in the secret detention where Qari Bilal -Sam kidnapped my Son, Farrad Al-kindi  he  was only 5 . They (Qari Bilal – Sam and Mr. T a Yemen national -kidnapped my son from School -Palmer Park Preparatory Academy. Mr. T  worked at Palmer Park Preparatory Academy ) After my son told me Sam took him to the abandoned building( secret detention)   Sam- Qari Bilal told him "kids can't stay at his house" , my son also told me the police had to arrest some abc( FBI)  kids .I saw Qari Bilal- Sam  , myself in back of 885 Covington in a sky blue caravan .  I also saw some men dressed in Tactical gear over they chest in   885 Covington sweeping 3 pieces of  candy paper out the window. The apartments was pitch black but the hallway lights was on in the secret detention , I could see they shadows and one man had a black mullet  of the men dressed in  army tactical gear . I could see 2 men in Tactical Gear maintaining the inside of the secret detention from my living room window  at 900 Whitmore (always about 2-3 am) , Detroit Mi. as my apartment 203 faced the secret detention 885 Covington .

Demetre Brown was at my house right before the Joint Terrorism Task Force came into my home – He ( Demetre Brown told me he was in jail and his  cell mate was a sexual deviant , and another cell mate of his was catheterized , before they moved him into a cell with the sexual deviant  , and Demetre  Brown told me he learned how to do a catheter  , from putting a catheter in his own penis , when he was in the cell with a detainee – patient who needed catheters . He also said because he catheterized himself , he was called a sexual deviant -  but if I was to reasonably  put  2 and 2 together Demetre Brown had to be in 885 Covington  the secret detention or he catheterized that  big black man in the window of 885 Covington with the swollen penis and 2 broken arms  . Demetre Brown( light skin , blue eyes , 5'6 ,145  , with sandy brown  hair  with tampered waves ) told me , his cell mate was a sexual deviant – not him-  but the FBI report I made in 2014  the  big black man Had a Catheter in his penis and 2 broken arms . Then the Joint Terrorism Task Force burst into my apartment at 900 Whitmore apt 203 and asked me to  help apprehend Gregory McKay – as he had absconded , after he sucker punched me  I had stabbed him , and  I had apprehended him , but the police arrested me  instead of Gregory McKay ; whereas Gregory McKay called the police  because he couldn't walk from being stabbed after he sucker punched me to the ground and split my forehead open -inside the back entrance of 900 Whitmore . The police arrested me and allowed Gregory McKay to abscond from the Joint Terrorism Task Force by arresting me and not him .So when the ambulance took Gregory McKay to the hospital he absconded .  So the JTTF came to me to help re-apprehend Gregory McKay. My direct words to the JTTF  was I can't be seen with a Task Force because too many  Terrorist and World Leaders is watching me ) I have to work 1 on 1  with the Most Wanted Terrorist or World Leader – as I catch and release , but Gregory McKay was apprehended  after he

sucker punched me  to the ground , I stabbed him ,but the 12th police department arrested

me instead of Gregory McKay who  absconded from the Joint Terrorism Task Force -JTTF)

refer to the 36 Most wanted  World Leaders and Most Wanted Terrorist in this document

that make up Mohamet with Company under Federal Rule 26 (1) ( a). Again these cases are

filed as domestic violence as if I'm a violent person when actuality these cases are

Domestic Terrorism cases that I help the FBI and JTTF in my own way  special way as

Mohamet with Company ; it may not be how the JTTF want me to work ; but it's the way I

know how to work  for them – but in my  Health and Human Services cases they have these

incidents down as domestic violence , when  these cases involved apprehension of a Most

Wanted Terrorist – and those records with Department of Health and Human Services

should be corrected to reflect the truth instead of a falsehood that these were simply

domestic violence cases .These were cases of me doing my job for FBI agent Chris Hess- 7

, then David Harmon came in , the Gwen Rosenthal ( I thought they gave me a female FBI

agent because I came into this Terrorism apprehension as a sex slave , I was working as a

Topless dancer then I became a sex slave to Al- Qaeda ( at one point only having sex with

them) ( Osama Bin laden number 1 – Gustavo Guerrero , Abu Masab Al-Zarqawi , Osama

Bin Laden number 2 – Aaron Labarrie , Hassan from the Marathon Gas station where Abu

Masab Al- Zarqawi-Joe worked to go to college at Henry Ford for nursing , Marcus Thomas

who told me he was 12( 12 is slang for police)  but dressing in Muslim Garb as the Terrorist

the "Prince"  in Iraq )  Marcus told me he just like the "Emir", but  Neither Osama Bin

Laden's knew him , Abu Masab Al- Zarqawi didn't know him usually one terrorist

introduce me to another terrorist , Or One World Leader introduce me to another World

Leader:

Example: Osama Bin Laden number 1 – Gustavo  Guerrero took me to his Dad's cohorts of Muqtada Al- Sadr , and Hassan Nasrallah  and Osama Bin Laden number 1 – Gustavo Guerrero did know and recognize Osama Bin Laden Number 2 – Aaron Labarrie as Gustavo – Bin Laden number 1 saw me with Aaron Labarrie – Osama Bin Laden number 2 ,  and started throwing glass ramekins out the window at  us  , telling me to get away from him before he rape me ." Gustavo was screaming and yelling at me to Get Away from – Bin Laden number 2 – Aaron Labarrie before he rape me" . That told me they knew each-other, and they knew of each other not just through me because that was my first day meeting Osama Bin Laden number 2 – Aaron Labarrie. Aaron Labarrie – Osama Bin Laden number 2 sat on a thin fence, like a rail and just held me , until Gustavo Guerrero -Osama Bin Laden number 1 started throwing ramekins at us and yelling about him raping me.

Example number 2- I found Kim Jong UN secret detention in 2002 and was arrested for drug paraphernalia ; But Kim Jong Un- Himself as Danny told me he been here for 20 years in America – Then introduced me to his Mom  through the  Arab Sahar- Sam  ( Kim Jong UN Mom and Kim Jong Nam- Danny  at his family Beauty Supply store at 7615 Gratiot , Detroit Michigan and Eboni Beauty  Supply store on Gratiot and Harper )

I also started first apprehending  Fugitive's .. My ex- Boyfriend Jarreau Bullock and 2 other men had robbed his best friend's mother  with a shot gun ( unloaded ) ,  we had broken up and he wasn't  staying at my house or coming by my house anymore  . But the Mt. Clemens Police was looking for him because they had apprehended everyone else , Jarreau Bullock said he would turn himself in to the police If I walked  him into the   Mt. Clemens Police Station , to make sure that he didn't  get beaten, as he was the last to be  caught  and only 16; I was 18 – instead he just turned himself in as long as I was with him , (he  was over sentenced for the crime)  Again I

didn't turn Jarreau Bullock in I had no idea about the robbery until the Police was looking for him, and he came to my house on the run, from the Mt. Clemens Police and asked me to go with him while he turn himself in. I waited until the  Police handcuffed him and took him to a holding cell )  Jarreau Bullock brother Frank Nitty was my best  male friend at the time  , but Frank Nitty Robbed a gambling party with his cousin who was killed and Frank Nitty was shot and injured . (Frank Nitty and Jarreau Bullock was a combination of my birth father   Lamont Foster )

As Lamont took his friend to rob a bar and his friend was shot and killed but Lamont Foster my father lived and got away. Again Frank Nitty abruptly cut me off months before   he robbed the gambling party with his cousin. That's a trend with him and his brother Jarreau Bullock , they cut me off , like we wasn't just best friends yesterday but today you don't know me .  In that event they was planning robberies.  So early on I learned when people cut you off like that they either deathly sick which I would learn that lesson later  in life;  but  the feeling of abandonment was the same  (like Tupac Shakur – Harry Davis in 2004-2011- when he was dying until present day )( when my Grandma died secretly by telling no one she had cancer , until it got to stage 4. My Grandma would always take me to Kings Island, then when I grew up I found out is  Kings Island  Highland Park, Michigan )   or they planning a robbery( Like Jarreau and Frank Bullock ). So I learned early to press my friends when they try to abandoned me when I know they care for me ; so I kept going to Tupac Shakur – Harry Davis house unannounced  in New Jersey , because I knew , he cared for me in my heart , but I also knew he was dying of cancer – so I wouldn't let him abandoned me, like my Grand jenny did. I didn't know my grandma was dying, but Tupac Shakur – Harry _Davis flew me to JFK airport to New  York . Took me to his home – and SHOWED me he was dying in 2002.He dropped me off in front of my home at 2429 Field St. and told me he was going to Chicago . I had just lost my Granny jenny from cancer – I

followed Harry  Davis – Tupac Shakur to Chicago . I jumped on a grey hound I couldn't afford

to fly. I went to Chicago – and was stranded . I didn't know anyone – so I sat in the Sears –

federal Park. I met this panhandler named Poppi- O – we moved under a viaduct in Chicago .

Where 2 GD Gangster Disciples lived  Adam and Aaron, At first it was these 2 twin females  but

they left , and this dirty Chinese looking man that looks like Ali – Al-kindi – ( my baby daddy ) .

Adam and Aaron would smash  and grab  from the stores ( 711)  so we would have food and

distract the police . I would walk around downtown Chicago alone and I walked past Ossama's

Hair Salon and Uday Hussein - Mahmoud came out and told me to come with him. Uday took

me to an apartment  his home scrubbed me down from head to toe in a shower we had sex,  then

as I started rinsing the soap off from him Uday  scrubbing me he started scrubbing the toilet ,

telling me he sorry his Father is so nasty , because their  toilet had dried poop  spots , that Uday –

Mohmoud had to scrub with the rag, he was disgusted, by the toilet, and the condition his father

Saddam Hussein would leave the dried poop stains everywhere  from inside the toilet and on the

seat and the back part of the toilet .  It was like splattered dried poop – which Ali – Al- Kindi

does, I haven't seen that splatted dried poop on a toilet like this , since being at Uday Hussein

apartment . But Uday took me to Hyde Park to Saddam Hussein Apartment that had another Hair

Salon beneath it. I saw a man that Look exactly like Saddam Hussein   with 4 or 5 other Soldiers

or Senior men , Saddam Hussein was bald on the top but had hair around the back of his head ,

no beard and was fat , and sat and covered his mouth with his hand. I didn't want to stay there

with all the men alone it was too many. So Uday took me back to down Town Chicago , where I

met  Emeka a cab driver , Uday Hussein told me he used to be a cab driver before he dropped me

off , so  it was like a hint to trust Emeka – Emeka would take me to eat at the African

Restaurants , take me to rooms so I didn't have to sleep outside  under the viaduct , he would

take me on his runs , and then  take me back to the grey hound bus station  in Chicago .  Adam the Gangster Disciple had smash and grab on  the construction workers , and the police arrested us . The cop put us in separate cars, and the Police that arrested me  started yelling at me saying , " you a Guerilla", you need to go back home to Detroit . So I starting cussing him, saying Allah going fuck you up , " Because I thought he was calling me a monkey , because I'm black."  But before I left Chicago the Latin Kings and the GD's was shooting at each other. 2 Latin Kings got shot in front of the hospital  and after they got shot we went to where the Jazz festival is held and smoked a blunt and talked about  how they don't  want to beef with the GD's no more , they showed me they really got shot and they  didn't want no more beef  they wanted to call a truce . I told Adam when we went to the  Viaduct.

At first I didn't respect Aaron , so I spit at him , he was trying to tell me what to do , so I spit at him and he smacked me and told me don't spit at GD's . I believe the  Latin Kings saw that Aaron hit me  , like Don't Spit at GD's but I didn't fall down , I took  that slap and smiled  at Aaron  because I knew for sure I was with the Gangster Disciples, because I didn't know who they was at first I didn't respect  them I just thought they was some homeless guys.  I needed to know for sure who was stealing for me so I could eat . In Chicago I was so busy, I  never got in touch with Harry Davis – Tupac Shakur, because I was with  Uday Hussein. I even went to the Chicago Shelter to see what they system was , but they separate the men and women. I got out of there.

The Indian man at the 7-11 came out of  the store at the park bench I was sitting at and said to  me , " you the only one that don't steal out of my store " " He asked me why I didn't steal out of his store , because everyone at the Park use to smash and grab food, chips , drinks, out of his store,  .Then he told me he was getting married and instead of buying rings their

tradition was to tattoo their partners name on their ring finger ." So, once I talked to the Indian

Man the owner of the 7-11. I took Adam to Rabbit park put my knife to his neck and told him to

stop  smash and grabbing at the 7-11 ( because that Indian man peeped that they was stealing so I

didn't have too , Adam was stealing so I had tickets to eat at Chicago Jazz Festival , (because

Uday Hussein – Mohmoud told me his wife was coming from Iraq to Chicago and  he really

lived on Lake Shore Drive, and I can come to his house on Lakeshore Drive once , his Wife goes

back to Iraq,)     – that's when Adam  started smashing and grabbing on the construction

workers; and we was arrested -  after I demanded with my knife in rabbit park  that he stop

smashing and grabbing on the 711 down town Chicago .    I basically sat in the Federal Park for

days before I met Poppio who took me the viaduct – the Chinese looking man was filthy , and

had on a due rag and never spoke .This synopsis Is why I found fit to  originally go to the FBI

and gain  an agent of my own as in Chris Hess- 7 , David Harmon , Gwen Rosenthal in her

professional and personal capacity )

   Also Samba Ka ( Noah) An African from Senegal , use to let me work with him , at the

African festivals , he wasn't a terrorist , but one day I was sleeping in my dream the police a

white man  took my phone while I was sleep, but I couldn't move , to react to him taking my

phone – he was a white police officer with deep  blue eyes on Jefferson.

   Another dream( foggy event )  like that was the  Aug 14, 2003  Black out I was at

Doorstep shelter , with my kids and the shelter said we had to leave so I started walking toward

26300 Dequindre rd  Red Roof Inn  on 12 mile and  Dequindre Rd  in Warren Mi. 48091  , the

lady- the Front Desk Attendant  gave us a room for free , the store across the street of the Red

Roof inn. This particular Red Roof Inn  at  26300 Dequindre  Rd  - is  where Harry  Davis –

Tupac Shakur stayed while recording Joy Road  the movie , He spent so much Money  on

different rooms at the Red Roof  Inn  for his acting staff , I knew they would give me a free room .( Important note : I didn't  have to mention "Harry"  in order to get the room – the lady was nice enough to give me a room ) The store   was passing out all its perishable food and gave  us Spinach pie and me and my kids was knocked out, immediately  . But me and Darius was taken to a White Van they thought Darius was a girl  but he was wrapped up in a blanket , and  a  man was laying on the floor of the white Van  with  chains wrapped all around his body .   Then the men carried me and Darius my son back inside the  Hotel . I woke up back in the Red Roof room Inn .  I couldn't see the man   face as he was chained up on the Van floor  , all I saw was his feet . I didn't see the men faces who carried me and my son Darius  to the Van , It's like me and Darius my Son  was  in the van  and then I woke up in the van and  that morning I was in the Red Roof Inn  at 26300 Dequindre Rd Warren , Mi. 48091,  like nothing happened back in  the bed  , Christopher my son and Loreatha my daughter  and Darius who was with me  slept through everything  .   Also when the White police officer took my phone it was like a dream , but right before that I had went and had a cup of noodles, I got hot water from the coffee machine  and the noodles knocked me out and I went to sleep right  away in the divider of  the street on Jefferson ; it was filled with bushes , but I was so sleepy I went to sleep  on Jefferson in the middle of the street divider inside the bushes and the white police officer with deep blue eyes in a Blue Detroit Police uniform  took my  dark blue Nokia Phone   he said give me that and took my phone -in my dream but when I woke up my phone was really gone..

**Rule (1)** Scope and Purpose- This document is Veretta Jenny Burnett filing A Bivens Claim on

the United States of America for  Domestic Terrorism that reached international borders and

inadequately training officers on Terrorism  in Highland Park Michigan , Jersey City ,  New

Jersey , Hoboken, New Jersey , New York , Detroit Michigan , and  Chicago Illinois . I'm

filing 42 U.S.C. 1983 suit for Lost wages Equal Pay/Compensation Discrimination

The Equal Pay Act requires that men and women in the same workplace be given equal

pay for equal work. The jobs need not be identical, but they must be substantially equal. Job

content (not job titles) determines whether jobs are substantially equal. Which goes back to

my 42 U.S.C.  1983  section lawsuit in discrimination in pay from James McGinnis and

William T. Ford   of Highland Park and Highland Park City .  All forms of pay are covered

by this law, including salary, overtime pay, bonuses, stock options, profit sharing and bonus

plans, life insurance, vacation and holiday pay, cleaning or gasoline allowances, hotel

accommodations, reimbursement for travel expenses, and benefits. If there is an inequality

in wages between men and women, employers may not reduce the wages of either sex to

equalize their pay.

Equal Pay/Compensation and Sex Discrimination

Title VII also makes it illegal to discriminate based on sex in pay and benefits.. ( Equal

Employment Opportunity Commission )  My Equal Pay Act Claim under Title VII  is that I

didn't get paid , by Highland  Park Municipality because James McGinnis ,  and William T Ford

the then acting Attorney for Highland Park Municipality -  wanted to pay me based on a "title"

and not the "work" and content of my "work"I did for FBI Chris Hess-7  and wanted me admit to

being an informant- Consultant as ( Mohamet With Company )  ( being that each  Most wanted

World Leader, or Most wanted Terrorist ( Freedom fighter)  ( Hassan Nasrallah and Maqtadr Al-

Sadr,)  , in front of Srgt. Brenda Stevenson who works for Chief   of Police Caldwell of Highland

Park whom was committing Terrorist acts  and William T. Ford -  Highland Park Attorney .

By further covering up discovery.

– "The City of Highland Park Law Department is established by Section 7-5 of the Charter of the

City of Highland Park. The administrative head of the Law Department is the City Attorney,

William T  Ford who is appointed by, and directly responsible to, the mayor. ( which is Huebert

Yopp  who  smoked crack cocaine retrieved by  Ponytail (then narcotics officer Caldwell ), who

also retrieved crack cocaine for Osama Bin Laden number 2- Aaron Labarrie )  -Acting Chief of

Police in 2007 was committing  international Terrorism from a Domestic Vantage point , which

resulted in domestic Terrorism.

Chief Caldwell had the inside knowledge about the Osama Bin Laden terrorist tapes

because he was apart of making the Osama Bin Laden Terrorist Tapes -  but he did not reveal

that information to the FBI because he was directly involved in the Terrorism  **(1)** the term

"international terrorism" means activities that—

**(A)**

involve violent acts or acts dangerous to human life that are a violation of the criminal laws of

the United States or of any State, or that would be a criminal violation if committed within the

jurisdiction of the United States or of any State.

**(B)** appear to be intended—

**(i)**

to intimidate or coerce a civilian population.

**(ii)**

to influence the policy of a government by intimidation or coercion; or

**(iii)**

to affect the conduct of a government by mass destruction, assassination, or kidnapping; and (

The kidnapping refers to Aaron Labarrie – Osama Bin Laden number 2 , Hamza Bin Laden , and

using them to make Terroristic threats on- or against the United States of America – in collusion

with the  Terrorist tapes  )( the Osama Bin Laden  terrorist tapes had to be dubbed or voice over,

because Gustavo Guerrero – Osama  bin Laden number 1 kept telling me he didn't like his voice

and someone would speak for him, and that he could make himself look taller on camera )

**(5)** the term "<u>domestic terrorism</u>" means activities that—

**(A)**

involve acts dangerous to human life that are a violation of the criminal laws of the United States

or of any State.

**(B)** appear to be intended—

**(i)**

to intimidate or coerce a civilian population.

**(ii)**

to influence the policy of a government by intimidation or coercion; or

**(iii)**

to affect the conduct of a government by mass destruction, assassination, or kidnapping; and

**(C)**

occur primarily within the territorial jurisdiction of the United States; and

**(6)** the term "military force" does not include any <u>person</u> that—

**(A)** has been designated as a—

**(i)**

foreign terrorist organization by the Secretary of State under section 219 of the <u>Immigration and</u> <u>Nationality Act</u> (<u>8 U.S.C. 1189</u>); or

**(ii)**

specially designated global terrorist (as such term is defined in <u>section 594.310</u> of title 31, Code of Federal Regulations) by the Secretary of State or the Secretary of the Treasury; or

when I was assaulted by  Sargent   Brenda Stevenson (who works directly for Chief of Police Caldwell - )after and  for  going to the F.B.I with the Most wanted Terrorist and World Leaders information  November 5th  2007 -  which included  Chief Of Police Caldwell's involvement in the Terrorism)  As I know once I alerted the  FBI  that Aaron Labarrie- Osama Bin Laden number 2  was in America -specifically Highland Park , Mi.

Being detained by the Chief of Police Caldwell of Highland Park  Mi. – Osama Bin Laden number 2 – Aaron Labarrie -  That he was allowed to go to his family , as he also explained he

been in America for 20 years in the basement of a house on Tyler ,  in Highland Park  Mi. as

Osama Bin laden Number 2 – Aaron Labarrie moved into Chief of Police apartment complex ,

when Chief Caldwell saw me, at the time I was pregnant with my son Farrad .  The Chief of

Police of Highland Park  was moving out of the apartment complex, in Highland Park ,

Michigan 48203 )


 This  Municipality – Cities – counties lawsuit  42 U.S.C. 1983   is also filing suit  against

William T. Ford in his professional and personal capacity   Rule 20 (2)  persons may be joined

as  (2) *Defendants.* Persons—as well as a vessel, cargo, or other property subject to admiralty

process in rem—may be joined in one action as defendants if:

> (A) any right to relief is asserted against them jointly, severally, or in the alternative with
>
> respect to or arising out of the same transaction, occurrence, or series of transactions or
>
> occurrences; and

> (B) any question of law or fact common to all defendants will arise in the action.

James McGinnis and William T. Ford refused to pay me a sum of 5 million dollars  in

2012 during the Deposition(2:09-14238) about Osama Bin Laden -  based on the fact of a

title of "informant"  and "not the content of the work", done for the FBI   Chris Hess-7 in

their city of Highland Park, fore warning Highland Park about the Terrorism being

committed in the city of  Highland Park, Michigan , 48203    Due to the injuries suffered

since 2012 interest should arise on the 5 million dollars , future  medical bills covered and

loss of wages , home and children should bring the amount to 10 million dollars . As the

Deposition was about How I met Osama  Bin Laden but I wasn't deposition about each

Osama Bin Laden as individuals  example : Osama Bin Laden number 1- Gustavo Guerrero , who told me his father is  Columbian .

   Osama Bin Laden number 2 – Aaron Labarrie, so that I can give precise  information and location rather than having to talk about Osama Bin Laden as 1 person .   As each Osama Bin Laden(number 1 and 2 )  actions make them  the legendary  "Osama Bin Laden"

   Next there is the Medellin Cartel – Griselda  Blanco  Restrepo  know as La Madrina ,  the Black Widow , The cocaine Queen of Narco- Trafficking, is  a Columbian drug Lord of the Medellin Cartel , The  rumor that Griselda Blanco Restrepo  died is not in good faith and is frivolous and thus lacks an arguable basis in law or in fact, Neitzke v. Williams , 490 U.S. 319,325 (1989)

   6835 Michigan Ave, Detroit, MI 48210  At my Boss T- mobile Store  he had me to do Assurance Wireless Lifeline - Federal  program – ( the White Girl Beth  hired-recruited  me originally and took me to Sahar , Sahar had another Arab  Frankie to train me to do the Assurance Wireless Free Phones; Beth play sister works at Sahar Boost mobile as well . With the 2 white girls together you have the likes of George W. Bush # 43  daughters but on methadone, Beth and her play sister  hired me , Beth recruited me and took me to Rick Valdez he was over the Assurance Wireless account . Sahar was a field agent and the Boss with Johnny over Boost and T- Mobile stores throughout Michigan. Sahar Odurn  is an older man – Senior Citizen , he couldn't sit in the Grocery stores , he liked his office in Pontiac ,  so I worked under his( Sahar Odurn)  POMS  code . Then Sahar got Veretta Burnett her  own POMS number and Password .  Sahar owned the T- Mobile on 6835 Michigan and Martin- where I was sent to the food truck ( Ali my baby daddy had  taken me to the very same  food truck ) by Beth ( the likes of Jenna Bush but on Methadone )  She

sent me to get her some Taco's and Griselda Blanco – The Cocaine Godmother was in the Truck serving taco's . I took Beth her Taco's , but a Mexican- Columbian  man with cowboy boots , was doing security , He was eating but he didn't leave – he just stood outside the  food  truck, also Griselda Blanco is not short , she is at least Beth's size and weight at 5'8  165 pounds and a bruise , from blunt force trauma on her forehead." The pictures of the Food Truck were included in my federal  Case's appeal  regarding Kim Jong UN #17-2170 .

   NBA Young Boy the rapper right hand man  Ten that  is usually always  in his rap video's was on Michigan Ave and Martin at 6835 Michigan ave, with me while I was enrolling clients into Assurance Wireless  lifeline program . I sent those pictures into the 6th circuit of  Appeal's  office not of Ten but of the Griselda Blanco food truck .   The next day I went to get Tacos again but this time for myself and Griselda Blanco poisoned me – I ate the Tacos  then I started pouring down sweat , I started shivering then vomiting , The poison made me feel like I was on a roller coaster ride ,like I was falling at 60 mile an hour . I couldn't eat , I was in so much pain in my abdomen (I felt like I felt  when my liver was lacerated, I was throwing up blood ,  I call it the Kings Island Poison, so I started drinking water and making myself vomit to get the poison out ) . When I did go back to work the Mexican- Columbian Man with the cowboy boots was gone but Griselda Blanco was still there inside the food truck selling Taco's and the best  fattest burrito's for $10.00  – so I never ordered food from her again. The Food Truck isn't associated with my Boss Sahar Odurn and his partner Johnny it sits in the parking lot of the Shopping   Complex. Also Ali Al- Kindi my baby daddy took me to this food truck before , he ordered the food and I didn't .

– Furthermore ,  under the Equal Pay Act -  William T Ford , (Mayor Yopp)  is included in this suit Rule 20 ( 2) (a)(b)  - The City of Highland Park Mi- Attorney manages all civil litigation for the City; serves as chief legal advisor to the City Council and attends its meetings; advises officers, departments and boards in matters relating to their official duties; defends the City's officers and employees in all actions that may be brought against them for acts done in the performance of their duties; and conducts such other actions in court and before other legally constituted tribunals as directed by the mayor. (Highland ParkMi.gov )

The City's Law Department is involved in the regulation of City liquor licenses, the preparation of development agreements and contracts, and the processing of Freedom of Information Act requests. In collaboration with the Police Department and Code Enforcement, the City Attorney prosecutes misdemeanors and civil infractions in 30th District Court and works to insure that people convicted of criminal or civil violations pay their share of fines and costs. (HighlandParkmi.gov)

I work for   F.B.I agent Chris Hess-7 , and David Harmon starting in 2005.  According to Federal law and U. S.  EEOC – job content(Not  titles) like informant , consultant , matter ; only thing that matters is the work I did for the FBI )   determine rather jobs are substantially equal . As will the content of my work will show that it is equal to my  male counterpart )  and co-workers in the field of apprehension , catch and release , of  Most Wanted World Leaders and Most Wanted Terrorist -  then report to the F.B.I in real time .

Title VII, the ADEA, and the ADA prohibit compensation discrimination on the basis of race, color, religion, sex, national origin, age, or disability. Unlike the EPA, there is no requirement under Title VII, the ADEA, or the ADA that the jobs must be substantially equal.

As I Veretta Burnett was paid pretextual(for sex) ( from Abu Masub Al-Zaqawi/Joe   )

MINIMUM WAGE

SEC. 206. *[Section 6]*

(d) Prohibition of sex discrimination

(1) No employer having employees subject to any provisions of this section shall

discriminate, within any establishment in which such employees are employed, between

employees on the basis of sex by paying wages to employees in such establishment at a rate

less than the rate at which he pays wages to employees of the opposite sex in such

establishment for equal work on jobs the performance of which requires equal skill, effort,

and responsibility, and which are performed under similar working conditions. (U.S.

EEOC)


(Osama Bin Laden number 1- Gustavo Guerrero lived at my home )( while Osama Bin Laden

number 2- Aaron Labarrie frequented my home  while I worked for the FBI Chris Hess-7)( Then

in 2014 – I started going to Kim Jong UN Nail Salon at 12027 Woodward -in Highland Park

Municipality – where he told me  he been here in America for 20 years, due to the fact that I was

arrested for coming out of his secret detention at an abandoned McDonalds on Conner and Mack

on Peck street in 2001-2 )  I was also paid pretextually  for enrolling new accounts who qualifies

into Assurance Wireless lifeline a federal program of   free phones)  where Mullah Krekar , His

Holy Rashid Al- Moktum the Supreme Ruler of Dubai , and Abu Bakr Al- Baghdadi worked,

and Omar Mateen -the Florida Gay Night Club shooter )  to help apprehend the Most Wanted

World Leaders and Most Wanted Terrorist – including those on Former President  George W.

Bush – State Sponsors of Terrorism List ,  I want SSDI work credits for the 15 years I been working for and  throughout the Presidents of the United States  named in this document , 10 million dollars for pain and suffering , 5 million dollars to buy a home for myself  and a home for  my 3 grown  children, lifetime medical plan for the plaintiff 's in the case  which includes myself Veretta  Jenny  Burnett , Loreatha McGee, Christopher Burnett, Ladarius Burnett-Sanford, Elizah Davis  Burnett and Farrad Al- Kindi  Rule 17 (3) (c) Minor or Incompetent Person.

(1) *With a Representative.* The following representatives may sue or defend on behalf of a minor or an incompetent person:

(A) a general guardian.

(B) a committee.

(C) a conservator; or

(D) a like fiduciary.

(2) *Without a Representative.* A minor or an incompetent person who does not have a duly appointed representative may sue by a next friend or by guardian ad litem. The court must appoint guardian ad litem—or issue another appropriate order—to protect a minor or incompetent person who is unrepresented in an action. 2 million dollars for each government entity that molested Elizah Davis Burnett  which was  : Ali Al-Kindi ,- working with Agent Gwen Rosenthal but she was let go from the FBI  , Vincent and Freeda Fulton)  for a sum of 6 million dollars for  Elizah Burnett  being molested by Government entities, 5 million directly to Farrad Al-Kindi my son for being kidnapped by Qari Bilal- Sam.    5 million for the work I've done for the FBI while disabled , College Tuition Paid – I earned a Master's Degree in –

Global issues in Criminal Justice – with a Specification in "Terrorism in the 21st century " to do this job. I'm asking for   5 million dollars from Highland Park City for the work I've done finding Terrorist in their City who was on former President George W. Bush # 43 State sponsors of Terrorism list .I'm asking  5 million   Pain and Suffering and Negligence  on Behalf of Highland Park Police Department( City ) for failing to train its officers on Terrorism Training, and being involved at the Governmental level in the Domestic Terrorism  – And James McGinnis and William T. Ford  for loss of wages in their  Professional and Personal Capacity (for not paying me in 2011 a sum of 5 million dollars, during the Osama Bin Laden deposition   , basing their  choice not to pay me on my "title of informant /consultant in real time ", instead of the work that I did in the City of Highland Park , finding Osama Bin Laden Number 2 -Aaron Labarrie being held by Chief of police Theodore  Caldwell II  of Highland Park  , and Osama Bin Laden number 1- Gustavo Guerrero ( who wanted me to fill  Khalid Al-Fawaaz  positions)  , Abu Masab Al-Zaqawi, Hassan Nasrallah , and Maqtadr Al- Sadr ,and Kim Jong UN   ) . Highland Park  City allowed a Pedophile fugitive/Terrorist  like   Richard Steve Goldberg to attend City Council meetings-where Chief of Police Theodore  Caldwell participated in collusion with the intent on starting a "war against Islam for   personal and financial gain , political  gain and the act of domestic terrorism from inside America .( An example of Domestic Terrorism is The Oklahoma Federal Bombing by Timothy McVeigh ) Highland Park City – Chief Of Police Caldwell-Ponytail and Richard Steve Goldberg connection to the World Trade Center Civil Aircraft attack ; and allowing Vladimir Putin to work in America at Subway  – Highland Park , Michigan.

(1) Conspiracy to Commit an Act of Terrorism Transcending National Boundaries in violation of 18 U.S.C. §§ 2332b(a)(1) and 2332b(a)(2).

(8) Willful Attempt to Destroy and Wreck a Civil Aircraft in violation of 18 U.S.C. §§ 32(a)(8) and 32(a)(1).

(3) Attempted Murder Within the Special Aircraft Jurisdiction of the United States in violation of 18 U.S.C. § 1113 and 49 U.S.C. § 46506.

I'm charging Negligence on behalf of Wayne county department of Health and Human Services for removing my children from my custody which has resulted in grave injury for me and my children. - Negligence - which is  A failure to behave with the level of care that someone of ordinary prudence would have exercised under the same circumstances.  The behavior usually consists of actions, but can also consist of omissions when there is some duty to act (e.g., a duty to help victims of one's previous conduct) . I Veretta Burnett  as a private citizen Working for F.B.I. agents  Chris Hess -7 , David Harmon ,  In her personal and Professional Capacity Agent Gwen Rosenthal  for over 15 years finding World Leaders and Most Wanted Terrorist alone and working on a team  for the F.B.I. and other Arabs like Sahar Odurn  who was/is my Boss , retaining  $13 Trillion dollars in  assets oil  that Abu- Bakr Al – Baghdadi  ISIS gave up in TANF on the Iraqi , Syrian border ; to Donald Trump #45 .

Furthermore I help maintain  other   assets such as the Peace deal between the United States and the Taliban  , by working with Hamid Karzi  next door to my Boss Boost Mobile store at his Boost Mobile location in   Pontiac   at 619 Auburn rd.  Pontiac  Michigan 48342  ( which I gave to the Detroit  FBI Duty Agents after I finished the job There was 2 duty agents a white male and a white female  at the Detroit FBI whom I gave the geographical profiled location of Hamid Karzi  ) the former President of Afghanistan.

I believe that Hamid Karzi  knew that I  found   Osama Bin Laden number 1 and 2  alive   in the United States and   I worked for FBI agent Chris Hess-7 and David Harmon and Gwen Rosenthal)  for the  United States Government  covering   Ronald  Regan#40  George Bush #43 , Barack Obama #44 and President Donald Trump # 45 Presidencies  Hamid Karzi , worked inside the dollar store where I did Assurance wireless phones.   .**18 U.S.C  Section  242** states " Whoever  , under the color of law , statute , ordinance, regulation or custom, willfully subjects any inhabitants of any  State , Territory  or District to the deprivation of any rights, privileges  or immunities secured or protected by the Constitution or the Laws of the United States , or to different punishments , pains or penalties , on account of such inhabitant being  an alien, or by reason  of his color or race than are prescribed for the punishment of citizens , shall be fined not more than 1,000 or imprisoned not more than 1 year or both and if death results shall be subject to imprisonment for any term of years or  for life . To be held liable under  **Section 242**  a law enforcement officer must act with specific  intent to deprive a person   I Veretta Burnett are also filing this lawsuit on behalf of my 5 children . (***Veretta Burnett , Loreatha McGee , Christopher Burnett , LaDarius  Burnett- Sanford, Elizah Davis-Burnett, Farrad Al-Kindi)(***  Rule 17 (3)

(c) MINOR OR INCOMPETENT PERSON.

   (1) *With a Representative.* The following representatives may sue or defend on behalf of a minor or an incompetent person:

      (A) a general guardian.

      (B) a committee.

      (C) a conservator; or

      (D) a like fiduciary.

(2) *Without a Representative.* A minor or an incompetent person who does not have a duly appointed representative may sue by a next friend or by guardian ad litem. The court must appoint an  guardian ad litem—or issue another appropriate order—to protect a minor or incompetent person who is unrepresented in an action.)

of important constitutional  or other federal rights (*Screws v.United States,325 U.S. 91 {1945} Also for criminal liability  under Section 242 , a constitutional right must clearly  be established   (United States v. Lanier, 520 U.S. 259 {1997}.* The facts will show that under Section 242 which  is maintained for the most egregious  forms of police  misconduct  this suit is warranted .  As in case # 09: 14238 Veretta Burnett v. Highland Park Police Department and Brenda Stevenson who was indicted by the F.B.I.  for Using Excessive force and Lying to the F.B.I.  In which case Veretta Burnett (myself) was deposed about Osama Bin Laden presence in Highland Park Michigan Under Barack Obama Presidency , and due to my own attorney willful  misconduct  discovery was purposefully blocked , including the  brief I had given to Shawn Cabot about Kim Jong UN  before my Federal Deposition about  Osama Bin Laden  .*Federal Rule 27 ( 4)   ( Depositions to perpetuate Testimony  under federal rule (32) Using Depositions in Court proceedings .*

Rule (13) Counterclaim and Cross claim against Shawn  Cabot-P-64021 P-64021 and Law offices of Christopher Trainor and Associates for willful  neglect and misconduct  In 09: 14238 that involved Terrorism, in which  Shawn  Cabot-P-64021 told me he was going to "lie" to the Federal Judge Marianne O. Battani after I had already given him a brief regarding Kim Jong UN secret detention  in 2011 .Placing Kim Jong UN in America – as I had told the FBI it was Osama Bin Laden Secret detention , it wasn't until 2016 when Kim Jong UN  Momma  told me that it was him that "shit" on the abandoned McDonalds floor when I was arrested in 2002-at  Mack

and Peck  at the Marathon Gas Station ( coming out of Kim Jong UN Secret Detention) being

under duress when the Arab/Russian   Marathon  gas station owner told me to go into the

Abandoned McDonalds which was a secret detention to "Go See", as a man was in the gas

station with no shoes on  sitting on the floor drinking coffee out of a dog dish  . I did as I was

told and I took a male  black nurse( a hood 68 whisky)  into the front of the Abandoned

McDonalds( because that same male black nurse had been at the back of Kim Jong UN secret

detention trying to open the  back door, he was throwing crack rocks at the door for me to find , I

found so many crack rocks that the male black nurse was throwing at the back door of Kim Jong

Un Secret Detention, then I realized  I can stay up all night  and work at the gas station (

marathon ) The male Black nurse was like a lighter( a person who trying to tell you something

without saying the words but rather they show you )  , he had really bad skin , but he didn't want

sex . he wanted to get inside the abandoned McDonalds but we couldn't get into the Back door

of  Kim Jong Un Secret detention . The back door was sealed shut with bead welding - because

someone had opened the  Front metal door with a  blow torch., plus someone was bringing food

into the Secret detention of Kim Jong UN because I saw  Turkey bones piled up in the urinal and

foil pans of rice that Kim Jong UN had piled up on the floor of the men bathroom.   Kim Jong

Un  Secretly works at any said 3 locations : 12027 Woodward Highland Park Michigan 48203

Highland Nails , 820 W. McNicholas SUN-SUN Chinese food Detroit Michigan 48203 or 7651

Gratiot  Detroit Michigan – the UN Beauty Supply store as in Kim Jong UN -  that I find

relevance today of  Shawn  Cabot-P-64021 and Christopher Trainor and Associates liability for

my continued pain and suffering , false Arrest , and lost wages, and SSDI lost work credits   .

Rule 23.(2) Combing Christopher Trainor and Associates with  Shawn  Cabot-P-64021 – Rule 20

(a)(2)as defendants ; Persons as well as defendants, as well as vessels ,cargo, or other property

subject to admiralty processing in rem; Rule 20 (a) (2)  (a)(3) Rule 32 (1)(a)  Shawn  Cabot-P-

64021 was present at the Osama Bin Laden  Deposition and was *grossly incompetent* about my

federal rights – he had the brief of Kim Jong UN Secret detention of 2002 – he failed to advise

me , and advise James McGinnis of my work- content and not "title" describes my work  for the

FBI as "Mohamet with Company". Kim Jong UNs Detention   exist in present day in 2012 at the

time of the Deposition ;   and Osama Bin Laden – Brief . Rule 32(a) (1) (b) Rule 32(a)(1)  ( a) (2)

through (8)

I am a confident informant to the FBI  regarding "only" "Terrorism" of The World Leaders  and

Most Wanted Fugitive and Terrorist ; in which case some World Leaders Listed in this

Document  are/was  on former President   George W. Bush #43    7 State Sponsors of Terrorism

List  2002   which included  North Korea , Iraq and Libya .( Now that we know in 2020  Saddam

Hussein didn't have  weapons of Mass Destruction )   Uranium  From Africa and the Valerie

Plame- Wilson Expose .

 At the time  North Korea , Iraq and Libya  were deemed state sponsors of  Terrorism Which were

countries in 2002  determined by the Secretary of State to have repeatedly provided support for acts

of international terrorism are designated pursuant to three laws: section 6(j) of the Export

Administration Act, section 40 of the Arms Export Control Act, and section 620A of the Foreign

Assistance Act. Taken together, the four main categories of sanctions resulting from designation

under these authorities include restrictions on U.S. foreign assistance; a ban on defense exports and

sales; certain controls over exports of dual use items; and miscellaneous financial and other

restrictions.

Designation under the above-referenced authorities also implicates other sanctions laws that penalize persons and countries engaging in certain trade with state sponsors. Currently there are four countries designated under these authorities: The Democratic People's Republic of Korea (North Korea), Iran, Sudan, and Syria. (United States  Department of State,2020)

Kim Jong UN constant detainment and release into Black society and the origin of  Osama Bin Laden Terrorist Tapes( being that Bin Laden number 2 was detained by Chief of Police to Make Terrorist tapes)   has caused me and my children who were minors during the World Trade Center Attack (Loreatha McGee born 1994 , Christopher Burnett born 1996 , LaDarius Burnett-Sanford born 1998 , Elizah Burnett born 2004 , Farrad Al- Kindi born 2012  )   personal pain and suffering with my children , housing and living situation .   Rule 20 (1) (a ) (b)   ; and  Lost of wages ( From The F.B.I.- specifically- the FBI  duty agents  - Chris Hess-7 , David Harmon , and then acting agent Gwen Rosenthal ) because other Arabs  and Mexicans hire me for terrorist apprehension Such as ( Sahar Odurn , Rick Valdez , Wii, in which I worked on the Kim Jong UN case for Sahar , Wii ,  Rick , Johnny ,Beth , and  Beth sister whom I call "Jenna and Barber Bush" when you see them together except  they were not  uppity President Daughters these girls were on Methadone.  My Boss Sahar has his own crew , in  which I named  the bosses of his crew above. … ;

        I didn't know in 2001  my job was going to be finding world leaders and Most Wanted Terrorist , but  that Is why I originally went to the FBI , because this was terrorist not a five and dime drug deal.   My Latest work  has been to find the World Leaders on Former President #43 George W. Bush 2001- State Sponsors of Terrorism Speech- List when they go missing from the United States Government  ; which included  North Korea- Kim Jong UN  , Iraq- Saddam Hussein and Uday Hussein , Libya- Muammar Ghaddafi  -  when the Most wanted  World Leaders go missing from the United States Government or  detained by "someone" other than the United States Government  or

"terrorist group" I am called in  to do a job of Geographical Profiling  as  Mohamet with Company to

go into the secret detention to  witness the suffering(detainment)  and the solitary  confinement : and

if possible rescue ; Any world Leader or Most Wanted Terrorist and to go to the F.B.I. agents that I

work for with that information those agents are  (F.B.I agent   Chris Hess-7,F.B.I. agent  David

Harmon, and Then  acting  F.B.I agent Gwen Rosenthal in her personal and professional capacity .)


One terrorist organization like the ***KKK*** detaining and releasing Kim Jong UN back into Black

Society and culture has affected  not only my life , but my home life and  wellbeing ,as well as my

children upbringing and the ability to remain safe in school has affected my children who are still of

child age .Although Qari Bilal – Sam  a Yemen national kidnapped my son  with no association to

Kim Jong Un , I find it no coincidence that Qari Bilal worked  at 820 W. McNichols less than a block

from one of Kim Jong Un  Family location  where Kim Jong Un can be at any time at 230 W.

McNichols.

 ( As my son Farrad  Al-Kindi was kidnapped from Palmer  Park Preparatory academy in Detroit

Michigan Rule 44 (a) (1) (a) (b)  proving an official record  from the Detroit Police Department and

Federal Judge  Marianne O Battani who received a  certified copy  by mail of the police report

regarding my son's kidnapping and  Vladimir Putin  involvement in  American Politics by operating

in Highland Park , in 2013.  Rule 71 -Enforcing relief for or against a non -party  I call the Joint

Terrorism Task Force as witnesses  who  came to  my home to apprehend   Gregory McKay who

took me to Vladimir Putin in Highland Park after  my time working for Charles Belanger who hired

me to  collect money orders at his apartment buildings at 730 Whitmore and 725 Whitmore , Detroit

Michigan 48203, Charles Belanger hired Gregory McKay as the maintenance man  , where  we

became acquainted  because we both worked for Charles Belanger . An important note is that the

JTTF – Joint Terrorism Task Force had to come to my home because Gregory McKay had absconded and assaulted me and I stabbed him  for sucker punching me to the ground ,  when the 12th police Department  arrived they arrested me instead of Gregory McKay who was wanted by the Joint Terrorism Task Force .

Every facet of life having me absent from my children   lives has made them vulnerable to terrorism  , pimps, prostitution ,drugs ,  and HIV where as  custody of my children  was taken from me, and my child was then infected with HIV . My son Christopher Burnett was perfectly healthy as long as he was in my custody , and as soon as the court took my children during the 09-14238  the Osama Bin Laden case ,  where I was police brutality by Srgt. Stevenson ;  for telling the FBI that Highland Park Chief of Police was holding Osama Bin Laden Number 2 hostage.  The law is   Chief of Police Theodore Caldwell was supposed to invite the FBI into Highland Park Michigan , 48203 so that the  FBI would not violate jurisdiction, when domestic terrorism is involved . Instead Chief Of Police Theodore Caldwell was /is using the fears of American Government  to enforce and distribute the Osama Bin Laden Terrorist Tapes by using Osama Bin Laden number 2 – Aaron Labarrie  . Evidence  will show that I am handling  Government business and the Terrorism of  not only Kim Jong UN  intercontinental  Ballistic missiles weapons and his detainment the consequences behind his detainment in my neighborhood   weigh on my shoulders because it's in the Black community  where I live shop , work and play ,  in the area where my children go to school . Which adds to my U.S.C 42  Section 1983 Municipal and County Liability Lawsuit  Against Highland Park and Wayne County for the constant Terrorism apprehension work I have to do specially in  ( Wayne county) Detroit and Highland Park  , Michigan –  U.S.C 42 Section 1983 Municipal and County Liability -Wayne County Depart Of Health and Human Services ; Rule 11 (b) (2) (3)  The claims and

defenses  and other  legal contentions are warranted by existing  law or by a nonfrivolous  argument for extending, modifying  or reversing existing law or establishing new law.

1. Which takes into court immediately Foster Parent who have had  the child in their custody for 6 months before  the sexual abuse is expected by proof of Sexually Transmitted Disease  in the Foster home with a 3 year old  child  should. The child should  be removed from the foster parents  as with  the parent . However in "our" "case"  although Elizah Burnett had a S.T.D which was vaginitis  that she had been only in the custody of the Foster Parent Vincent and Freeda Fulton . Who sexualized Elizah when she was 4 years old. Elizah Burnett told me Mr. Fulton was sticking his finger into vagina. Again  in the sexualization of my daughter Elizah at a young age the Fulton's gave her "treat's" for sexual behavior . In fact when she came home from Foster care she had climbed into my lap and asked me if she could help me? Of course I'm being playful and asked her help me how? ( Because I am aware of what my job is)  But Elizah was only 5 and asking to help me sexually . The Fulton's had taken away Elizah the 4 year old baby I knew  and given me an entire new child who was fully aware of her vagina sexually . The way she came home it's like they spent personal time teaching Elizah about  sex  outside of me.   This was done during the time she spent with Vincent and Freeda Fulton being sexualized for treats, while they saying to Elizah I'm mentally unstable I have Munchausen ; because after   8-9  months after Elizah  Burnett was taken out of my custody  and I was able to have 4 hour visits , Elizah  Burnett started to faint during our visit , she also  would have a 104 degrees fever , with vomiting and a swollen vagina. All my visits  with Elizah  Burnett – she was sick to where I had to rush her to the hospital because the Fultons was allowing Elizah to be sexualized .  Everyone at Foster Care had known about my case with the police brutality , involving  Osama Bin Laden , and the

Foster Parents as Government agents sexualized Elizah , and while sexually abusing her

telling her I'm mentally unstable or paranoid.  And Ali Al- Kindi another Government entity

statutorily raped my daughter .Ali Al- Kindi  didn't  forcefully rape Elizah , he followed suit

of  Vincent and Freeda Fulton the Foster Parents .  He started calling me Bitches in front of

the my children then treated Elizah to  alone time in the bathroom. And I kept telling Elizah

to put Ali in jail because whenI caught him in the bathroom with Elizah he told me I can stab

him. But I'm tired of stabbing him , and not putting him jail. He  will take the stab wound to

be a pedophile , which is having sex with my underage daughter . Telling my daughter I'm a

crazy bitch , but watching porn in front of the children , and if I speak up  , and tell him to

stop acting like a pedophile watching pornography in front of the children . Then he watching

teen -porn , where the teenagers barely look like they went through puberty  in front of the

kids – he expects me not to say anything , but even I feel uncomfortable knowing the children

in the room and he watching pornography . I kept telling Elizah even if I call the police the

Police need to hear it from you that Ali was  having sex with you . Its called Staurtory rape ,

even if you let him have sex with you . But when I caught my daughter and Ali red handed

coming out the Bathroom together on  701 Covington Apt. E2 ( which sat behind Minister

Farrakhan Secret Detention)  Elizah started talking that  I'm crazy following Ali suit . Ali

went in the room and sat down and said I can stab him… But I went to Elizah and told her to

put him in jail, lets call the police , I begged her to put Ali In Jail , I explained to her , how

she was there when I had to stab him before  . I'm tired of fighting and stabbing him  because

he  keep acting eradicate and  like a pedophile . Then  when Elizah just lied to my face and

said nothing happened  and laughed it off , I did discipline Elizah physically  because she was

13 years old , I told her not to go into any locked rooms with Ali , and she went into  the

bathroom willingly and locked the door and had sex with Ali my sons father  and she refused

to put him in jail.  The Terrorist  kept threatening me , If they cant have sex with me , then

they will rape and have sex with my kids. ( All of which FBI Chris Hess-7 has that

information .)

2.  On Occasion I would have to redirect Elizah's behavior  such as : the incident  that we are in

Court for now.  But years ago I would have to  access Elizah because she kept  trying to sit

up under my company , instead of going to play with the kids.  As with Gregory McKay -

he  was wanted by the Joint Terrorism Task Force – so I had to come clean the carpet , I put

the kids to bed early , and made sure  I put them in  pants pajama's  because I knew I would

be in they room late night  with  a male cleaning the carpet .  But Gregory McKay said he

was tired , and I decided to at least use the carpet cleaner on the children room  , so it would

be dry by the morning . I come in the room Elizah has a bare butt hanging out . I had to

redirect her behavior and explain that there is a male in the house , and she knows that , she

needs to be fully dressed , so I spanked her and reminded her that when I have company she

need to be fully dressed  in what ever I gave her to put on. I kept telling her , " you're a child

Elizah .. I don't sale little kids for sex. Stop trying to be grown  or doing what you learned

with the Fultons , over here at home with me  , we don't sale kids into sex. However , Elizah

kept  trying to one -up me with Ali , like they was best friends against me . Elizah till this day

will not put Ali Al- Kindi in jail because he gave her treats  to have sex with her, even though

she was underage .

3.  The rules are  with my children when I have company ;

a.  The children especially Elizah are NOT to sit on my male company lap.

b.  My male company don't give my children money – if they want the children to have something then it comes through me . Not  my male company

c.  There is no kissing the children  or hugging the children  if your are a boyfriend or male visitor at my home.

Rule 11 (3) If a young child gets a Sexual transmitted disease in foster care the Foster Parents will be held accountable especially when the child has been only in the custody of the Foster Parents

Rule 11 (3)The factual contentions have evidentiary support or if specifically  so identified will likely  have evidentiary support  after a reasonable  opportunity for further investigation or discovery     , for denying me the immunities of working for the F.B.I. , sexual abuse of Elizah  Davis Burnett my daughter  – in the care of Vincent and Freeda Fulton in which case Elizah  Davis Burnett   contracted vaginitis in the care and custody of the  Wayne County department of Health and Human Services  and Catholic Social Services . Loreatha McGee my daughter was Prostituted  out on Las Vegas Track.   When Wayne County Family Court took   custody of my 4 children from me after a Police Brutality in 2007. ( Rule 17 ( 3) Rule 17 (2)  Loreatha McGee, Christopher Burnett , LaDarius Burnett Sanford , Elizah  Davis Burnett , )  was  taken from me because I went to the FBI on Monday November 5th ,2007 with Terrorist names , numbers, addresses , including information regarding chief Of Police Caldwell so in retaliation   custody was   taken from me and  given to my mother Loreatha Clark  and they  moved to Las Vegas , Nevada ,- where Loreatha McGee my daughter  was prostituted  out on the Vegas Strip and out of State ,  Christopher Burnett my oldest son  was severely injured  to present day ;  LaDarius Burnett Sanford my son  suffers from not having

his mom and father , mentally ; he was a breastfed baby , he needed me , Elizah  Davis –

Burnett my daughter   has been sexually assaulted by Government officials , Vincent and

Freeda Fulton and Ali Al-Kindi who was working with my then acting  F.B.I  agent Gwen

Rosenthal ; independently   of me, Veretta Burnett ( Mohamet )  and Farrad Al-Kindi who

was kidnapped by Terrorist Qari  Bilal,  who was being detained in a secret detention at 885

Covington with Abdullah Haqani ,  in Palmer Park Michigan . As I wrote a Habeas Corpus

in a demand letter to State Legislature to find the secret detainee's including ( Minister Louis

Farrakhan aka Louis Walcott  )( When I was a child  Minister Farrakhan  outsourced work to

my mother Loreatha Clark  to the Lyndon LaRouche Foundation and Cliff Kelly radio station

in Chicago ,Illinois  . My mother Loreatha Clark always kept me by her side .Rule 11(3)  The

factual contentions have evidentiary  support or is specifically   so identified  will likely have

evidentiary  support after a reasonable  opportunity for further investigation or discovery .  As

we went to Lyndon LaRouche Foundation before Lyndon LaRouche went to Federal Jail, he

called me and my mother to His foundation in Chicago  and told us Russia is the problem and

showed us pictures of Russian President Vladimir Putin . My Mother also called Rush

Limbaugh saying she was going to marry Minister Farrakhan . However, I was the one going

to jail for boycotts ; we closed down  IN and OUT  Liquor store on Houston Whitter and

Chalmers  in Detroit .  A store in the black community that mistreated Black people, I was

the one watching my brothers and sister and cleaning the House . When Minister Farrakhan

saw all the work I was doing as a child  – he called us into his office  In Detroit Michigan at

the Mosque and Told my mother – he was sorry for the Vangaurd fighting her(  as my

Mother Loreatha Clark would wear her wedding /prom dresses to the Mosques saying she

was going to be Minister Farrakhan second wife ) When Minister Farrakhan heard that the

Vanguard fought my mother and ripped off her dresses on numerous occasions ;  Rule 11 (3)
Minister Farrakhan came from Chicago to the Detroit Mosque and reprimanded   the
Vanguard in a public speech   , then  Minister Farrakhan called me and My mother and
siblings into his personal office at the Mosque  Minister Farrakhan apologized personally to
my mother Loreatha Clark  then he  turned to me in front of my mother and told me "He
would find me a Husband" , but I was only 10 and did not want to profit from my mother's
pain of not marrying Farrakhan , so I told Minister Farrakhan  in front of my mother "I don't
need you  to find me a Husband."  My mother Loreatha Clark spent a week in Minister
Farrakhan Home with his wife and staff. So I didn't know then  around 1986 Minister
Farrakhan was facing a secret detention hearing as I was too young to understand Minister
Farrakhan's motives behind wanting to find a husband for me, and not my mother  while I
was only 10 years of age )

( I reproduced the demand letter ( Habeas Corpus )  on social media accounts of Legislators all over
America – even the account of  those who kidnapped my son Farrad Al-Kindi at age 5 in 2013-14
school year at Palmer Park Preparatory Academy with Mr. T another Yemen national ),( because I
knew my son was with them, as he knew their names when he came home . Because  my Son Farrad
Al- Kindi  knew their names ,I was able to access my  leads in Europe including Britain , Manchester
, Bradford ,London and parts of Detroit  where Qari Bilal ran after he kidnapped my son) ( Qari Bilal
, kidnapping of my son help me to understand the secret detentions was behind my home at 900
Whitmore and 701 Covington E2 ) The addresses of the secret detention are 885 Covington  - The
Hampshire House and 900 Covington – the Cambridge House .

During the October 1996 term, the Supreme Court handed down two cases involving municipal liability under 42 U.S.C. §1983, *McMillian v. Monroe County, Alabama*, 117 S. Ct. 1734 (1997), and *Board of the County Comm'rs v. Brown*, 117 S. Ct. 1382 (1997). By a narrow majority, the Court in these cases emphasized the importance of State law in determining the reach of § 1983, thereby preserving the States' role in organizing their political subdivisions within a larger Federal system.

In each case, a county was sued for damages under Section 1983 by individuals who claimed that they suffered injury at the hands of the county sheriff. The Supreme Court in both cases reiterated the role of the States in the formulation of municipal policies and found that the City was not liable for damages under Section 1983. Chief Justice Rehnquist delivered the opinion of a 5-4 Court in *McMillian* (Justices Stevens, Souter, Ginsburg and Breyer dissented); Justice O'Connor delivered the opinion of the same 5-4 Court in *Brown*.

Under *Monell v. Department of Social Serv.,* 436 U.S. 658 (1978), a municipal government can be held liable under Section 1983 if a plaintiff can demonstrate that a deprivation of a federal right occurred as a result of a "policy" of the local government's legislative body or of those local officials whose acts may fairly be said to be those of the municipality. Municipalities, however, cannot be held liable under Section 1983 for constitutional torts on a theory of *respondeat superior*. In other words, municipalities are not liable for the actions of their employees simply as a result of employment status: an employee must be acting pursuant to a municipal "policy." To establish a municipal "policy," a plaintiff must prove that the municipal action was (i) taken with the requisite degree of culpability and (ii) causally linked to the deprivation of a federal

right. This standard has produced, in the words of Justice Breyer, "a highly complex body of interpretive law." *Brown*, 117 S. Ct. at 1401 (Breyer, J. dissenting).

      In which case Highland Park City  as a village-annex has allowed  for "Kim Jong Un" – "Nail Shop"( Highland Nails) at 12027 Woodward  to exist  under the employment of the KKK , Highland Park City has a trend of allowing  enemies of the state/ Country/ state sponsors of Terrorism  to own and operate businesses  within Highland Park City – refer to Osama Bin Laden deposition which resulted from me being assaulted by Highland Park Police and Srgt Stevenson  Charged by the FBI for lying and using excessive force – The police brutality was in retaliation for alerting the FBI Chief  of Police Of Highland Pak ;Caldwell, involvement and arson fires ;   after I went to the FBI  with Hamza Bin Laden- Trevor-Rod -  and Other  Most wanted Terrorist information; that included Chief of Police  Caldwell cohorts  ; or who Chief Caldwell was holding captive for his own political gain , financial gain,   ; and  Kim Jong Un Brief given to  Shawn  Cabot-P-64021 my attorney at the time of the Osama Bin Laden Deposition .

Of the two cases decided this past term, *McMillian* may have the larger impact -- despite claims from the dissent that the decision does little to alter Section 1983 jurisprudence -- because it emphasized the importance of applicable state law in determining whether a county sheriff is a municipal "policymaker" in any given situation. McMillian filed a lawsuit under Section 1983 against, among others, Monroe County, Alabama. McMillian's suit alleged injury flowing from having spent six years on death row before his capital murder conviction was reversed. McMillian alleged that the Monroe County sheriff and others in the sheriff's office had acted as county officials when the evidence was suppressed, and that as a result the county was liable

under Section 1983. The county did not dispute that the sheriff was a "policymaker" for purposes of Section 1983 but contended that the sheriff was a policymaker for the State, not Monroe County. The district court, which was affirmed by the Eleventh Circuit, agreed with the county and dismissed McMillian's lawsuit against the county on the ground that the sheriff was a State, not a county, policymaker when acting in a law enforcement capacity.( In my Case Chief Of Police Caldwell, an acting Chief of Police of the municipality/city  of Highland Park -  was acting as a policy maker by practicing in City Council meetings  along with Richard Steve Goldberg – A Most wanted Sexual Predator who is an Aero -Space Engineer  and Terrorist )

The Supreme Court affirmed, and made clear that its holding was driven by two factors: first, its decision turned on an analysis of state law; and second, its inquiry was limited to the circumstances presented by the sheriff's actions at issue in the case (actions taken in a law enforcement capacity). In assessing whether the sheriff was a state or county "policymaker," the Court focused its analysis on how Alabama county sheriffs were intended to function under pertinent Alabama legal authorities, particularly the Alabama constitution. The Court relied heavily on the fact that the Alabama Supreme Court had held that under the Alabama constitution, claims brought against a county sheriff based on official acts constitute suits against the State, not against the sheriff's county.

The Supreme Court specifically rejected an argument that finding Alabama county sheriffs to be state officials would conflict with the decisions of several Federal Courts of Appeals that had concluded that county sheriffs were county officials. That argument was characterized by the majority as "ignor[ing] our Nation's federal nature." *McMillian*, 117 S. Ct. at 1741. The Court also noted that there would be no inconsistency in decisions declaring sheriffs to be county

officials in one State, and not in another -- perhaps inviting a reconsideration in those circuits that have uniformly held sheriffs to be county policymakers.

*Brown* involved a suit under Section 1983 seeking compensation against, among others, a City for injuries allegedly incurred when plaintiff Brown was forcibly removed from a vehicle by a sheriff's deputy of Bryan County, Oklahoma. Brown claimed that the county was liable because the county sheriff (the uncle of the deputy's father) had failed adequately to review the deputy's background, which included various misdemeanor convictions, before hiring him.

In *Brown*, the issue of whether the sheriff was a county "policymaker" was not contested. *Brown* addressed the standard of culpability and causation necessary to establish that a federal right was deprived by a municipal "policy." The municipal action at issue in *Brown* was a single act, the decision to hire a particular individual as a sheriff's deputy -- an action that was neither itself a violation of federal law nor a municipal directive that produced a denial of federal rights. The county argued that the sheriff's single hiring decision could not give rise to Section 1983 municipal liability. The district court and the Fifth Circuit disagreed, finding that a single hiring decision by the county sheriff could be a "policy" under *Monell*.

The Supreme Court reversed, holding that the single hiring decision in *Brown* was not a sufficient "moving force" behind the alleged injury to constitute an actionable municipal "policy" for Section 1983 liability. The Court was driven by its concern that "[w]here a court fails to adhere to rigorous requirements of culpability and causation, municipal liability collapses into respondeat superior liability." *Brown*, 117 S. Ct. at 1394.

The Court made clear, however, that the municipal action at issue in *Brown* did not itself deprive any federal rights. The Court reiterated a high standard of culpability and causation for liability in such cases -- a standard of "deliberate indifference" to a risk that a violation of a federal right will follow from the municipal decision. For "deliberate indifference" to exist, the causal connection between the deprivation of a federal right and the municipal decision must be such that the deprivation was a "plainly obvious consequence" of the decision. *Id*. at 1392. *Brown* also squarely called into question whether a single municipal act that does not itself deprive a federal right could ever constitute "deliberate indifference." In doing so, the Court qualified *Canton v. Harris*, 489 U.S. 378 (1989), which left open the possibility that evidence of a single violation of federal rights *could* result in municipal liability under Section 1983, as a decision hypothesizing about an instance where the violation of a federal right is a highly predictable consequence of the municipal action. ( Nelson,2020)

The decisions in both *McMillian* and *Brown* limit the scope of Section 1983 liability and emphasize the importance of State law in detering the significance of municipal activity. *McMillian* rejected the argument that a uniform national characterization of sheriffs would make Section 1983 cases easier to decide, instead recognizing the States' "wide authority to set up their state and local governments as they wish." *McMillian*, 117 S. Ct. at 1741. Similarly, in scrutinizing whether a single municipal hiring decision could constitute a "policy," *Brown* drew on the Congressional intent that municipalities would not be held liable under Section 1983 unless deliberate action attributable to the municipality directly caused a deprivation of federal rights.( In which case Veretta Burnett and her children were  injured under 42 U.S.C. 1983)

  Indeed, *Brown* cautioned that "[a] failure to apply stringent culpability and causation requirements raises serious federalism concerns, in that it risks constitutionalizing particular

hiring requirements that States have themselves elected not to impose." *Brown*, 117 S. Ct. at

1394. *Daniel Nelson is an associate at Gibson, Dunn and Crutcher in Washington, D.C.*

Because Highland Park serves as its own police which  used excessive force against me

once I reported Chief of Police Caldwell connection to the Domestic  Terrorism along with the

phone numbers and addresses  of  Most Wanted Terrorist  , Highland Park has  its own  city

council , its own business district, its  operating as a Corporation  as a city ,  it has its  own

Mayor  such as Mayor  Huebert Yopp who is/was also involved in the making and distribution of

the Osama Bin Laden Tapes through his then  – Narcotics officer Ponytail also known as Chief

of Police Caldwell, in 2007, as Ponytail would retain "crack cocaine" for Mayor Yopp as a

narcotics officer  and Osama Bin Laden number 2 – Aaron Labarrie; and when Aaron Labarrie-

Osama Bin Laden tried to get drugs on his own even demanding crack cocaine he was shot  with

a gun inside the United States , in Highland Park Michigan .    I assert a U.S.C. 42 1983

Municipality and Counties Claim against Wayne county Department of Health and Human

Services and  Highland Park Municipality  which is  my community where I live sleep , play and

worship .  With Wayne County - When I go and get gas  on Conner I am constantly reminded that

Kim Jong Un was confined right in my footsteps at an abandoned McDonalds where as a child I

enjoyed  having lunch with my family , but as an adult ,  McDonalds has become the house of

horrors for me , it wasn't the United States Government that detained Kim Jong Un but the **KKK ( ku**

**klux,klan)**  which realistically  increases the chances of :

"The proliferation of nuclear, chemical, and biological weapons of mass destruction (WMD) and

their delivery systems, advanced conventional weapons, and related materials, technologies, and

expertise presents a grave threat to the security of the United States and to international peace."

(Department of State, 2020)

North Korea, for example, pursues nuclear weapons and ballistic missiles in defiance of its

international obligations, destabilizing Northeast Asia and increasing the risk of nuclear war. The

Iranian regime develops ever more capable ballistic missiles and proliferates them to regional proxies

and terrorist forces. Both ISIS and the Assad regime in Syria have used WMD. Russia and China

have increasingly potent and diverse WMD and missile arsenals, and they provide advanced arms to

partners and proxies in various regions. ( Department of State ,2020)

It is a strategic goal of the Department of State to counter threats to the United States and the

international order. Ultimately, the Department's work improves the security of the United States and

all the nations of the world. (  Department of State , 2020)

Read more about what specific bureaus are doing to support this policy issue:

Bureau of Arms Control, Verification, and Compliance (**AVC**): AVC helps to form key strategies

and goals of the U.S. government on arms control. These strategies and goals cover two broad areas:

1) assisting the United States and other nations in negotiating arms control and disarmament treaties

and 2) creating strong relationships with other nations to aid in the implementation of treaties. (

Department of State , 2020)

Bureau of International Security and Nonproliferation (ISN): ISN's mission is to prevent the spread

of WMD, delivery systems, and advanced conventional weapons capabilities and to roll back such

proliferation where it has already taken root. ISN tracks, develops, and implements effective

responses to proliferation threats and shapes the international security environment to prevent their

recurrence. (Department of State – Arms Control and Non-proliferation, 2020 )

Rule 19 (b) required Joinder of Parties  of Shawn  Cabot-P-64021 and Law Offices of

Christopher Trainor and Associates A Joinder as Hostile witnesses and Defendants – Admissible

is my brief or Affidavit  about Kim Jong UN secret detention  to  Shawn  Cabot-P-64021 my

acting attorney  during my Deposition about Osama Bin Laden Number 1 – Gustavo Guerrero

and Osama Bin Laden number  2 – Aaron Labarrie ;  in which Gustavo Guerrero came from New

Jersey – While Aaron Labarrie was already being secretly detained from the FBI and CIA by the

Chief of Police  Chief Caldwell of Highland Park , Michigan 48203  for  personal, financial ,

political gain . Police Chief Caldwell is what you call a meat -eater , The Meat- eaters are "*dirty*

*cops*" they are dangerous to life and  property( as with the Arson Fires Chief of Police  Caldwell

-Of Highland Park City  was orchestrating to infringe on the fire department.  Chief Caldwell

orchestration of the Arson fires At Gran Liquor at 12889 Woodward and  10 Ferris , Highland

Park Michigan 48203 both locations are where Richard Steve Goldberg lived- near 24 Ferris the

Boys and Girls Club in Highland Park and Barbara Jordan Elementary in Highland Park

Michigan 48203  ) The Trend of setting Fires - this  caused the foot traffic  of the community

around 11 Farrand Park and 10 Ferris   to cease so that  Richard Steve Goldberg was able to go

to and from Highland Park City Council meetings under a fake  name and Identity ). Richard

Steve Goldberg 1. Willful attempt to Destroy and wreck a civil aircraft in violation of  18 U.S.C.

subsection 32 (a) and 32 (a) (1)


Cops like Caldwell are Meat -Eaters – or Dirty Cops " are shrewd and they are invariably

rapacious and without conscience". According to Delattre , Character and Cops  - Ethics in

Policing " such persons should be weeded out by background investigations by observant

academy instructors , by careful field training officers and so on." In which case Narcotics

officer Caldwell then Chief of Police Caldwell of Highland Park was an assistant to the  Osama

Bin Laden Terrorist tapes without the knowledge of the FBI or CIA. Our 2 Highest powers of Intelligence:

Example 1- of Chief of Police Caldwell's Terrorist actions :

1. Willful Attempt to Destroy and Wreck  a civil aircraft in violation of  U.S.C.  subsection 32 (a) and 32 (a) (1)

2. Conspiracy to commit  an act of Terrorism Transcending  National Boundaries in violation of 18 U.S.C.  subsection  2332b (a) (1) and 2332b (a) (2)

3.  Murder  within a Special Aircraft  Jurisdiction  of the United States  in Violation  of 18 U.S.C. subsection 1113 and 49 U.S.C. subsection 46506 on 911  in cohorts with Vladimir Putin who worked at 14331 Woodward at Subway for an Arab named Mike  .(  Refer to Steven E. Jones  of Brigham Young University who stated , " there was Nano -thermite painted on the Beams of the World Trade Center" " Someone wanted to Start a War  between Islam and America"  Quotes  By Steven E. Jones of Brigham Young University .  Steven E. Jones Explains the  detonation by  Civil Aircraft  of the World Trade Center – there was a chemical explosive used " It was the Nano -Thermite in the Dust that was the second  Terrorist Attack on First Responders on September 11, 2001 ( refer to certified police report I sent Federal Judge Marianne O. Battani of the police report I made at  Detroitmi.gov, and  F.B.I. report  in 2013 of Qari Bilal Kidnapping my son with Mr. T  in 885 Covington Secret Detention and Vladimir Putin working  Subway( as cover)  at 14333 Woodward . {Rule 44 1 (a) (b) (i)  by a judge of a court in a district or political subdivision where the record is kept. (ii) by any public officer with a seal of office and with official duties in the district or political  subdivision where the record is

kept  Subsection 671{now 1733} Admissibility of copies of post office  records and statement of accounts . Subsection 670 { now 1743} admissibility of copes Statements of demands by Post Office Departments  Rule 26 (1) (a) (b) (c)   Rule 27(2)  } of Vladimir Putin being at14331 Woodward - Subway, In Highland Park , Michigan  a few years after I was Deposition about Osama Bin Laden. Rule 27(1) (a) (c) (d) and Qari Bilal aka *Sam* -kidnapped my 5 Year old son. Rule 34 1(a)  Rule 34 (2)  to Permit William Barr  the Michigan Attorney General Danna Nessel, United States Eastern District Attorney Mathew Schneider   to see the Police Report and the Copy of the Police report I sent to Federal Judge Marianne O  Battani after my Police Brutality case had concluded to show  Judge Marianne O Battani  I myself and my children  was still facing direct Terrorism in 2013-14 when *Vladimir Putin* was in Highland Park working for an Arab named *Mike* at Subway as *Sam* at 14331 Woodward Highland Park , Mi. 48203  .

According to Homeland Security for Policing by Willard Oliver (2007) , " On September 11, 2001  , policing  entered  the era of homeland security . Prior to the attacks on America by Osama Bin Laden  and his terrorist group Al- Qaeda  , on that fateful day , policing in America recognized that various crime problems had international  implications, but there was little acknowledgement  of how these crimes would impact state and local police directly. (pg.1) Furthermore Oliver states, " Issues such as international and transnational crimes, particularly organized and white-collar crime, and both drug and human trafficking were issues of concern, but generally the concerns for either the federal government and their criminal justice assets or for the international community" . " Perhaps more importantly , reviewing how the local police respond to the attacks provides us some insight into what the era of Homeland security ,means for policing." ( Oliver , 2007)(p.1) The Bubble Forms according to Oliver , " Al- Qaeda was founded by Osama Bin Laden in Afghanistan in 1988. Osama Bin Laden was born in July 1957

the 7th of twenty sons of a Saudi Construction magnate of Yemeni origin. Another of Bin Laden's instructors was a major figure in the Jordanian branch of the Muslim Brotherhood , Dr. Abdullah Azzam . Azzam has been identified by some experts as the intellectual architect of the jihad against the 1979-1989 Soviet occupation of Afghanistan and ultimately of Al- Qaeda itself; he cast the Soviet invasion as an attempted conquest by non -Muslim power of sacred Muslim territory and people. ( Oliver ,2007 pg. 7)

Bin Laden according to Oliver , 2007 went to Afghanistan shortly after the December 1979 Soviet invasion and joined Azzam there . He reportedly used some of his own money to establish himself as a donor to the Afghanistan mujahedin and a recruiter of Arab and other Islamic volunteers for the war. ( In which case many FARC from Columbia joined Al-Qaeda )in 1984 Azzam and Bin Laden structured this assistance by establishing a new-work of recruiting and fund raising offices in the Arab World , Europe and the United States . That network was called the Maktab al- khidamat ( Services Offices) also known as Al-Khifah . Another major figure who utilized the Maktab network to recruit for the anti-Soviet jihad was Umar Abd Al- Rahman also known as the Blind Shaykh , the spiritual leader of the radical Egyptian Islamic group Al – Jihad . Bin Laden Also fought in the anti- Soviet war , participating in the 1986 battle of Jalalabad and more notably , a 1987 frontal assault by foreign volunteers against the Soviet armor. Bin Laden said he was exposed to a Soviet chemical and was slightly injured in the battle . ( Oliver , 2007 pg.7)

"During this period , most U.S. officials perceived the volunteers as positive contributors to the efforts to expel Soviet forces from Afghanistan , and the U.S. officials made no apparent effort to stop the recruitment of non- Afghan volunteers , although the United States

have repeatedly denied that the United States directly supported the volunteers , although the United States did covertly finance about 3 Billion dollars during the 1981-1991 and arm via Pakistan the Afghan mujahedin factions , particularly the Islamic fundamentalist Afghan factions, fighting Soviet Forces. At this time neither Bin Laden , Azzam nor Abd Al- Rahman was known to have openly advocated undertaken or planned any direct attacks against the United States , although they were critical of U.S. Support for Israel in the Middle East." ( Oliver , 2007 pg.7) " The National Strategy for Homeland Security created by the Office of Homeland Security under then director - Tom Ridge. The National Strategy for Homeland Security does address the role of state and local police in homeland security but it's a much broader document etc. The second source for developing a strategy for Homeland Security comes from the joint efforts of the international City /County Management Associations ( ICMA) and the International Association of Chiefs of Police (IACP) . Both of these associations have pulled together a number of articles that have looked at the best practices for homeland security . The National Strategy for Homeland Security asked 4 questions ; ( These4 questions will be answered throughout this U.S.C. 42 1983 sections lawsuit )

1. What is Homeland Security and What missions does it entails?

2. What do we seek to accomplish and what are the most important goals of homeland security?

3. What is the Federal executive branch doing now to accomplish these goals and what should do in the future ?

4. What should nonfederal governments , the private sector, and citizens do to help secure the homeland ?

According to Oliver on May 17th 2005 the IACP issued their own white paper with a press release . The white papers were very critical of the National Strategy for Homeland Security . The White papers were written or constructed by Police Chief's from all over the United States .  The White Papers created by the IACP charged the National Strategy released in 2002 was developed  by federal departments and agencies and that despite the assertions of Bush in the preface of the document it was in fact a federal strategy , not a national strategy . The IACP  argued that all levels of government , including local , tribal and state and federal , should have participated  in the development  of the strategy to truly make  it a national strategy . ( Oliver , 2007) (pg.103)

Chief of Police Caldwell have great knowledge of the IACP and it's  development toward a strategy for securing the homeland – and instead Chief Of Police  Theodore Caldwell II went out and started a war  between Islam and America by detaining and torturing Aaron Labarrie – Osama Bin Laden Number 2.

More Examples of Chief of Police Caldwell then acting Narcotics officer  road to Terrorism - " Some of the "Buddy Boys" of the Seventy -seventh Precinct of the New York Police Department in Brooklyn served with honor for years." When they saw drug dealers making huge profits and flouting the law, however they began to  bust drug dealers  to steal their money, and they finally stole and dealt drugs themselves ."  So it is with Chief  of Police Caldwell of Highland Park - as a Narcotics officers he made sure 2 people got their crack cocaine and they both were Political aspects of the Terrorism – Those 2 people were : Mayor Huebert Yopp  of Highland Park and Aaron Labarrie – Osama Bin Laden number 2  so that he would continue to make Terrorist Tapes that  threatened American Government and  its policies .  Admissible evidence of the Arson Fires directed and orchestrated  by  Police Chief Caldwell  at  12889  Woodward and  10

Ferris , Highland  Park   MI, will show the intent and urgency of Chief of Police Caldwell  in

Highland Park   intention to "profit " from *Arson a form of Terrorism in this case ;*  at the

expense of the Fire Department who put out the fires Caldwell  directed and ordered. Caldwell is

willing to profit from Arson a form of Terrorism in this case , Drug Dealers and  Domestic

Terrorism- that looked  like International Terrorism   – by being Involved in the making of the

Osama Bin Laden Tapes - Aaron Labarrie- Osama Bin Laden number 2  , Chief  of Police

Caldwell and Richard Steve Goldberg's involvement in Terrorist tapes from a Modus Operandi

or ( MO) vantage point of attacking American Civil Aircrafts -  that involved Osama Bin Laden

and Hamza Bin Laden -Trevor-Rod.. The reason Al-Qaeda or Umar Farouk Abdulmutallab

sought to attack Detroit in that MO of using an aircraft  specially over Detroit was because word

got back to  Al-Qaeda Osama  Bin Laden was in "Detroit", being detained , by police   which

was actually  "Highland Park",  Michigan.  Refer to ;Umar Farouk Abdulmutallab.

("Abdulmutallab"), known nationally as the "underwear bomber," attempted to detonate an

explosive device in his underwear on Christmas Day in 2009. Abdulmutallab's chosen path

towards radicalization began in August 2009 when he traveled to Yemen for the purpose of

becoming involved in a violent jihadist group associated with Al Qaeda, a designated terrorist

organization pursuant to 18 U.S.C. § 2339B(a)(1) and 8 U.S.C. § 1189(a). During his time in

Yemen, Abdulmutallab received training at an Al Qaeda camp under the direction of the radical

Imam Anwar Awlaki and agreed to carry out a suicide attack by bombing a United States air

carrier over the United States. The bomb given to Abdulmutallab was built into a pair of

underwear and Abdulmutallab was assured that the bomb would defy airport security because it

contained no metal parts.

On Christmas Day, Abdulmutallab boarded the flight from Amsterdam, Netherlands to Detroit, Michigan to execute his martyrdom mission. The flight carried 289 passengers. When the flight was close to landing in Detroit, Abdulmutallab went to the bathroom to prepare to detonate the bomb. Upon returning to his seat, Abdulmutallab told the passenger in the seat next to him that he was not feeling well, pulled a blanket up to his head, and pushed the button to detonate the bomb. The result was a single, loud pop, which other passengers described as sounding like a firecracker. The explosive device did not work as intended and caused only a large fireball around Abdulmutallab and then a fire coming out of Abdulmutallab's pants, igniting the carpeting, walls, and seat. A number of passengers restrained Abdulmutallab and attempted to put the fire out. As a result of the emergency, the pilot brought Flight 253 into a deep descent, landing approximately four minutes later. Once the plane landed, Abdulmutallab was taken to the University of Michigan Hospital for medical treatment.

The superseding indictment charged Abdulmutallab with eight counts:

(1) Conspiracy to Commit an Act of Terrorism Transcending National Boundaries in violation of 18 U.S.C. §§ 2332b(a)(1) and 2332b(a)(2).

(2) Possession of a Firearm/Destructive Device in Furtherance of a Crime of Violence in violation of 18 U.S.C. §§ 924(c)(1)(A), 924(c)(1)(B)(ii), and 924(c)(1)(C)(ii).

(3) Attempted Murder Within the Special Aircraft Jurisdiction of the United States in violation of 18 U.S.C. § 1113 and 49 U.S.C. § 46506.

(4) Use and Carrying of a Firearm/Destructive Device During and in Relation to a Crime of Violence in violation of 18 U.S.C. §§ 924(c)(1)(A), 924(c)(1)(B)(ii), and 924(c)(1)(C)(ii).

(5) Willfully Placing a Destructive Device in, upon, and in Proximity to a Civil Aircraft Which was Used and Operated in Interstate, Overseas and Foreign Air Commerce, which was Likely to Have Endangered the Safety of Such Aircraft in violation of 18 U.S.C. § 32(a)(2).

(6) Possession of a Firearm/Destructive Device in Furtherance of a Crime of Violence in violation of 18 U.S.C. §§ 924(c)(1)(A), 924(c)(1)(B)(ii), and 924(c)(1)(C)(ii).

(7) Attempted Use of a Weapon of Mass Destruction in violation of 18 U.S.C. § 2332a(a)(2).

(8) Willful Attempt to Destroy and Wreck a Civil Aircraft in violation of 18 U.S.C. §§ 32(a)(8) and 32(a)(1).

R. 28, First Superseding Indictment at 1–10, PageID # 86–95.

https://caselaw.findlaw.com/us-6th-circuit/1654676.html - Find Law), (2020)

Richard Steve Goldberg  direct involvement in the Terrorist attacks on America ; living and working in  Highland Park is why  Caldwell Chief of Police in Highland Park in 2007 -  refused to invite the F.B.I. into  Highland Park Michigan , 48203 for the Terrorism involving The Osama Bin Laden Tapes  and why I had to go to the F.B.I  and ultimately why I was assaulted by Srgt. Stevenson because I had eventually gone to the F.B.I. on November 5th   with the Most wanted Terrorist ,American names (Including Trevor/Rod  or Hamza Bin Laden) locations- (Geographical profiled) and  phone numbers  and by November 7th 2007  I was put in a crucifix with 2 pairs of handcuffs  as retaliation for going to the F.B.I. alerting them of the Mass Terrorism in Highland Park Michigan and that Chief of Police Caldwell  of Highland Park

involvement and the role that he plays in the Osama Bin Laden Terrorist Tapes US.C.  a

designated terrorist organization pursuant to 18 U.S.C. subsection 2339B(a)(1) and 8 U.S.C.

subsection 1189 (a)

Terrorism is considered a Federal crime I went to the  FBI and once I gave them the

names and locations and secret detentions information, of the World Leaders and Most Wanted

Terrorist  I "*assume*" an agreement between myself and the FBI to continue performing  duties

under a contractor or lease; the FBI being the Contractor  and the Lease  being my Freedom

being that  these  were Deemed Fugitives and Terrorist by The United States Government, Rule

– the Terrorism was never-ending, it was always there ; a new Detainee; or Terrorist  or  Most

Wanted World Leader to report to the FBI.I kept working like a slave for the FBI. What I mean

by  working  like a slave  for the FBI is – " without payment from the FBI or the *immunities* that

comes with being a *Confidential informant* for the FBI, I told James McGinnis Im not an

informant, because I'm a confidential informant only about "Terrorism". A reasonable person

would have felt compelled to work for the FBI  from the inside to give the FBI the  Most Wanted

World Leaders and Most Wanted Terrorist information  Which is a civil rights issue ; The Fair

Labor Standard Act – that guarantees 90% of Americans they will be paid for the work they have

done ; hourly , commission ; salary however they are to be paid ; being that I performed duties

for that FBI that resulted in freeing some  from  a third party secret detention that was  directed

Tyrannically to hurt  the United States Government and  the People for Financial Gain, to drain

the pockets of the United States military  by continue war or threats of war on the American

People. Again the Osama Bin Laden Terrorist  Tapes had to be *dubbed* by a voice over -  as

Osama Bin Laden number 1 and 2  Voices were  altered on the Terrorist tapes .  Also Osama Bin

Laden Number 1 – Gustavo Guerrero wanted me to fill the shoes of Khalid Al-Fawazz , role as press and religious writer , I went to the FBI but I also wrote a rebus to Khalid Al- Fawazz in the UK "caged Prisoners" .

This law suit will show the domestic Terrorism (B)  violated  Veretta  Burnett , Christopher Burnett ,  Elizah Burnett , and Farrad Al- Kindi -   state and federal civil rights  under  the 14th amendment for   Racial Gerrymandering, partisan hi- jacking by the Republican Party , under Section 2 of the VRA ( Voting Rights Act)  redistricting and Racial  Gerrymandering  which allowed the secret detentions to be put behind my apartment's at 900 Whitmore #203, Detroit Michigan  48203 , 701 Covington Apt E2 Detroit Mi. 48203 . Three factors must be proven these factors are called: prima facie , that under a totality of circumstances

1. The minority group is sufficiently large and geographically compact to constitute a majority in a single member district

2. The minority group is politically cohesive

3. The white majority -votes sufficiently as a bloc to enable it usually to defeat the minority -preferred candidate. Fact A. The African American community in Southeast Michigan is the only minority community  that is sufficiently large , geographically compact , and politically cohesive  in such a way as to require the creation of two majority African American  Congressional  districts under Section 2. ( Journal of Law in Society vol. 13 No. 1,2011)  Furthermore , Accordingly there are 2 districts in the Congressional map where the Voting Age Population for African Americans is over 5o percent , thus meeting the requirements : that Black Voting Age population (BVAP) 55.71% for Districts 13 and 57.05 % for District 14 .( District 14 is my Congressional District)

Therefore  with the  Republicans  drawing the maps using Racial Gerrymandering  the Republicans  - or mostly Caucasian Vote at 53%  . The majority Caucasian vote sufficiently as a bloc to enable it usually to defeat the minority -preferred  candidate .Additionally , the map contains ten county and 14 municipal splits , suggesting  a potential cause of action under the provision of state law that requires district lines to "break  as few county , city and township boundaries as is reasonable possible . The legal claim that says that the newly drawn maps in 2010 violate state law. As it was in 2000 African Americans  and Latino's have frequently faced discrimination  during redistricting . For example:  after 2000 census Louisiana   adopted  a discriminatory  plan for its state  House Representatives  that harmed Black  American voters . Despite 2000 data  indicating that Black- African American increased both numerically and by percentage  in Louisiana  the  state legislature  completely eliminated  a majority-minority district in New Orleans area where African Americans did not lose  any population  in their proposed redistricting plan. Louisiana admitted that this elimination was a conscious effort  to limit African American voting  strength  in the New Orleans are and to increase electoral opportunities for white- (Caucasian ) voters .  (  Journal of Law  in Society , 2011 p.24) Important note: communities vote on  local school board members, city council , state legislature , and Congress and my Vote and been significantly blocked by the White -Caucasian vote .That the races are separated  because of voting  practices .

According to the Journal of Law in Society , Wayne State  University law School in Partnership with Damon J. Keith  for Civil rights – "In July 2011 , the Michigan  legislature enacted a plan for  new congressional districts  that could arguably  be the most oddly shaped

districts  maps in Michigan's history , with districts swirling around Southeast Michigan  like

colors in a willy Wonka lollipop". "The 9th , 11th and 14th congressional districts  for Michigan

are three of the most awkwardly  shaped districts that Michigan  has ever seen. The new 9th

District is shaped like a Leprechaun's shoe, heeled in Roseville and Eastpointe and the 11th

district  grew a tail that wraps around Pontiac  to reach  Birmingham . And, the serpentine shape

of the 14th Congressional districts groups voters in Southwest  Detroit and Gross Pointe with

residents of West Bloomfield  and Pontiac . (Shaw v Reno)  That where shapes of districts are

extremely irregular  it is likely that they are unconstitutional  if they are the result of an effort to

segregate the races for the purposes of voting without regard for traditional districting

principles." (The Journal of Law in Society – Wayne  State  University  Law School .

Further states,  The Journal Of Law in Society ,  with sizable  majorities in both  houses in the

state  legislature  and Governor's office , Republicans had complete control of the process. Then

Congressmen Gary Peters -represented the soon to be eliminated Districts. Peters  was relatively

, young , moderate, and widely regarded to have a bright future .  He was first elected in 2008 as

the first  Democrat – represented Oakland County in over a century . In the new map, Peter's

district is eliminated and parceled out to 3 neighboring districts.  Strong Republican areas of the

district was folded into Republican area's then  represented by Democrats Sandy Levine and

John Conyers . This effort to eliminate Peter's Democratic leaning district was one of the

political and partisan factors that drove the re-districting  process in 2011, Two other factors also

influenced the process .

Number 1 – The political ambition of the then current congressional delegation and the

legislators drawing the maps. Those serving in congress are widely assumed to work behind

closed doors with state legislators to advocate for the best possible districts in which to run for re-election . To term – limited state legislator, redistricting offers opportunity  to draw his or her owns future Congressional  districts . ( I Lived in the 14th Congressional District , which Congress allowed the secret detentions to be put behind my home) . They can Literally, choose which voters they would like to include in their  districts.  More than ten years ago, then term – limited Senator Thaddeus McCotter  aspired to serve in Congress. As a legislator sitting on the committee who drew the congressional districts lines , future Congressmen McCotter was able to select and vote on the creation of a district where he would late run a victorious campaign. ( Journal of Law in Society – How Serpentine Districts Became Law p.11 vol. 13 no. 1 )  " Then State Representative  Marty  Knollenberg , who announced his candidacy for Congress while serving on the House redistricting  committee that commissioned the maps, was seeking to repeat history  by drawing himself into  Congressional  District 11, Knollenberg later withdrew  from the race when Congressman McCotter ended his campaign for Presidency and indicated he would be running for re-election in District 11".   Journal of Law in Society – How Serpentine districts became law, volume 13 No.1 )

Number 2 -the second factor is the larger efforts by political parties to create maps that produce strangely shaped noncompetitive districts on order to ensure  a pre-ordained partisan  makeup in the state's Congressional  delegation .  Michigan's 2011 Congressional  districts reflects  the presence of both these phenomena . The plan which Michigan's Democratic leaders referred to this as Partisan Hi-jacking – which spreads  the states  Republicans voters across 9 districts and packs nearly all of  Michigan's  Democratic  voters into the remaining 5 ,  With Republicans making up  the estimated 53 % of the voting population.

The Claim and opinion  concluded that a citizen in an racially gerrymandered  districts could

state a claim under the 14th Amendment  if they could feasibly  allege that traditional districting

principles , such as respect for political sub-divisions , compactness , and contiguity , had been

set aside  in deference to considerations of the racial makeup  of the districts The African

American  community in  Southeast Michigan is the only minority community that is sufficiently

large , geographically compact and politically  cohesive  in such a way as to require  a creation of

2 majority African American  congressional districts under section 2 .  Section 2 of the Voters

Rights Act bans any redistricting   map that results  in a denial or abridgement  of the right to

vote on the basis  of race, color , or language – minority  status. 42 U.S.C.  subsection 1973 (a)

states  with a history  of pernicious  racial discrimination must  receive federal  approval for their

redistricting plans under Section 5 of the Voting Rights Act. Johnson V DeGrandy 512, U.S. 997

, 1019 -20 ( 1994) ( Finding the remedy for a Section  2 violation is race- conscious districting

and that proving  racial , and ethnic  cleavages affected my vote  as it was blocked to appease the

white/ Caucasian/ Republican  - vote.

(4th)   Also in the Case with Harry Davis /Tupac Shakur  the white vote or police over Tupac

Shakur are using their position to block me from talking or questioning Harry Davis- Tupac

Shakur . Being that my case is Federal – federal Law Trumps State law. In more than one way

the white – Caucasian  Vote or Police are blocking my calls or monitoring my calls when- I

should be able to  Ask Harry Davis – Tupac Shakur  Questions, my case is Federal , federal law

trumps state law or local police .I'm asking the court to send a cease and desist order to the

Police or  Homosexual Authority or  Female - over Tupac Shakur – Harry Davis.

Considering the fact that Harry Davis – Tupac Shakur brought me to his home  in New Jersey

when he was dying , not to mention I met him 2 days  before the World Trade Center  was

Attack by Nano-thermite and a civil Aircraft attack  on September 11, 2001 . Harry Davis –

Tupac Shakur was dying – during 1996-2005  from cancer , Harry could not defend himself from

the surrounding  terrorism going on  in New Jersey being that I brought Gustavo Guerrero –

Osama Bin Laden number 1 to his home in New Jersey , because I left  Osama Bin Laden

number 1-  Gustavo Guerrero at 54 Parkhurst in  Newark in "our" apartment and I moved into

Harry Davis – Tupac Shakur apartment because  Gustavo and I were physically fighting .

(Gustavo Guerrero wanted to join to Bloods because the bloods put a hit out on the police for

taking their drugs – crack and heroin and re-selling it back to the streets . So the Bloods said if

you kill a police officer you can be a Blood Gang Leader . But I was jumped into the   Crip gang

in middle school – and had to protect Gustavo Guerrero from the real Bloods , because he would

try to wear their rag  in the area and they didn't know him , and would fight Gustavo Guerrero –

Osama Bin Laden Number 1 . So Gustavo and I would fight about gang is   Better. I told him we

Lockett's female for Loco – from Los Angeles California and Loc's . I was jumped in by Ike

Cousins from Los – Angeles California after the spread of the Iran -Contra that released crack

cocaine into the black community. Crip gang members from California the L.O.C. – loc's moved

on Wilfred in Detroit  Michigan .  The Lockett's females jumped me in by the 7th grade while

attending Jackson  Middle School .  Afesa , LaShawnda , and Eureka  jumped me in to the Crips

and not "courted" or  "Gang rape – sexed into  the men crips-Loc's ."


When Gustavo was charged for Domestic Violence against me in New Jersey , The

Police officers were being arraigned in the Part 1 Court in Newark for  robbing the local  dope

dealers of Newark in 2004  and re-selling the drugs back to the streets . So the Bloods put a Hit

out on Newark police.   The Newark Police were in the same Court with Gustavo Guerrero –

Osama bin Laden number 1  being arraigned while he was being arraigned for Domestic

Violence in Newark New Jersey .  Gustavo Guerrero- Osama Bin Laden number 1  came to

Detroit with me after he got my diary with Harry -Tupac – phone number – Gustavo Guerrero –

Osama Bin Laden number 1 started calling Harry Davis- Tupac Shakur telling him  I got a place

to stay in Newark and where was I . Harry Davis – Tupac – Shakur  told Osama Bin Laden

Number 1 – Gustavo Guerrero  I was at Penn station to go back to Detroit .  In which Gustavo

Guerrero – Osama Bin Laden number 1 came with his wife Keasha who put an enormous wart

on his penis – then sent him with me where he  Caught the Grey hound with me back to

Highland Park Mi. – where we lived at  11 Farrand Park , Highland Park , Mi. 48203   .

    Also Being a Crip gang member a "Lockett" helped me in Chicago, Illinois  in 2003 with

the Gangster Disciples , they respected my position as a  "Crip". That in Chicago when Uday

Hussein had to pick up his wife from the airport because she was coming from Iraq – so the

Gangster Disciples  kept me fed , gave me tickets for the Jazz festival  for food and gave me

protection. I noticed that the  Chicago Jazz Festival  they was serving Turkey Legs , just like  I

saw in Kim Jong Un Secret Detention before his capturer's started feeding him  and his soldiers

rats( by the time they was moved on Van Dyke and Gratiot near Kim Jong Un Momma Beauty

Supply store where I talked to her at  in 2016 .

    Therefore I challenge Colonel James Hickey and 1 two 1 task Force, of the United States

Army that Saddam Hussein and Uday Hussein are in the United States of America under an

OPEC deal  alive . Uday Hussein works at Ossama's hair Salon  at 5100 S. Cornell Ave and

Saddam Hussein was in Hyde Park where President Barack Obama lived in Chicago , Illinois with about 4 or 5 senior soldiers.

My 8th Amendment  rights have been violated as pertaining to cruel and unusual punishment – when Supreme Court Justice Kavanaugh Clerks office gave me an extension on my writ of certiorari – however  Department of Social Services is demanding I take parenting classes rather than work to obtain the money for the writ or certiorari . Taking Parenting classes , Random Drug screens -which I passed , as soon as the  Supreme Court Justice Brett Kavanaugh  gave me a chance at a writ of certiorari. Just like it is today . Ali Al- Kindi my Sons father now that I have the chance to  be with my daughter is deliberately fighting my in front of our Son Farrad . I've been living here with Ali Al- Kindi since 10-28-2018  when family court Judge gave Ali Al-Kindi Custody of my son . Since Ali Al- Kindi  is spying on me he is trying to fight me , because I am filing this case .The entire 2 years I ve been staying here with Ali and my Son Farrad and

 as long as I didn't have anything like a computer to start my case everything was okay . We got alone together  we didn't fight in front of my Son Farrad until this Ramadan of 2020 . All of a sudden it became Ali against me and my son . I gave Ali Al-kindi all my furniture when I moved into his apartment in 10-28-2018, because he was laying on the floor with bed bugs crawling all over him. His solution was to pull some trash furniture out the garbage and bring it into the apartment but it was already infested as well with bed bugs . When Ali was making 500.00 a week , instead of buying furniture he is tricking with females and men with terrible sexually transmitted diseases  in order to bait and switch the investigation and be a Terrorist to me and my son as he did by having sex with my underage daughter on numerous occasions. I stand on the truth , I exterminated the bed bugs from Ali  apartment and brought my furniture to his apartment

for us to live since I am the one that work's with my son educationally , emotionally and spiritually . The entire time Ali has had my son Farrad ; Ali  has been introducing homosexuality to him  by  watching pornography  in front of him or Arabic soaps  with moaning and groaning and because I have asked him to stop watching Pornography in front of our 11 year old son he has been  threatening to put me out . While Ali is watching  Pornography in front of  our son while I 'm at work ( I see because Ali was  sending Pornography to my 11 year old sons email or he falls to sleep watching porn in front of our son where it just pops up on the screen . Im asking the court to search Ali  web history , since the Covid 19 and our child has been out of school Ali refuse to help with school work. He refuses to add any educational value to our son saying he aint going to be the "bitch" , because he is  bi – sexual ,  pedophile , bait and switch terrorist- they feel like its being the "bitch" to clean up our common area , or teach the children the right way and not the wrong way.

  The job I have communicated with the FBI about the most wanted Terrorist and Most wanted World Leaders – Ali  is trying to tear me down  mentally  by cheating , with infected females , giving them money but giving my son nothing . My son has the bed I bought from 5 years ago . Ali receives 1,400 every 2 weeks  from Unemployment and refuses to buy my son a bed . The bed is now  a mattress because he has out grown the bed . This Ramadan now that CPS isn't making visits  Ali tries to deny food to Farrad .  All of a sudden  this Ramadan  of 2020 he doesn't want my son to eat with him. I've explained to Ali our son is too young to fast for 12 hours especially during a pandemic and home schooling. Last year in 2019 everything was okay ; with the exception of Ali being a pervert watching pornography in front of Farrad , then going to the bathroom  touching his rectum with his bare hands two to three times a day with raw feces on it , after watching  Pornography . Ali is impotent so although he watches porn he cant achieve an

erection  with out holding his penis or tying his penis up- so he is getting sexual gratification from watching porn in front of our son , then saying he has to poop , but touching his rectum with his fingers with raw feces on it . ( I kept telling Kimberly Craig of Channel 7 News  in 2016b that Omar Mateen and Rashid Al- Maktoum was smelling like  raw feces , and Omar Mateen told me he like that smell) ( It's a gay sex, poop ,  smell )  But Ali is producing those smells and pornographic moments on a daily basis since he has had custody of our Son and when I say  something or ask him to stop , he wants to fight me or throw me out the apartment . Just like I'm filing this case under duress , because Ali  has my son , holding him as Bait to a Hassan Al- Hamr whose a gay terrorist  who lives at 6814 St. Mary's in Detroit, Michigan . I had to quit my job because  every time Ali has the children he does nothing with them, while he watches porn  . He does not  help with school work he allowed my son to fall a month behind in school work , while he watched pornography and  have anal sex with men and women , squandering the money from unemployment rather than  buying the necessities that is needed in the home. Making me spend my SSI -700 .00 on necessities when he gets  2,800  a month Which is a deliberate Terrorist tactic to stop me from being able to afford to file this case with he United States Court. The Terrorist keep using  tactics to go after my employment  by going after my children like Ali is doing . He doesn't show me or my son any attention inside the house because he watching pornography and playing with raw feces on his rectum two to three times a day . ( Remember he impotent -so he cant get an erection unless he cock ring his penis or hold his penis but he has gay sex – so he is getting some  type of gratification  off watching porn in the same room with my son then playing with his own rectum hole  with feces on it . )  In other words he draining my little 700.00  then squandering his money on infected females , and men , instead of buying clothes , shoes,  food,  when I ask him to buy food for Farrad homeschooling he telling

me I just want to spend the money . But he is literally tricking off the money – taking my car ,

destroying my car so I cant work or go to World Leaders when they call  but making sure

females/ men  that help him  lie to the government about who the real terrorist are  he buy them

cars , give them money but give me and my son  crumbs and he living on all my furniture   right

now.

 For the last 2 years he has been splattering poop on the toilet like Saddam Hussein . I'm just

asking the government to free me with my children as I was before when I originally  asked for

case 09; 14238 to be reopened in 2017  because I had found Kim Jong Un  and both Osama Bin

Laden's. Due to Ali direct sabotage  against me by having sex with my child , to cover up his

sexual inequalities and terrorism  .

        I have  to have sex with him because the Terrorist said they will have sex with my kids if

I don't have sex with them, and Ali has already had sex with my  12 year old daughter . The first

night my son moved into his room (5/20/2020) and went to sleep  with the lights off , Ali goes

into my son room with no underwear on , standing over my son with his penis out . I came in

right behind him  he talking about he trying to get some of Farrad's underwear  to put on . So I

make My Son leave his bedroom light on so Ali cant assault my son sexually  in the pitch dark or

stand over him  with his penis out .  Ali  had sex with my 11 year daughter  in the wee hours of

the morning right before school-  I caught them in the bathroom together -coming out . Ali tactic

is to yell and scream and over react because he knows he caught red handed being sexually

inappropriate in front of my son  . I am asking  The Government to see the evidence will show

not only is  he is a Terrorist – but he is a sexually perverted terrorist on children - and not to tear

my son Farad and myself apart from one another. Give me back custody of my children . As You

can see this is cruel and unusual punishment by taking my children giving them to the terrorist because I reported  Kim Jong Un and Osama Bin Laden Number 1 and Number 2 still being exploited into Terrorism and Supreme Court  Justice Kavanaugh gave me an extension on my writ of certiorari  so as punishment my children were taken away from me .

.  Domestic Terrorism is defined as activities  that are a violation  of the criminal law of the United States  or of any state. (A) Involve acts  dangerous to human life that are a violation of the criminal laws of the United States . (B) appears to be intended to intimidate  or coerce  a civilian population or to influence  the policy  of a government  by intimidation  or coercion . According to Yungher, Terrorism the  Bottom Line , " State- Terrorism

"Using political  violence to gain and maintain power reached its peak in the first half of the twentieth  century. Only this time there was a twist in the unfolding story of terrorism.  The old idealistic bands of anarchist- terrorists, who had inflamed the hopes of some and the fears of others for over half a century  gave way  to centralized state run terrorism. The latter in turn, created new standards of mass repression and murder, terrorizing  the mostly innocent( veretta Burnett and her 5 children)  at a level  unheard  of in the modern era." (Yungher,2008 p.21)

As Criminal Procedure should not be confused with evidence procedure  or trail procedure . Evidence procedures concerns  the rules for presenting evidence to prove ones guilt of lack thereof , thus evidence cover such topics such  as types of evidence ,rules for presenting  witness testimony ,hearsay and the like . This  Evidence will show  by the time  Former President George Bush # 43  gave the Speech "7  State Sponsors of Terrorism"  – naming Libya , North  Korea and Iraq as State sponsors of Terrorism who countries who invest into Terrorist Organizations , that Kim Jong Un was already in Detroit , Mi.  on Mack and Peck inside an abandoned McDonalds;

My Secretary of State Identification around 2002-3 will show I lived with Adel Al- Hajami-Muammar Ghaddafi   in Dearborn Michigan on Jonathon St, if I  remember correctly  . I lived with Adel – Ghaddafi and 3 other Arabs from different parts of the world .  But Adel – Muammar Ghaddafi had lost everything and turned into a complete alcoholic, where he was stopped by Detroit Police Department on numerous occasions for drinking and driving .  Adel – would take me to Hassan's Café(Hassan/chanchun helped me thus helping the FBI -)  with him , but Adel worked at the Palace Liquor store at 6416  E. Jefferson   Ave.  Detroit Michigan, 48207.. ( I had just cut this Black dude neck for  creeping up on me while I was homeless sending a message to all the men  don't fuck with me I fight back , refer to the unwritten rules of the street ).and Adel – Ghaddafi , seen me after I changed clothes from the  man's blood on me Adel- Ghaddafi took me home  with him that night and because I was with Ghaddafi – Adel , even though he drank I still took care of the "(*father" like I was asked  by the men  from Al-Qaeda in Hot Tamales when I was a dancer in 2001  )( The family owned Hot Tamales – Topless Barr  Owner told me she had the encounter  of the Al-Qaeda Men  on tape showing me the pictures of the fathers asking me to take care of them .)   This incident was after the World  Trade Center came imploded   by Nano – Thermite and Air planes .*

Another Father I took care of is " Ghaddafi" , I cleaned up after him , I stayed at his home , while I could live there , because Adel was drinking so much the men , particularly ( Adel – Ghaddafi Boss  at the Palace Liquor store – because Ghaddafi was bringing too much heat  with his accidents and DUI's but  everybody knew that he was drinking so much because he just lost his country in 2003 he was in America – so his Boss, who use to cuss me out ,  because Ghaddafi kept me with him and his Boss   wanted  us to live in the garage , because Adel- Ghaddafi  was crashing his vehicle into  things  on the street , or falling down drunk , I had license to drive by

2007 so I would take Adel-Ghaddafi  to the Casino – because he liked to drink and play black

Jack … even at the Casino – Adel – Ghaddafi would be so drunk that the  waitress refused to

serve him any more drinks . So I would have to convince him it's time to go back to my house –

but he wouldn't sleep at my house anymore; because by August 7,  2007 I had gotten with Ali

Al-Kindi whom I met through Adel – Ghaddafi. I felt like Adel – Ghaddafi was leaving

America( I can't leave America)  because All his Arabic  friends  wanted to disassociate

themselves from Ghaddafi – Adel  because of his drinking and his constant access to Alcohol

because all his  partners  own Liquor Stores , if he couldn't buy alcohol from one liquor store

he'd just go down Jefferson to the next one – which would let Adel – Ghaddafi drink alcohol. All

the Arabs liquor stores on Jefferson had banded together to stop serving  Adel- Ghaddafi

Alcohol. – at one point he ended up in the hospital for drinking  Alcohol and driving  he broke

his ankle .  Also Adel- Ghaddafi  would take me to Hassan- Chanchun  café  so early that

everyone wasn't out at the café yet but the owner  Hassan – Chanchun  got to know me and

recognize my face – so by the time  I met Ali Al- Kindi in  August of 2007  taking Adel –

Ghaddafi to 36th District court  for probation for drinking and driving  or operating while

intoxicated  - Ali Was the Arabic interpreter and I filled out all the paper work for Adel –

Ghaddafi , because  Ali can't write or spell that great .

The one  great Thing About being with Adel- Muamur  Ghaddafi  when outside girls or

guys tried to interfere in our relationship on the streets   Adel – Ghaddafi would automatically

tell them "I no speak English", which would automatically deter infected females  and males or

outside females  or males from interfering in our relationship.   when I met Adel-Ghaddafi  we

drove to Belle Isle in Detroit Michigan in 2003   and  it was a ship  in the water  and Adel –

Ghaddafi  pointed to the ship and said that's how he got to America . Ghaddafi – Adel was

learning to speak English and had an Arabic to English  learning books with basic's words and

ship was in the book , and as we was discussing the English  terms (rebus) matching the pictures

to the words , that's when a ship in Belle Isle water passed and Ghaddafi.

Ali Al-Kindi  knows Adel from Najaf Iraq.  But when I met Ali – Al-Kindi  living in

Hamtramck with another Iraqi solider in the Iraqi Army -named Bashir and Maythom his

younger  brother; I immediately did a sweep of the house when Bashir left with Maythom and

when I discovered  it was a hole  in the back of the house , like a tunnel- or trap door ,  I didn't

like being there in Hamtramck  because Bashir and Maythom would be  cussing Ali Al- Kindi

out , calling him bitches and hoes and not to mention it was a hole , when  you lift up the door in

the  floor and there it was a  hole , I could see the ground like  a body could fit in the hole  ….

And then I saw the hole in the ground like a tunnel inside the house ( I felt like they was putting

Ali in the hole inside the house the way they was talking to him )  and I saw  that Ali only had

two pair of feces filled underwear , I didn't like staying at the House in Hamtramck so I invited

Ali to my house . ( At that point I had heard only of  Saddam Hussein was found inside a hole in

the ground in Iraq) (Also Ali Al-kindi when he lived in Arizona  around 1994 he took some Arab

men to Mexico to get nose jobs and facial reconstruction )  – well Ali – Al- Kindi was living in

Hamtramck  with the same kind of suggestions with the trap door  in the back of the house . I

told Ali- Al-Kindi to grab his Arabic clothes and bring them to my house at 11 Farrand Park,

Highland Park Michigan , because I didn't ever want to come back to the house in Hamtramck ,

specifically because  of the trap door  in the ground inside the house with a door over it . I had

never seen a trap door with a hole in the ground inside someone's home before. So that

frightened me.  So, I got out of there by the time Bashir and Maythom came back. And right as

we was leaving Bashir did the "Im watching   you sign" to me … Where he put his two fingers to

his eyes and then pointed to me instead of Ali.  So I really told Ali to put his   feet on the gas and

we drove to my house. (Included are the pictures of Bashir and Ali in   the Iraqi Army ) Ali Al-

Kindi was an interpreter with the United States and British Army .


I am prepared to show that  Ghaddafi  Former President/ King-of Libya - Adel Al-Hajami   was

in America- in 2002-10 whereas Adel was at  W. Warren coffee shop were Hasan/Chancun runs

that cafe'  where Hassan Nasrallah Grandfather patronages, and Princess Diana of Britain (

Prince Harry and Prince William Mom)  had a very small office next to Hassan- Chanchun

Coffee  shop .The fact that the Paparazzi killed Princess Diana is not true and frivolous and lacks

an arguable basis in fact . Neitzke v. Williams, 409 U.S.

319, 325 (1989). Princess Diana helped to lead ISIS, Israeli Secret Intelligence Secret Services.

Thus faking her death allowed her to become a top leader and spy for Israel, refer to the Balfour

Declaration. Israel , didn't  like the fact that America- The United States had "Al-Qaeda" in the

middle east , and Israel didn't have any allies in the middle east – Thus ISIS Terrorist group was

created to combat Al-Qaeda in the Middle East . Example: Refer to Kimberly Craig of Channel 7

WXYZ news emails in real time from myself  Veretta Burnett as I was working with Mullah

Krekar ( Mullah Krekar Vested Interest ,  "Insurrections quickly broke out in southern Iraq and

in Kurdistan  in the north , where rebels took control of most of the regions  town . Units of

Saddam Hussein  elite Republican Guard that survived the  conflict  suppressed protest  with

extreme  brutality to gain control in the Basrah , Najaf  and Karbala regions. In southern cities

rebels killed Ba'athist  officials ,members of the security services  and other supporters of the

Saddam Regime" ( Spindlove  & Simonsen ,2004 p.232), Furthermore , " Iraqi helicopters and troops regained control of the cities taken by the rebels and there was mass exodus of the Kurds to the Turkish and Iranian borders , fleeing from a possible repeat of the 1988 deadly chemical attacks. By the end of April 2.5 million refugees left Iraq" " By 2002 on the eve of signing the historic U.S - Russian nuclear arms reduction treaty , President Bush spoke strongly to President Putin of Russian Republic , " If your arm Iran , you are liable to get the weapons pointed at you ( Spindlove and Simonsen, 2004 , pg. 233) .  Mullah Krekar Son , Rashid Al- Moktum – "Miguel"( his American  name ) the Supreme Ruler of Dubai , Omar Mateen the Florida Gay Night Club shooter ( who called the Florida Police and told  the Police in Florida that he – Omar Mateen works for the Mujahideen  before he shot the  Gay club up, Omar Mateen had to show he could be security at 9731 Harper, Detroit Michigan   ) and Abu Bakr Al- Baghdadi  at 9731 Harper , in Detroit  Michigan . Whereas The Supreme Ruler of Dubai Rashid Al- Moktoum , Mullah Krekar and his oldest son , Omar Mateen ,  Flipped  Abu Bakr Al- Baghdadi to  America side  where as Donald Trump  #45  the  current President of the United States  got the oil that ISIS was holding in Iraq- this   occurred in 2016) The ISIS – Israeli Secret Intelligence Services ( ran by Princess Diana) went through Iraq killing Arabs- Akkadians  with the "AL" connotation to their last name . Example "Al- Baghdadi" " Al- Kindi" , or the Akkadian Arabs( Afro Arab from the Kush empire in Africa )  "The Akkadian empire exercised influence across the Mesopotamia , the Lavant , and Anatolia , sending military expeditions as  far  south as Dilmum and Magan ( Modern  Bahrain and Oman ) in the Arab Peninsula . The Lavant is Cyprus, Israel-Palestine  , Jordan, Lebanon , and Syria .

because they work with American Government and Military, even under Al-Qaeda, as we will see that The chief Of Police Caldwell in Highland Park helped to direct the Osama Bin Laden

Terrorist tapes that was superimposed and dubbed . The camera equipment came from the

Detroit Rescue Mission Video Arts program over the last 25 years.

In 2009  the  whole neighborhood of Arab  men came  in the café  to make the  fake Ghaddafi

Tape where the men pretended to beat  Adel- Ghaddafi - as he was in the middle of the men as

they were pretending to beat Adel, as I walked in on them at the front  of  the coffee shop  they

all start laughing as Adel- Ghaddafi  was pulling one of the Arab men  button down shirt – Adel-

Ghaddafi  was  pulling the buttons off his shirt   – when I got there Adel took us ( my children) (

Me, Farrad , Elizah)  to New -Akashi at 16032 W. Warren  Detroit Michigan  which a half of

mile   from where I saw Princess Diana and  where Hassan – Chanchun  café is . ( Again Hassan

– Chanchun helped the FBI because he allowed me into  the Café when normally females are not

allowed   – today the restaurant is   RafadeenA( but then it was owned by another man named

Adel  it was called   New Akashi )  to eat and tell me they busted Ali  Al-kindi my baby daddy in

the head with a brick and he was on McGraw and Springwell sitting at a picnic table ,because

they didn't want Ali at  Hassan- Cahnchun coffee shop because 1. I was with Adel- Ghaddafi

first( but Adel- Ghaddafi  was drinking so much )  by 2007 I got with Ali  2. Ali keep bringing

girls- and men   around with genital warts, who the  coffee shop owner Hassan didn't allow ,

However Hassan allowed me into the coffee shop , when it was only men allowed , when he

didn't allow anyone else around So I wanted to give him respite from the FBI ( or he helped the

FBI by letting me into the coffee shop) ( But Ali kept fighting me so I couldn't pay attention to

Princess Diana who was moving out the store next to the coffee shop in the front of the building

as you normally enter the café from the back but because Im a girl I often would just go the front

of the café so I can see who in their first or what they doing , in which they would play dominos ,

drink coffee with Bagela beans .  very modest  but it included Muammar Ghaddafi , and

Princess Diana  in the front next to the coffee shop in a small office , She was driving a Grey 2 seater BMW , Princess Diana was with an older white lady , Also Princess Diana still had the same hair style  the feathered dirty blonde hair and stood about 6 feet she had on blue jeans and a solid white female button down white shirt . So while they was making the fake death tape of Ghadaffi, they also had demo guns – real guns that was empty from bullets  for the death tape as props . In which the Detroit police was called by a private citizen as seeing guns and weapons at the coffee shop by a younger Arab with Tattoo's -his wife works at Oakwood Hospital as a nurse. ( I don't know their  names but Ali Al-kindi my Baby daddy does ) ( But because Ali Al-kindi keep having sex cheating on me with  informants with STD's they  be beating on Ali because he try to bring  infected females around instead of "me" and they beat the shit out of Ali my baby daddy all the time) ( included are the pictures of Ali being beaten after having a sexual relationship with a male welder  Hassan ; 2 black men robbed the  gay welder Hassan  house and beat Ali so bad ) In fact  One day at the Coffee shop Ali Al-kindi  my baby daddy by now had swung on me outside the coffee shop in the back , and then called the police on me , after he swung to hit me , When the police arrived  They knew everything , the officer was like He swung on you and you blocked it , I said Yes that's exactly what happened , and the police left . It was as if the police was watching the place or the witnesses that saw Ali swing on me told them I blocked his punch. Ali did try to fight me first , by swinging on me , talking about my 5 dollar dress I got from Foreman mills , that was because I was buying him clothes plus my 2 kids , plus we was cleaning the café so I wasn't trying to wear my best clothes , but my dress was attractive no one knew it was only 5 dollars until Ali said something . Ali was mad that I had on a 5 dollar dress and the men in the café still respect me because they knew I was with Adel-

Ghaddafi first , they knew me before  Ali Al-Kindi  knew me ( they being Hassan- Chanchun

and Adel – Ghaddafi)   .

Kim Jong UN  President of North Korea  is in Highland Park at 12027 Woodward  Michigan -48203.,

7651 Gratiot Detroit Michigan and 820 West McNichols … held in custody by the KKK shadow

Klan; in which the United States Government need to take Custody /or should have taken

custody instead of allowing The UN family to "set up shop"  for the Shadow Klan -KKK  §1531.

Definitions

As used in this subchapter-

(1) the term "alien terrorist" means any alien described in section 1227(a)(4)(B) of this title.

(2) the term "classified information" has the same meaning as in section 1(a) of the

Classified Information Procedures Act (18 U.S.C. App.).

(3) the term "national security" has the same meaning as in section 1(b) of the Classified

Information Procedures Act (18 U.S.C. App.).

(4) the term "removal court" means the court described in section 1532 of this title.

(5) the term "removal hearing" means the hearing described in section 1534 of this title.

(6) the term "removal proceeding" means a proceeding under this subchapter; and

(7) the term "special attorney" means an attorney who is on the panel established under

section 1532(e) of this title.

(June 27, 1952, ch. 477, title V, §501, as added Pub. L. 104–132, title IV, §401(a), Apr. 24,

1996, 110 Stat. 1258 ; amended Pub. L. 104–208, div. C, title III, §§308(g)(1), 354(a)(5), Sept.

30, 1996, 110 Stat. 3009–622 , 3009-643.)

EASTERN DISTRICT OF MICHIGAN - UNITED STATES DISTRICT COURT

*REFERENCES IN TEXT*

Section 1 of the Classified Information Procedures Act, referred to in pars. (2) and (3), is section 1 of Pub. L. 96–456, Oct. 15, 1980, 94 Stat. 2025 , which is set out in the Appendix to Title 18, Crimes and Criminal Procedure.

**Kim Jong UN's constant Custody  and releases to work at one of 3 addresses : 12027 Woodward , Highland Park Michigan , 48203 7651 Gratiot Detroit Michigan , or 820 W. Mc Nichols –**

**§1536. Custody and release pending removal hearing**

*(a) Upon filing application*

*(1) In general*

Subject to paragraphs (2) and (3), the Attorney General may-

(A) taken into custody any alien with respect to whom an application under section 1533 of this title has been filed; and

(B) retain such an alien in custody in accordance with the procedures authorized by this subchapter.

*(2) Special rules for permanent resident aliens*

*(A) Release hearing*

An alien lawfully admitted for permanent residence shall be entitled to a release hearing before the judge assigned to hear the removal hearing. Such an alien shall be detained pending the removal hearing, unless the alien demonstrates to the court that the alien-

(i) is a person lawfully admitted for permanent residence in the United States.

(ii) if released upon such terms and conditions as the court may prescribe (including the posting of any monetary amount), is not likely to flee; and

(iii) will not endanger national security, or the safety of any person or the community, if released.

*(B) Information considered*

The judge may consider classified information submitted in camera and ex parte in making a determination whether to release an alien pending the removal hearing.

*(3) Release if order denied and no review sought*

*(A) In general*

Subject to subparagraph (B), if a judge of the removal court denies the order sought in an application filed pursuant to section 1533 of this title, and the Attorney General does not seek review of such denial, the alien shall be released from custody.

*(B) Application of regular procedures*

Subparagraph (A) shall not prevent the arrest and detention of the alien pursuant to subchapter II.

*(b) Conditional release if order denied and review sought*

*(1) In general*

If a judge of the removal court denies the order sought in an application filed pursuant to section 1533 of this title and the Attorney General seeks review of such denial, the judge shall release the alien from custody subject to the least restrictive condition, or combination of conditions, of release described in section 3142(b) and clauses (i) through (xiv) of section 3142(c)(1)(B) of title 18 that-

(A) will reasonably assure the appearance of the alien at any future proceeding pursuant

to this subchapter; and

(B) will not endanger the safety of any other person or the community.

*(2) No release for certain aliens*

If the judge finds no such condition or combination of conditions, as described in paragraph

(1), the alien shall remain in custody until the completion of any appeal authorized by this

subchapter.

(June 27, 1952, ch. 477, title V, §506, as added Pub. L. 104–132, title IV, §401(a), Apr. 24,

1996, 110 Stat. 1265 .)

and Saddam Hussein and Uday Hussein resides in Chicago Illinois, under an OPEC deal .

*Kim Jong Un had already been put into a Secret Detention on Conner in Peck in Detroit*

*Michigan in the 13th Congressional District. §1537. Custody and release after removal*

*hearing (C) Continued detention*

If no country is willing to receive such an alien, the Attorney General may,

notwithstanding any other provision of law, retain the alien in custody. The Attorney

General, in coordination with the Secretary of State, shall make periodic efforts to reach

agreement with other countries to accept such an alien and at least every 6 months shall

provide to the attorney representing the alien at the removal hearing a written report on the

Attorney General's efforts. Any alien in custody pursuant to this subparagraph shall be

released from custody solely at the discretion of the Attorney General and subject to such conditions as the Attorney General shall deem appropriate.

*(D) Fingerprinting*

Before an alien is removed from the United States pursuant to this subsection, or pursuant to an order of removal because such alien is inadmissible under section 1182(a)(3)(B) of this title, the alien shall be photographed and fingerprinted, and shall be advised of the provisions of section 1326(b) of this title.

*(c) Continued detention pending trial*

*(1) Delay in removal*

The Attorney General may hold in abeyance the removal of an alien who has been ordered removed, pursuant to this subchapter, to allow the trial of such alien on any Federal or State criminal charge and the service of any sentence of confinement resulting from such a trial.

*(2) Maintenance of custody*

Pending the commencement of any service of a sentence of confinement by an alien described in paragraph (1), such an alien shall remain in the custody of the Attorney General, unless the Attorney General determines that temporary release of the alien to the custody of State authorities for confinement in a State facility is appropriate and would not endanger national security or public safety.

*(3) Subsequent removal*

Following the completion of a sentence of confinement by an alien described in paragraph (1), or following the completion of State criminal proceedings which do not result in a sentence of confinement of an alien released to the custody of State authorities pursuant to

paragraph (2), such an alien shall be returned to the custody of the Attorney General who shall proceed to the removal of the alien under this subchapter.

*(d) Application of certain provisions relating to escape of prisoners*

For purposes of sections 751 and 752 of title 18, an alien in the custody of the Attorney General pursuant to this subchapter shall be subject to the penalties provided by those sections in relation to a person committed to the custody of the Attorney General by virtue of an arrest on a charge of a felony.

*(e) Rights of aliens in custody*

*(1) Family and attorney visits*

An alien in the custody of the Attorney General pursuant to this subchapter shall be given reasonable opportunity, as determined by the Attorney General, to communicate with and receive visits from members of the alien's family, and to contact, retain, and communicate with an attorney.

*(2) Diplomatic contact*

An alien in the custody of the Attorney General pursuant to this subchapter shall have the right to contact an appropriate diplomatic or consular official of the alien's country of citizenship or nationality or of any country providing representation services, therefore. The Attorney General shall notify the appropriate embassy, mission, or consular office of the alien's detention.

(June 27, 1952, ch. 477, title V, §507, as added Pub. L. 104–132, title IV, §401(a), Apr. 24, 1996, 110 Stat. 1266 ; amended Pub. L. 104–208, div. C, title III, §308(d)(4)(Q), Sept. 30, 1996, 110 Stat. 3009–619 .)

while Former President George W. Bush gave the State Sponsors of Terrorism Speech ,

In 2002 - Saddam Hussein and Uday Hussein was in Chicago Illinois living in Hyde Park and Lakeshore Drive,  While  Uday Hussein worked at 5100  S. Cornell Ave at Ossama's hair Saloon in Chicago Illinois.

The fact that George Bush asked in his Movie "W"  where did Saddam and his Sons go ? George W. Bush #43 knew Saddam and Uday was in  Chicago , Illinois living and working in America because of an OPEC ( Organization of the Petroleum exporting  Countries )   Deal that  Saddam Hussein had with the United States of America . Furthermore, George W. Bush and  Prime Minister Tony  Blair said that Saddam Hussein had Weapons of Mass  Destruction , something that  sent a republican   Carl Rove to jail for outing CIA agent Valerie Plame- Wilson who was supposed to stop Iran from getting Nuclear weapons . Valerie Plame claimed she never said Iraq had the weapons of Mass Destruction. Karl Rove was sent to jail for outing "deep throat" "Valerie Plame .

These events below are historical factors in OPEC deals which shows why Saddam And Uday Hussein,  were allowed to live and work in America to present day  2020 .  While Muammar Ghaddafi was allowed to go to Iraq to live .

1. *1974- March 18,  Arab oil ministries  announce the end of the embargo against the United States, all except Libya ( Ghaddafi )*

*Below are the Opec deals and operations of the Organization of Petroleum exporting countries- These facts goes to show relevance of Saddam Hussein and  Muammar Ghaddafi , in America living as United States Citizens  under the Opec Deals and they were not killed and hanged as the Government wants the American people to  believe .*

2. *February 12-14 of 1974- Heads of state of Algeria , Egypt , Syria and Saudi Arabia discusses oil; strategy  in view of the progress in Arab- Israeli  disengagement .*

3. *1979 November 12th – U.S. President Jimmy Carter orders cessation of Iranian  imports to the U.S.*

4. *1979 November 15th - Iran cancels  contracts  with U.S. oil companies*

5. *1979 December 13th – Saudi Arabia  raises market crude prices to $24 per barrel*

6. *1981 April – After meetings in Baghdad and Teheran attempts by nine Islamic conference leaders  to mediate peace between Iraq and Iran fail .*

7. *1982 March – Damascus closes Iraq 400,00 bbl/d trans Syrian oil  export pipeline  to show support of Iran .*

8. *March 11 1982 - U.S. boycotts Libyan crude .*

9. *1982 June – Iran demands $150 billion  in war reparation    " pledges war until Iraq's Hussein  stands trail . (This fact is very important , because  it was Valerie Plame Wilsons job to stop Iran from getting nuclear  weapons , which inevitably lead to President  Barak Obama Iran – nuclear deal which  President Trump sought to end  )*

10. *1983 March 30th – New York Mercantile Exchange NYMEX- begins trading crude oil futures.*

11. *April 1983-Iraq increases missile attacks on Iran.*

12. *July 1983 Ira moves into Northern Iraq*

13. *July- August 1983- Heavy Fighting and casualties in Iran and Iraq war.*

14. *In the early 70's OPEC didn't like what the CIA was doing in Israel they were called economic hitmen. The plan was to find oil for all America so the CIA went after Saudi Arabia in the early 1954's so that Saudi Arabia oil was sold only for American Dollars . So George Bush Sr. went to westernize Saudi Arabia building whole cities out of the desert .So King Abdullah and George Bush Sr. during 1990 the oil deal was cemented that Saudi Arabia would only sale their oil for American Dollars . Saddam Hussein was a CIA hitman Abdul Kareem Kassem was president of Iraq. Kassem said Iraqi oil have to benefit the Iraqi people, which wasn't a good answer for the United States CIA hitmen. The Central Intelligence Agency (CIA) sent an assassination team to Kill Kassem because he only wanted the Iraqi people to benefit from Iraqi oil. Kassem had started to tax increasingly on the American and European Oil companies . Saddam Hussein was head of the Central Intelligence Agency assassination team. They shot as Kassem car but missed The heads of the assassination team was wounded which included Saddam Hussein . One of the assassination crew members went to Syria after the failed attempt to kill the current president of Iraq Kessem. Saddam failed but Kassem was exiled. So America built Saddam Hussein PETCO and gave him tanks and war equipment. The chemical plants that were used to make mustard gas and American CIA knew that Saddam was gassing the kurd's and Iranians. Saddam Hussein was a CIA agent who worked for the United States Government who agreed to supply America with oil that it needed to survive and the other Iraqi Presidents taxed the American and European Governments . So America backed Saddam Hussein giving him war equipment to fight back*

*Iran because Iran did not want to give America Oil . As of 1979 November 15th Iran has*

*canceled all of its American Oil contracts.    At this point Middle Eastern oil was used by*

*Japan, China and Europe, and America wanted in on the oil that Iraq was producing so the*

*CIA built , trained and equipped an Iraqi President appointed by them . (Them being*

*America)*

15. *1984 – May 26, US. President Ronald Reagan rules out military intervention between Iraq*

*and Iran because  Saddam Hussein was already backed the American Central Intelligence*

*Agency .*

16. *1986 Aug 2nd, Saddam Hussein offers Peace in open letter to Iran*

17. *1990 - U.S. President George  H.W. Bush offers to send Secretary of State James Baker to*

*Baghdad to meet with Hussein.*

*Below  is a more detailed report  of the oils wars of the OPEC countries that work directly with*

*the United States to make sure that the United States can Thrive using crude oil to equip our Big*

*3 car companies that has become a major source of America's Gross Domestic product which*

*oil and energy accounts for half of America's Gross National product :  Without the oil America*

*would be thrown back into the dark ages ;*

### *1970*

- *January 1: US Federal reduced from 27.5 to 22.0 percent.*

- *May 3: Trans-Arabian Pipeline delivery from Saudi Arabia to the Mediterranean interrupted*

  *in Syria, driving oil tanker rates to all-time highs from June to December.*

- *September 4 – October 9 Libya raises posted prices and increases tax rate from 50 percent*

  *to 55 percent. Iran and Kuwait follow in November.*

- ***December 9***: *OPEC meeting in Caracas establishes 55 percent as minimum tax rate and demands that posted prices be changed to reflect changes in foreign exchange rates.*

*1971*

- ***January 12***: *Negotiations over posted prices begin in Tehran between 6 OPEC Persian Gulf states and 22 oil companies.*

- ***February 3***: *OPEC mandates "total embargo" against any company that rejects 55 percent tax rate.*

- ***February 14***: *Tehran agreement signed. Companies accept 55 percent tax rate, immediate increase in posted prices, and further successive increases.*

- ***February 24***: *Algeria nationalizes 51 percent of French oil concessions[1].*

- ***April 2***: *Libya concludes five weeks of negotiations with Western oil companies in Tripoli on behalf of itself, Saudi Arabia, Algeria and Iraq. Agreement raises posted prices of oil delivered to Mediterranean from $2.55 to $3.45 per barrel; provides for a 2.5 percent annual price increase plus inflation allowance; raises tax rate from a range of 50–58 percent to 60 percent of posted price.*

- ***July 31***: *Venezuela's Hydrocarbons Reversion Law mandates gradual transfer to government ownership of all "unexploited concession areas" by 1974 and "all their residual assets" by 1983.*

- ***August 15***: *U.S. Government institutes Phase I price controls. Invoking the powers granted to the president by the Economic Stabilization Act of 1970, President Richard Nixon signs Executive Order 11615 which orders 90-day nationwide freeze on all wages, prices, salaries and rents.*

- *September 22*: OPEC directs members to negotiate price increases to offset the devaluation of the U.S. dollar.

- *November*: U.S. Phase II price controls begin. Plan is to allow for gradual 2–3 percent annual price increases, however, domestic petroleum prices remain at Phase I levels.

- *December 5*: Libya nationalizes British Petroleum concession.

*1972*

- *January 20*: Six exporting countries – Abu Dhabi, Iran, Iraq, Kuwait, Qatar and Saudi Arabia – conclude ten days of meetings with Western oil companies. An agreement is reached to raise the posted price of crude by 8.49 percent to offset the loss in value of oil concessions attributable to the decline in value of the U.S. dollar.

- *March 11*: OPEC threatens "appropriate sanctions" against companies that "fail to comply with ... any action taken by a Member Country in accordance with [OPEC] decisions."

- *June 1*: Iraq nationalizes Iraq Petroleum Company's (IPC) concession owned by British Petroleum, Royal Dutch Shell, Compagnie Francaise des Petroles, Mobil and Standard Oil of New Jersey (now Exxon). The concessions were valued at over one billion dollars.

- *June 9*: In a show of support for Iraq, OPEC moves to prevent companies whose interests were nationalized in Iraq from increasing production elsewhere; appoints mediators between Iraq and IPC.

- *September 30*: Libya acquires a 50 percent interest in two ENI concessions.

- *October 27*: OPEC approves plan providing for 25 percent government ownership of all Western oil interests operating within Kuwait, Qatar, Abu Dhabi and Saudi Arabia

*beginning on January 1, 1973, and rising to 51 percent by January 1, 1983. (Iraq declines to agree.) Agreements signed on December 21.*

### 1973

- *January 11: U.S. Phase III price controls begin. Allows for voluntary instead of mandatory price control on all U.S. prices. This does not prevent a sharp rise in heating oil prices caused by a severe winter and shortage of product.*

- *January 17: U.S. President Richard Nixon suspends mandatory oil import quota on No. 2 heating oil through April 30.*

- *January 23: Shah of Iran announces that the 1954 operating agreement between a consortium of oil companies and Iran will not be renewed when it expires in 1979. The consortium was formed in 1954 as a means to settle a dispute between a new ministry in Iran and the Anglo-Iranian Oil Company (AIOC). The consortium included Standard Oil of New Jersey, Standard Oil of California, SOCONY-Vacuum, the Texas Company, Gulf, Royal Dutch-Shell, the Compagnie Francaise de Petroles, and the AIOC.*

- *February 28: Iraq and IPC reach an agreement on compensation for nationalization.*

- *March: Special Rule No. 1 reimposes mandatory (Phase II) price controls on the 23 largest oil companies. Smaller companies, representing 5 percent of the market, enjoy uncontrolled prices.*

- *March 16: Shah of Iran and Consortium members agree to nationalize all assets immediately in return for an assured 20-year supply of Iranian oil.*

- *March 16: OPEC discusses raising prices to offset decline of U.S. dollar value.*

- *April 1: OPEC increases posted prices by 5.7 percent.*

EASTERN DISTRICT OF MICHIGAN - UNITED STATES DISTRICT COURT

- *April 18*: U.S. Government *ends Mandatory Oil Import Program. Program, established in 1959 by* President Eisenhower*, had limited imports of crude and product east of the* Rocky Mountains *to a percentage of domestic crude production.*

- *June 1*: *Eight OPEC countries raise posted prices by 11.9 percent.*

- *June 11*: *Libya nationalizes* Bunker Hunt *concession;* Nigeria *acquires 35 percent participation in* Shell*-*BP *concession.*

- *June 14*: *Nixon administration imposes 60-day economy-wide price freeze, superseding Special Rule No. 1 for oil companies.*

- *August :*Libya *nationalizes 51 percent of* Occidental Petroleum *concession and of the Oasis consortium.*

- *August 17*: *U.S. President* Richard Nixon*'s Cost of Living Council imposes two-tier price ceiling on crude petroleum sales: production of "old" oil (that produced at or below 1972 levels from existing wells) to be sold at March 1973 prices plus 35 cents; production of "new" oil (that produced above 1972 levels from existing wells and oil produced from new wells) to be sold at uncontrolled prices.*

- *September 1*: Libya *nationalizes 51 percent of nine other companies' concessions:* Esso*, Libya/Sirte,* Mobil*,* Royal Dutch Shell*, Gelensberg,* Texaco*,* SoCal*, Libyan-American (ARCO), and* Grace*.*

- *September 5*: *Conference of less developed countries approves forming "producers' associations", calls for withdrawal of Israeli forces from occupied Arab lands.*

- *September 15*: *OPEC supports price hikes and designates six Gulf countries to negotiate collectively with companies over prices. Other members to negotiate individually.*

- ***September**: Kuwait rejects gradual participation increase plan, insists on immediate 60 percent participation.*

- ***October 6**: Beginning of fourth Arab-Israeli War.*

- ***October 7**: Iraq nationalizes Exxon and Mobil shares in Basrah Petroleum Company representing 23.75 percent equity in the company.*

- ***October 8**: OPEC meets with oil companies to discuss revision of 1971 Tehran agreement and oil prices. Negotiations fail.*

- ***October 16**: The Gulf Six (Iran, Iraq, Abu Dhabi, Kuwait, Saudi Arabia and Qatar) unilaterally raise the posted price of Saudi Light marker crude 17 percent from $3.12 to $3.65 per barrel and announce production cuts.*

- ***October 17**: OPEC oil ministers agree to use oil weapon in Arab–Israeli War, mandate cut in exports, and recommend embargo against unfriendly states.*

- ***October 19**: Saudi Arabia, Libya, and other Arab states proclaim an embargo on oil exports to the United States.*

- ***October 23**: Arab oil embargo extended to the Netherlands.*

- ***November 5**: Arab producers announce 25 percent cut in production below September levels. Further cuts of five percent are threatened.*

- ***November 18**: Arab oil ministers cancel the scheduled 5 percent cut in production for EEC.*

- ***November 23**: Arab summit conference adopts open and secret resolutions on the use of the oil weapon. Embargo extended to Portugal, Rhodesia, and South Africa.*

- ***November 27**: U.S. President Richard Nixon signs the Emergency Petroleum Allocation Act (EPAA). Authorizes petroleum price, production, allocation and marketing controls.*

- ***December 9***: *Arab oil ministers announce a further production cut of 5 percent for January for non-friendly countries.*

- ***December 22***: *OPEC Gulf Six decides to raise the posted price of marker crude from $5.12 to $11.65 per barrel effective January 1, 1974.*

- ***December 25***: *Arab oil ministers cancel January 5 percent production cut. Saudi Arabian oil minister promises 10 percent OPEC production rise.*

***1974***

- ***January 7–9***: *OPEC decides to freeze posted prices until April 1.*

- ***January 29***: *Kuwait announces 60 percent government participation in BP-Gulf concession; Qatar follows on February 20.*

- ***February 11***: *Washington Energy Conference opens. Attended by 13 industrial and oil producing nations. Called by U.S. to resolve the international energy problems through economic cooperation among nations. Henry Kissinger unveils Nixon Administration's seven-point "Project Independence" plan to make the U.S. energy independent. Libya nationalizes three U.S. oil companies that had not agreed to 51 percent nationalization in September.*

- ***February 12–14***: *Heads of state of Algeria, Egypt, Syria, and Saudi Arabia discuss oil strategy in view of the progress in Arab–Israeli disengagement.*

- ***March 18***: *Arab oil ministers announce the end of the embargo against the United States, all except Libya.*

- ***May 18***: *Nigeria announces 55 percent government participation in all concessions.*

- ***June 1–3***: *Arab oil ministers decide to end most restrictions on exports of oil to the United States but continue embargo against the Netherlands, Portugal, South Africa, and* [Rhodesia](#).

- ***June 4***: *Saudi Arabia announces that it will increase its participation in Aramco to 60 percent.* [Abu Dhabi](#) *and* [Kuwait](#) *follow in September. Increases are retroactive to January 1.*

- ***June 13***: *IMF establishes its "oil facility", a special fund for loans to nations whose balance of payments have been severely affected by high oil prices.*

- ***July 10–11***: [OPEC](#) *lifts the embargo against the Netherlands.*

- ***September 6***: *Saudi Arabia increases its buy-back price from 93 percent to 94.9 percent of posted price.*

- ***September 13***: *OPEC instructs its* [Secretary General](#) *to "carry out a study of supply and demand in relation to possible production controls."*

- ***Oct-November***: *Saudi Arabians raise tax rate to 85 percent and royalty rate to 20 percent.*

- ***November 15***: [International Energy Agency](#) *formed in Paris within* [OECD](#) *framework. Saudi Arabia, Qatar, and* [United Arab Emirates](#) *announce a slight reduction in posted prices and tax rates.*

- ***December*** *U.S. Crude Oil Entitlements Program enacted, retroactive to November 1974.*

- ***December 22***: *Iraq announces plans to increase its production capacity to 3.5 Mbbl/d (560,000 $m^3/d$) by 1975 and to 6 Mbbl/d (950,000 $m^3/d$) by 1981.*

*1975*

- *January 1*: U.S. Federal oil depletion allowance eliminated for large producers.

- *January 13*: *Business Week* publishes Kissinger interview hinting at military action against oil countries in case of "actual strangulation."

- *April 7–15*: Preliminary meeting in Paris on world economic crisis between oil-exporting (*Algeria*, *Saudi Arabia*, *Iran*, *Venezuela*), oil-importing (European countries, U.S., Japan), and non-oil *Third World countries* (India, Brazil, *Zaire*). Talks collapse after nations fail to decide whether agenda should focus on oil/energy issues or have a broader economic scope.

- *April 9*: Twenty-four *OECD* members sign an agreement to establish a $25 billion lending facility to provide assistance to industrial nations hurt by high oil prices.

- *June 13*: *World Bank* establishes its "Third Window", a fund to make loans to countries too rich to qualify for "soft" no-interest loans, but too distressed to afford loans at the prevailing normal lending rates. Action represents significant cooperation between oil-exporting and industrial nations.

- *September 24*: *OPEC* announces a 15 percent increase in government per barrel revenues as of October 1.

- *October 28*: Venezuela and foreign oil companies agree on nationalization as of January 1, 1976.

- *December 1*: *Kuwait* and *Gulf* and *BP* agree on terms of nationalization.

- *December 9*: *Iraq* completes nationalization by taking over the BP, CFP, and *Shell* shares of the Basrah Petroleum Company.

- *December 22*: U.S. President *Gerald Ford* signs the *Energy Policy and Conservation Act* (EPCA) effective February 1976. Authorizes the establishment of the *Strategic Petroleum Reserve* (SPR), participation in International Energy Program, and oil price regulation.

EASTERN DISTRICT OF MICHIGAN - UNITED STATES DISTRICT COURT

### 1976

- **February**: EPCA 3-tier price regulation begins. Small changes in Entitlements Program.

- **April - May**: Lebanese civil war causes a drop in Iraq exports through trans-Lebanon pipelines to the Mediterranean.

- **May**: OPEC issues press release vowing to "take appropriate measures" to protect OPEC interests in light of protectionist actions by certain countries.

- **September 1**: U.S. stripper well oil prices decontrolled.

- **December 14**: 640 $3 oil tanker Argo Merchant runs aground on the Nantucket Shoals, spilling 7.6 million US gallons (29,000 $m^3$) of No. 6 fuel oil.

- **December**: Moderates and OPEC "hawks" disagree on how fast oil prices should rise. Saudi Arabia and United Arab Emirates increase prices by 5 percent, others by 10 percent.

### 1977

- **January**: OPEC goes to two-tier pricing (Saudi Arabia and United Arab Emirates use $12.09 per barrel and other OPEC countries use $12.70per barrel).

- **May**: Fifty percent of Saudi Arabia's 10 Mbbl/d (1,600,000 $m^3$/d) production is halted briefly due to fire damage to separation facility in Abqaiq field. Prices increase slightly.

- **July**: OPEC prices reunified at $12.70 per barrel as Saudi Arabia and UAE fall into line, then official price rises to $13.66 per barrel.

- **October 23**: Dry dock complex opens at Bahrain; only facility between Portugal and Singapore capable of servicing VLCCs.

EASTERN DISTRICT OF MICHIGAN - UNITED STATES DISTRICT COURT

*1978*

- ***January****: Student protests against government of* Mohammad Reza Pahlavi*,* Shah of Iran*, begin, touching off a wave of political unrest and violent clashes between police and demonstrators. Throughout the year increasing anti-Shah activities are led by* Muslim *fundamentalists seeking to establish a Muslim state.*

- ***March****:* Amoco Cadiz *tanker runs aground off the coast of France, spilling 1.6 million barrels (250,000 $m^3$) of* crude oil*. (Largest crude spill to date.)*

- ***June*** Iran *and* Saudi Arabia *block efforts of* OPEC *price hawks to fix the price of OPEC oil in a currency more stable than the* U.S. dollar*. Say world economy cannot support associated price increases. Are accused by hawks of being U.S. agents.*

- ***September****: Shah puts Iran under military rule. Muslim leader Noori arrested in crackdown of opposition groups.*

- ***October****: Iranian strikes; departure of foreign technicians. Pipeline fire drops* Iraqi *production from 600,000 to 300 million barrels per day (48,000,000 $m^3$/d).*

- ***November****: Iranian oil production starts dropping.*

- ***December****: Iranian production hits 1.5 Mbbl/d (240,000 $m^3$/d) in mid-December; 500,000 on December 27, a 27-year low. OPEC production rises 1.6 MMBD over two months due to increased Saudi production.*

- ***December 17****: OPEC decides on a 14.5 percent price increase for 1979, to be implemented quarterly.*

*1979*

- ***January****: First emergency* crude oil *Buy-Sell Program allocations.*

- *January 16: Shah leaves Iran on vacation, never to return. Bakhtiar government established by the Shah to preside until unrest subsides.*

- *January 20: Saudi Arabia announces drastic cut in first-quarter production. 9.5 MMBD ceiling imposed. Although actual cuts never reach announced levels, spot prices of Middle East light crudes rise 36 percent.*

- *January 20: One million Iranians march in Tehran in a show of support for the exiled Ayatollah Khomeini, fundamentalist Muslim leader.*

- *February 12: Bakhtiar resigns as prime minister of Iran after losing support of the military.*

- *March 5: Iran resumes petroleum exports.*

- *Spring: Gasoline shortage/world oil glut.*

- *March 26: OPEC makes full 14.5 percent price increase for 1979 effective on April 1. Marker crude raised to $14.56 per barrel.*

- *May: DOE announces $5 per barrel entitlement to importers of heating oil. Saudi Arabia announces intention to increase direct sales and to sell less through Aramco. Both announcements send prices higher.*

- *June 1: Phased oil price decontrol begins. Involves gradual 28 month increase of "old" oil price ceilings, and slower rate of increase of "new" oil price ceilings.*

- *June 26–28: OPEC raises prices average of 15 percent, effective July 1.*

- *October: Buy-Sell Program sales average more than 400,000 bbl/d (64,000 m³/d) from October 1979 through March 1980 - highest level since February 1976, due to emergency allocations.*

- ***October***: *Canada eliminates light crude oil exports to U.S. refiners, except for those exports required by operational constraints of pipelines.*

- ***November 4***: *Iran takes western hostages.*

- ***November 12***: *U.S. President* [*Jimmy Carter*] *orders cessation of Iranian imports to U.S.*

- ***November 15***: *Iran cancels all contracts with U.S. oil companies.*

- ***December 13***: *Saudi Arabia raises marker crude price to $24 per barrel.*


*See:* [*1980-1989 world oil market chronology*]

***1980***

- ***March 1***: [*Windfall Profits Tax*] *enacted.*

- ***May***: *Saudi Light raised to $28.00 per barrel, retroactive to April 1.*

- ***April–September***: *Buy-Sell Program allocations drop to average of 120,000 bbl/d (19,000 $m^3$/d) for period April to September 1980.:*

- ***September 17***: [*Iraq*] *breaks 1975 treaty with* [*Iran*] *and proclaims sovereignty over* [*Shatt al-Arab*] *waterway.*

- ***September 23***: *Iraq invades Iran. Mutual bombing of installations.*

- ***November 10***: *Iraq captures southern port of* [*Khorramshahr*].

- ***November 20–24***: [*U.N.*] [*Gulf War*] *mediator Olof Palme makes first unsuccessful peace shuttle between* [*Tehran*] *and* [*Baghdad*].

- ***December***: *Collapse of* [*OPEC*]*'s pricing structure. Saudis use $32 per barrel marker; others use $36 per barrel benchmark.*

EASTERN DISTRICT OF MICHIGAN - UNITED STATES DISTRICT COURT

*1981*

*Saudis flood market with inexpensive oil in 1981, forcing unprecedented price cuts by OPEC members. In October, all 13 OPEC members align on a compromise $32 per barrel benchmark. Later, benchmark price is maintained, but differentials are adjusted.*

- *January: Iraq repels first major Iranian offensive.*
- *January 28: U.S. President Ronald Reagan lifts remaining domestic petroleum price and allocation controls originally scheduled to expire in September 1981.*
- *April: After meetings in Baghdad and Teheran, attempts by nine Islamic Conference leaders to mediate peace between Iraq and Iran fail.*
- *August: Windfall profits tax reduced.*
- *September 27–28: Iran defends its besieged port of Abadan, driving back Iraqi forces.*
- *October: OPEC reaches an agreement to unify crude price at $32 per barrel through 1982 and sets an ultimate price ceiling of $38 per barrel.*
- *November 29: Major Iranian offensive mounted on central front.*

*1982*

*Indications of a world oil glut lead to a rapid decline in world oil prices early in 1982. OPEC appears to lose control over world oil prices.*

- *March: Damascus closes Iraq's 400,000 bbl/d (64,000 $m^3$/d) trans-Syrian oil export pipeline to show support for Iran.*
- *March 11: U.S. boycotts Libyan crude.*
- *May 24: Iran recaptures Khorramshahr.*

- **June**: *Iran demands $150 billion in war reparations; pledges war until* Iraq's Hussein *stands trial.*

- **June 10**: *Iraq declares unilateral cease-fire.*

- **Jul 13**: *Iran launches first attack into Iraq.*

**1983**

*Oil glut takes hold. Demand falls as a result of conservation, use of other fuels and recession. OPEC agrees to limit overall output to 17.5 Mbbl/d (2,780,000 $m^3$/d). OPEC agrees to individual output quotas and cuts prices by $5 to $29 per barrel.*

- **March 30, 1983** New York Mercantile Exchange *(NYMEX) begins trading in crude oil futures*

- **April**: Iraq *increases missile attacks on* Iran.

- **July 20–30**: *Iran moves into northern Iraq. Casualties top 13,800 in ten days.*

- **July 26**: *U.S. threatens action to preserve navigation in* Persian Gulf.

- **July–August** : *Heavy fighting and casualties in* Iran–Iraq War.

- **October**: *Iran attacks northern Iraq, threatening* Kirkuk–Ceyhan Oil Pipeline.

**1984**

- **February - March**: Iran *captures Najnoon Islands.*

- **March 27**: *Beginning of "tanker war." Over the next nine months, 44 ships, including Iranian,* Iraqi, Saudi Arabian *and* Kuwaiti *tankers, are attacked by Iraqi or Iranian warplanes or damaged by mines.*

- **March–June**: *Iran mobilizes 500,000 troops to southern front. No offensive materializes.*

- ***May 26****: U.S. President President [Ronald Reagan](#) rules out U.S. military intervention.*

- ***June****: Civilian target truce in [Iran–Iraq War](#).*

- ***October****: Norway and Britain cut prices in response to falling spot market. [Nigeria](#) follows, renewing pressure on [OPEC](#) price cuts.*

- ***October 17****: OPEC cuts production to 16 Mbbl/d (2,500,000 $m^3$/d), but agreement is negated by cheating and price-discounting.*

*1985*

- ***January****: Nine OPEC members adjust prices to cut gap between light and heavy crudes from $4 to $2.40 per barrel. Saudi light price cut one dollar to $28 per barrel.*

- ***March 11–19****: Iranian offensive; heavy casualties.*

- ***May–June****: "Battle of the cities" - heavy bombing from both Iran and Iraq.*

- ***June****: OPEC output falls to 20-year low of 13.7 Mbbl/d (2,180,000 $m^3$/d).*

- ***June****: Iran begins hit-and-run raids on Iraq.*

- ***July****: OPEC loses customers to cheaper North Sea oil. More OPEC price cuts.*

- ***Aug****: Saudi Arabia links prices to spot market. Output rises from 2 Mbbl/d (320,000 $m^3$/d) in August to 5 Mbbl/d (790,000 $m^3$/d) in early 1986.*

- ***Aug 15****: First Iraqi air raid on Iran's main oil export terminal, Kharg Island.*

- ***November 6****: Exploratory well in Ranger, Texas, blows out, spilling 150,000 bbl (24,000 $m^3$) of crude oil.*

- ***December****: OPEC output hits 18 Mbbl/d (2,900,000 $m^3$/d) boosting a glut and triggering a price war.*

*1986*

*Average world oil prices fall by over 50 percent in 1986. There is wide use of netback pricing in 1986.*

- **February 3–4**: *OPEC fails to agree upon a production accord after a two-day meeting in Vienna.*

- **February**: *Iran captures southern Faw peninsula, starts northern offensive.*

- **May 7**: *Iraq bombs Tehran refinery.*

- **June**: *OPEC production-cut talks fail, ending in a tentative majority pact on an average 1986 ceiling of 17.6 Mbbl/d (2,800,000 $m^3$/d).*

- **June 8**: *Iraqi jets attack Assadabad satellite station.*

- **July**: *Brent price dips under $9 per barrel. OPEC production rises to 20 Mbbl/d (3,200,000 $m^3$/d).*

- **Jul 27**: *Iraqi jets attack central Iranian city of Arak. Iran threatens missile attack of gulf states supporting Iraq.*

- **Aug 2**: *Hussein offers peace in open letter to Iran.*

- **Aug 4**: *Reports of probable OPEC agreement on output quotas sends oil prices higher.*

- **Aug 12**: *Iran fires missile at refinery near Baghdad. Iraq raids Iranian terminal at Sirri Island severely disrupting Iranian exports.*

- **December 19**: *OPEC reaches an accord that would cut production by seven percent for the first six months of 1987 (from 17 Mbbl/d (2,700,000 $m^3$/d) to 16 Mbbl/d (2,500,000 $m^3$/d)) and would raise prices immediately toward a target world oil price of $18 per barrel.*

**1987**

- *January*: OPEC price accord begins to deteriorate.

- *February*: OPEC majors stick to fixed prices.

- *Jun-Aug*: Gulf war escalates.

- *December*: OPEC meeting failure.

**1988**

- *February*: OPEC price meeting set.

- *March*: OPEC/Non-OPEC meeting failure.

- *July*: Iran accepts cease fire.

- *October 14*: Crude oil prices jump in anticipation of possible production accord at Gulf Cooperation Council meeting set for October 16.

- *November 28*: OPEC reaches production accord. Six-month agreement to set production at 18.5 Mbbl/d (2,940,000 $m^3/d$). Although the recent OPEC quota had been 19.0 Mbbl/d (3,020,000 $m^3/d$), actual OPEC production had been closer to 21.0 Mbbl/d (3,340,000 $m^3/d$).

- *December*: Fulmar/Brent outages.

**1989**

- *March*: Exxon tanker <u>Valdez</u> runs aground, spilling 11 million US gallons (42,000 $m^3$) of <u>crude oil</u> in the waters of <u>Prince William Sound</u>'s <u>Bligh Reef</u>. Oil prices react upward to news of the spill and to potential shortages on the west coast caused by refinery fires there.

- *June*: <u>OPEC</u> raises their production ceiling to 19.5 Mbbl/d (3,100,000 $m^3/d$).

*The 1990s*[*edit*]

See: *1990-1999 world oil market chronology*

**1990**

- **Aug**: *Iraq invades Kuwait. Crude and product prices soar upward; exchange markets react wildly to any middle east news events; cash markets dominate prices after trading hours; jet fuel prices rise to record spreads over other products due to increase in defense demand. In late August, OPEC president fails to revive floundering attempts to organize a formal OPEC meeting to discuss crisis/production strategies. Informal meetings held in Vienna result in record price falls. Conflicting reports of promises to increase OPEC output to compensate for embargo of Iraq and Kuwait oil further compound market uncertainties.*

- **Aug 2**: *Iraq invades Kuwait. Bush orders troops to Saudi Arabia.*

- **Aug 27**: *Market prices plunge as OPEC nears informal agreement to increase output to cover 4 Mbbl/d (640,000 $m^3$/d) shortfall due to invasion. Cash market trading experiences abrupt decline.*

- **September 6**: *U.S. citizen is shot in Kuwait. API reports 4.4 Mbbl (700,000 $m^3$) weekly draw in domestic crude stocks. Oil markets surge on aggressive U.S. statements toward Iraq.*

- **September 21**: *Reports that U.S refinery problems will lead to a 200,000 bbl/d (32,000 $m^3$/d) loss in capacity and aggressive remarks by Saddam Hussein send crude prices to new highs.*

- **September 24**: *Iraq invades the French and Dutch missions in Kuwait; French President Mitterrand called the action a violation of international law; a U.S. warship boards an Iraqi-flagged tanker bound for the port of Basrah.*

- **September 18**: *Crude prices outpace increases in product prices and there is talk of cutting refinery runs.*

- **September 20**: *Poor refining margins.*

- **September 24**: *Saddam Hussein states his willingness to strike first and his intention to damage oil fields in the region if Iraq does strike.*

- **October 1**: *Saddam Hussein says he may be willing to negotiate the occupation of Kuwait and would consider foreign participation in negotiations.*

- **October 3**: *API reports a 9 MMB weekly U.S. crude inventory draw.*

- **Oct. 9**: *Fear of war and long-term supply disruptions as Hussein threatens Israel.*

- **October 10**: *API reports crude inventories dropped by more than 4 MMB in the last week.*

- **October 11**: *Libya's Qadhafi says Israel must be eliminated, and U.K. Foreign Secretary Hurd says force would be used if Iraq doesn't withdrawal from Kuwait.*

- **November 5**: *Reports of increasing Saudi production and lower world demand.*

- **November 6**: *Iran's oil-producing region suffers a serious earthquake.*

- **November 7**: *API reports 5 MMB U.S. crude inventory weekly increase.*

- **November 8**: *Unconfirmed rumors that Bush would announce an airlift of supplies to U.S. embassy in Kuwait, which could ultimately trigger a military clash.*

- **November 13**: *Saudis ask U.S. for rights to bid on SPR crude.*

- **November 19**: *Report that Iraq will bolster its forces in Kuwait.*

- ***November 20****: API reports crude inventory drop in U.S. of more than 4 MMB; Saddam Hussein announces plans to release German hostages; Soviet Union shows reluctance to endorse the use of force against Iraq.*

- ***November 21****: French President [François Mitterrand](#) voices support of a proposed U.N. resolution that would authorize the use of force in the Persian Gulf.*

- ***November 26****: U.S. proposes addition to U.N. resolution that would require Iraq's withdrawal from Kuwait by January 1.*

- ***November 29****: U.N. Security Council approves U.S.-sponsored resolution authorizing the use of force in the Persian Gulf if Iraq does not withdrawal from Kuwait by Jan. 15, 1991.*

- ***November 30****: U.S. President [George H. W. Bush](#) offers to send Secretary of State James Baker to Baghdad to meet with Hussein.*

- ***December 4****: An Iraqi official report that Iraq will withdraw if it can retain control of the Rumailah field and keep Bubiyan and Werbah islands; also says that demands that the Palestinian issue be treated separately would not be surmountable.*

- ***December 5****: Iraq announces willingness to speak with U.S. about resolving the Persian Gulf crisis.*

- ***December 13****: Secretary of State Baker questions Iraq's seriousness about Middle East peace.*

- ***December 18****: Bush reiterates his "no concessions" stance against Iraq.*

***1991***

- ***January 4****: Reports Iraq will accept U.S. offer for talks in Geneva.*

- ***January 7***: *Saddam Hussein prepares his troops for what he says will be a long violent war against the U.S.*

- ***January 9–14***: *At Geneva talks, Baker says that "regrettably" Iraqi Foreign Minister Aziz has indicated no softening in Iraq's position. Peace talks break down, but there is still talk of a peaceful solution to the crisis.*

- ***January 15***: *Report that Iraq has a new peace initiative.*

- ***January 16***: *U.S. begins air attack against Iraqi military targets. President Bush directs drawdown of Strategic Petroleum Reserve (SPR). U.S. Secretary of Energy James Watkins orders 33.75 MMB drawdown. Crude oil prices drop $9–10 per barrel in one day after having risen $3–5 per barrel during the first half of January.*

- ***January 17***: *Reports of early U.S. and allied success against Iraqi forces; DOE issues SPR sales notice.*

- ***January 18***: *Iraqi Scud missiles land in Israel.*

- ***January 22***: *Kuwaiti oil facilities are destroyed by Iraq and more Iraqi missile attacks on Saudi Arabia.*

- ***January 30***: *DOE selects 13 firms to purchase 17.3 MMB of SPR crude oil.*

- ***February***: *Surplus of unsold oil held by oil producers reaches 80–90 MMB.*

- ***February 5***: *First SPR oil delivered to commercial buyers.*

- ***February 15***: *Daily market volatility as Hussein mentions withdrawal, but Bush calls his offer a "cruel hoax."*

- ***February 26***: *Signs of Iran crude now an option for U.S. refiners, but no imports from Iran likely in near future.*

- *February 28*: War ends. U.N. troops move into Kuwait City. Saddam Hussein orders troops out of Kuwait. Iraqi soldiers ignite Kuwaiti oil fields during their retreat.

- *March 1*: News that Kuwait will need to import crude in the short term.

- *March 12*: OPEC announces production cut to 22.3 Mbbl/d (3,550,000 $m^3$/d).

- *March 13*: API reports a 6 MMB weekly domestic crude inventory draw; Saudi Arabia and Iran say OPEC production cuts will take effect April 1.

- *March 19*: Gorbachev says the Soviet Union will cut its oil exports by nearly half.

- *March 25*: Nigerian crude becomes competitive in U.S. Gulf Coast as Nigeria cuts crude prices.

- *April 25*: Iraq expects to resume crude and product exports by July.

- *June 3*: Kuwait asks GCC members to produce 800,000 bbl/d (130,000 $m^3$/d) of oil on its behalf.

- *Aug*: Unsuccessful coup attempt against Soviet President Gorbachev has minimal effect on oil markets.

- *Oct*: Soviet Union suspends petroleum product exports as its fuel shortages grow. NYMEX futures price for WTI climbs nearly $2, ending at $24 per barrel.

- *November*: Last of Kuwait oil well fires extinguished by well control teams.

- *November*: U.S. Senate filibuster causes withdrawal of an Alaska National Wildlife Refuge (ANWR) pro-leasing bill.

- *December*: Soviet Union collapses as a series of events precipitated by Ukrainian vote for independence leads to formation of Commonwealth of Independent States (CIS).

*1992*

- **January**: _Kuwait reports oil production of 400,000 bbl/d (64,000 m$^3$/d); insists on restoration of its pre-invasion OPEC quota of 1.5 Mbbl/d (240,000 m$^3$/d)._

- **March**: _United Nations threatens sanctions against Libya for its refusal to extradite suspected terrorists._

- **March**: _CIS announces that 1991 crude exports dropped by 52%._

- **May**: _Saudi Arabia supports a crude oil price hike during a late-month OPEC meeting. NYMEX Futures prices exceed $22 per barrel._

- **Oct**: _OPEC production reaches highest level in more than a decade at 25.25 Mbbl/d (4,014,000 m$^3$/d)._

- **December**: _U.S.A., Mexico, and Canada sign the North American Free Trade Agreement (NAFTA)._

**1993**

- **July**: _Oil prices plunge on speculation that Iraq will accept U.N. missile test site inspections and receive approval to resume oil exports._

- **November**: _Combination of OPEC overproduction, surging North Sea output, and weak demand lowers the price of Brent to near $15 per barrel._

**1994**

- **April**: _Oil Prices firm on strength of institutional shifting of U.S. investment funds from equity and bond markets to cash and commodities._

- **Apr-September**: _Nigerian production disrupted by oil workers' strike in response to imprisonment of apparent winner of presidential elections._

*1995*

- *January 14*: Mexico pledges profits from state-owned Pemex's $7-billion-per-year oil revenues in an effort to secure U.S. congressional approval of $40-billion worth of loan guarantees. Subsequently, President Clinton approved a $20-billion U.S. aid package for Mexico. (DMN)

- *January 30*: Norway's Statoil announces that a newly formed consortium of 11 oil companies will develop a plan to supply Norwegian natural gas to the European continent. Three Norwegian companies recently signed a contract with Gaz de France to bring 1.4 trillion cubic feet (40 $km^3$) of Norwegian gas to France between 2001 and 2027. (DJ)

- *February 28*: The Pentagon announces that it monitored Iranian installation of surface-to-air Hawk missiles in the Strait of Hormuz. The Iranians also have taken possession of and fortified the nearby Abu Musa and the Tunb Islands, which are claimed by both Iran and the United Arab Emirates (UAE). (DJ)

- *June 14*: After OPEC's semi-annual meeting in Vienna, President Ida Bagus Sudjana discloses the Organization's intention to roll over its present crude oil production ceiling of 24.52 million barrels per day (3,898,000 $m^3$/d). The announcement is followed by a trip to Norway by Saudi Arabian Oil Minister Hisham M. Nazer. Upon arriving, the Saudi Minister asks Norwegian Minister of Industry and Energy Jens Stoltenberg to restrain his country's oil production in the hopes of stabilizing world oil prices. (FT, DJ)

- *June 30*: Exxon signs a $15.2-billion deal to develop oil and gas fields near Russia's Sakhalin Island. The Sakhalin I project will develop the offshore Shayvo, Odoptu, and Arkutun-Dagi fields that together are estimated to contain 2.5 billion barrels

*(400,000,000 m$^3$) of crude oil and 15 trillion cubic feet (420 km$^3$) of natural gas. Exxon has a 30 percent stake in the project. (NYT, DJ)*

- ***July 6****: Venezuela's Congress approves the country's first investment law allowing for foreign participation in oil exploration and production. The newly passed "model agreement" authorizes the state-owned oil company Petroleos de Venezuela S.A. (PDVSA) to offer 10 exploration blocks to foreign investors. If oil is discovered, the government will maintain a majority stake in any joint venture formed to develop the new fields. (FT, DJ)*

- ***July 27****: Saudi Aramco awards the giant Shaybah oil field development project to U.S.-based Parsons Corporation. The $2.5-billion project will develop the 7-billion-barrels (1.1 km$^3$) field, including the construction of crude oil production facilities, gas-oil separation plants, and a 372-mile (599 km) pipeline. The Shaybah field is located on the Saudi-UAE border and is expected to produce 500 million barrels per day (79,000,000 m$^3$/d) after it comes online in 1999. (PON)*

- ***July 28****: Norwegian Finance Minister Sigbjorn Johnsen says that Norway should not lower its crude oil production in an attempt to boost world oil prices. Norwegian Oil Minister Jens Stoltenberg believes production cuts may be necessary if prices begin to fall. Minister Johnsen's remarks follow last month's visit by Saudi Arabian Oil Minister Hisham M. Nazer, who asked Minister Stoltenberg to cut Norway's crude oil production. (PON)*

- ***Aug. 2****: Saudi Arabia's King Fahd issues a decree replacing all members of the Council of Ministers who do not have blood ties so the royal Family. While most of the Council's*

*top positions are unaffected by the reshuffling, Oil Minister Hisham Nazer is replaced with Ali bin Ibrahim al-Naimi. (WSJ)*

- **Aug. 14**: *Iran's official news agency, IRNA, reports that Iran has been unable to sell 200 million barrels per day (32,000,000 $m^3$/d) of crude oil since the imposition of a unilateral oil embargo by the U.S. Iran increasingly has sold its crude oil on spot markets as opposed to long-term contracts. Larger purchases by France, Spain, Italy, China, India, Pakistan, and Thailand have failed to offset decreased demand by German and Japanese refiners. Before the U.S. embargo was announced in April 1995, U.S. companies were buying between 400,000 and 450 million barrels per day (72,000,000 $m^3$/d), down from roughly 600 million barrels per day (95,000,000 $m^3$/d) in 1994. (PON)*

- **August 28**: *Kuwaiti Oil Minister Abdul Mohsen al-Medej announces that his country will increase its oil production capacity to as much as 3.5 million barrels per day (560,000 $m^3$/d) by 2005. (DJ)*

- **September 13**: *The Kuwaiti Oil Ministry states its intention to seek a 200-million-barrels-per-day (32,000,000 $m^3$/d) increase to its current 2-million-barrels-per-day (320,000 $m^3$/d) crude oil production quota at the November 1995 OPEC meeting in Vienna. The announcement comes amidst growing non-OPEC oil production and weak oil prices. (DJ)*

- **November 22**: *OPEC states that it will roll over its current oil production quota of 25.42 million barrels per day (4,041,000 $m^3$/d). The roll-over was widely anticipated because of slack world oil demand, rising non-OPEC production, and weak prices. (DJ, PON)*

- **November 29**: *U.S. President Bill Clinton approves legislation lifting a 22-year-old ban on exports of oil from the Alaskan North Slope (ANS). The ban was imposed after the oil*

*embargo by Arab oil producers in 1973. The lifting of the ban opened up about one-quarter of U.S. crude oil production for export, although no more than 7% of ANS crude was ever exported [1] and exports ceased in 2000. The ANS legislation also waives royalty payments on deep water oil and gas leases in the Gulf of Mexico. (WP)*

- *December 12: Speaking in New York during a U.S. visit by Angolan President Eduardo dos Santos, Joaquim David, president of the state-owned oil company, Sonangol, states that Angola will increase its crude oil production by 10 percent per year over the next five years, reaching 720 million barrels per day (114,000,000 $m^3/d$) by the end of 1996 and 1 million barrels per day (160,000 $m^3/d$) by 2001. The statement comes amidst sporadic violence involving government forces and the rebel group UNITA, less than a year after a peace accord was signed ending the country's 20-year-old civil war. At the end of 1995, Angola had raised its crude oil production to 690 million barrels per day (110,000,000 $m^3/d$). (PON, DJ)*

*1997*

*Sources include Dow Jones (DJ), Financial Times (FT), New York Times (NYT), and Platt's Oilgram News (PON), Washington Post (WP), and the Wall Street Journal (WSJ).*

- *January 17: Iraq agrees to talks concerning a U.N. plan to allow for the Iraqi sale of $1 billion of oil for 90 days for a 180-day trial period. Under U.N. Resolution 986, proceeds from the sale would be used for humanitarian purposes. In the past, Iraq has opposed clauses 6 and 8b contained in Resolution 986. Clause 6 stipulates that oil exports under this plan must pass through the 1.6 Mbbl/d (250,000 $m^3/d$) Iraq-Turkey pipeline, which currently is unusable because of sludge build-ups and pumping station damage. By most*

*estimates, the line would take a minimum of three months to repair. Clause 8b states that part of the proceeds from the sales would be disbursed under U.N. supervision to Kurdish provinces in northern Iraq. Negotiations between Iraq and the United Nations are scheduled to begin February 6, 1996. (FT, PON, DJ)*

- ***January 30****: Vice Admiral Scott Redd, commander of the U.S. Fifth Fleet based in the Persian Gulf, states that Iran test-fired a new anti-ship missile near the Strait of Hormuz on January 6. The missile reportedly has a range of 60 miles (100 km) and is viewed as a threat to regional security by U.S. naval forces operating in the area. Oil tankers carry about 15 Mbbl/d (2,400,000 $m^3$/d) through the Strait. (DJ)*

- ***April 24****: In New York, the United Nations and Iraq end a third round of negotiations over Iraq's possible sale of $1 billion of oil for 90 days for a 180-day trial period. Under U.N. Resolution 986, proceeds from the sale would be used for humanitarian purposes. While both sides have reached agreement on most of the key issues, chief Iraqi negotiator Abdul Amir al-Anbari says that the United States and the United Kingdom have fundamentally altered the text of a proposed agreement which he had received from the United Nations early in the third round. Al-Anbari states that the changes have postponed any possible deal. The U.N.-Iraq talks are scheduled to restart on May 10. (DJ)*

- ***April 30****: In the United States, President Clinton approves the sale of $227 million of crude oil from the Strategic Petroleum Reserve. At current oil prices, roughly 12 million barrels (1,900,000 $m^3$) would be sold. The Clinton Administration hopes that the sale will lower gasoline prices in the United States, which are at their highest levels in five years. (WSJ)*

- *May 20: In New York, the United Nations and Iraq agree to U.N. Resolution 986, which provides Iraq with the opportunity to sell $1 billion of oil for 90 days for a 180-day trial period. Under the resolution, proceeds from the sale would be used for humanitarian purposes. The agreement comes following months of heated negotiations. Iraqi oil exports are expected to begin by the Fall of 1996, after a pumping station on the Iraq-Turkey pipeline is repaired and U.N monitoring and aid distribution facilities are put in place. Shortly after the agreement, the White House announces its decision to allow U.S. oil companies to purchase Iraqi oil exports. (FT, PON, WSJ)*

- *June 11: Exxon states that it will soon begin work on its $15-billion Sakhalin I oil and natural gas development in Russia's Far East. The Sakhalin I project will develop an estimated 5 billion barrels (790,000,000 $m^3$) of oil and 15 trillion cubic feet (420 $km^3$) of gas located in three offshore hydrocarbon fields. The $300 million appraisal program will include drilling one exploration well and conducting a 3-D seismic survey. The U.S. company says that it will start working despite ongoing differences with the Russian government over the country's new production sharing law, which is widely viewed as not offering adequate legal protection for foreign investment in the country's oil and gas sectors. (FT)*

- *June 20: The Venezuelan Congress approves eight, multibillion-dollar, profit-sharing deals which allow foreign oil companies to explore and produce oil in Venezuela for the first time since the country's 1975 nationalization of the oil industry. The deals could boost Venezuela's current oil production by 500,000 bbl/d (79,000 $m^3/d$) by 2005. Foreign oil companies such as Amoco and British Petroleum are expected to sign final deals with state-owned PdVSA within 10 days and may begin working on their new land*

*by the third quarter of 1996. The eight blocks are estimated to hold between 7 and 11 billion barrels ($1.7 \times 10^9$ $m^3$) of light crude oil reserves. (PON, DJ)*

- ***July 7**: OPEC issues a resolution announcing Gabon's withdrawal from the organization, effective January 1, 1995. Gabon had an OPEC quota of 287,000 bbl/d (45,600 $m^3$/d). (FT)*

- ***July 18**: The United Nations formally approves an Iraqi aid distribution plan, a major step forward in the direction of allowing Iraq to sell oil under Resolution 986. (DJ)*

- ***August 6**: U.S. President Bill Clinton signs a new bill imposing sanctions on non-U.S. companies which invest over $40 million a year in the energy sectors of either Iran and Libya. Under the law, the President would be required to impose at least two of the following sanctions: import and export bans; lending embargoes from U.S. banks; a ban on U.S. procurement of goods and services from sanctioned companies; and a denial of U.S export financing. The European Union stated its opposition to the U.S. law and threatened retaliation. (FT)*

- ***August 21**: In Venezuela, a subsidiary of state-owned Petroleos de Venezuela (PdVSA), Corpoven, signs a memorandum of understanding (MOU) with U.S.-based ARCO. The MOU provides for a $3.5-billion joint venture to develop and upgrade roughly 200,000 bbl/d (32,000 $m^3$/d) of crude oil from the country's 270-billion Orinoco Heavy Oil Belt. The project will produce 9° API gravity crude oil in the Hamaca region and upgrade it to 25° API for export to U.S. refineries. The project will be implemented in three phases, the last of which will be completed in 2006. Another PdVSA subsidiary, Maraven, recently signed another, similar deal with Conoco. (PON, FT)*

- *September 5*: Following U.S. cruise missile strikes on military facilities in southern Iraq, crude oil prices rise as the market speculates when Iraq will begin exporting oil under U.N. Resolution 986. Benchmark Brent Blend for October rises above $22/barrel amidst the uncertainty. The U.S. attack follows an Iraqi-supported invasion of Kurdish safe haven areas in the country's northern area. Subsequently, President Bill Clinton states that the U.N. oil-for-food sale should be postponed indefinitely. (DJ)

- *October 30*: Exxon confirms that it is in talks with state-owned Qatar General Petroleum Corporation concerning the application of new technology to convert natural gas to petroleum products. Exxon believes that technology developed in a successful 200 bbl/d ($32\ m^3/d$) Anatural gas refinery project in Texas would work in Qatar, where a proposed $1-billion plant would be able produce between 50,000 bbl/d ($7,900\ m^3/d$) and 100,000 bbl/d ($16,000\ m^3/d$) of middle distillate products. Under the proposal, Qatar's 270 trillion cubic feet ($7,600\ km^3$) North field would supply between $0.5 \times 10^9$ cu ft ($14,000,000\ m^3$) and $1 \times 10^9$ cu ft ($28,000,000\ m^3$) per day of gas for use as feedstock. In the past, technological barriers and high costs have precluded the development of natural gas refineries. (WSJ)

- *December 18*: During a press conference, Iranian Deputy Foreign Minister Abbas Maleki states that Iran supports the free flow of oil through the Strait of Hormuz but reserves the option of closing off the shipping route if it is threatened. Iran recently has admitted to deploying anti-aircraft and anti-ship missiles on Abu Musa, an island strategically located near the Strait of Hormuz's shipping lanes. (DJ)

- *December 30*: The United Nations announces that a total of 21 contracts have been approved for the limited Iraqi oil sales under U.N. Resolution 986. The approved

*contracts will allow for 43.68 million barrels (6,945,000 $m^3$) of oil to be exported in the first 90 days of the sale. At present, exports of 26.37 million barrels (4,192,000 $m^3$) have been approved for the second 90-day period of the sale, which allows Iraq to sell up to $1 billion worth of oil every 90 days for an initial 6-month period. In mid-December 1996, Iraq restarted the Kirkuk–Ceyhan pipeline, which is expected to carry up to 450,000 bbl/d (72,000 $m^3$/d) of oil under the sales agreements approved so far under U.N. Resolution 986. Iraq's remaining oil exports will flow through the Mina al-Bakr terminal. (NYT, DJ)*

***1996***

*Sources include Dow Jones (DJ), New York Times (NYT), and the Washington Post (WP).*

- ***February 5***: *Japan's Ministry of Finance announces plans to cut import tariffs on crude oil and most petroleum products from April 1, 1997, in a phased process that will reduce the country's crude oil import tariff rate to zero in April 2002. (DJ)*

- ***February 24***: *Qatar inaugurates the world's largest liquefied natural gas (LNG) exporting facility and formally launches Qatar Liquefied Gas Co., which will have total output capacity of 6 million tons per year of LNG. The facilities are part of a new $7.2 billion industrial zone which also includes a seaport with a capacity to handle 25–30 million tons of LNG annually. Qatar plans to build more gas liquefaction plants in the area to exploit its natural gas reserves of around 237 trillion cubic feet (6,700 $km^3$). (DJ)*

- ***April 1***: *A Shell spokesman confirms the company will declare force majeure at its Nigerian Bonny terminal due to local protests which disrupted 210 million barrels per day (33,000,000 $m^3$/d) of the company's oil production. Although the protests have ended*

*and production is returning to normal, the backlog is temporarily delaying loadings by 3 days. (DJ)*

- ***May 16***: *A final agreement creating the* Caspian Pipeline Consortium *(CPC) is signed by project participants: Russia (24 percent), Kazakhstan (19 percent), Chevron Corp. (15 percent), AO Lukoil/Arco Corp. (12.5 percent), Mobil Corp. (7.5 percent), AO Rosneft/Shell Corp. (7.5 percent), Oman (7 percent), Agip SpA (2 percent), British Gas PLC (2 percent), Oryx Corp. (1.75 percent), and Kazakhstan Pipeline Ventures, a joint venture of Kazakhstan's state oil company and Amoco Corp. (1.75 percent). The Russian government plans to transfer its stake to two Russian oil companies, AO Lukoil and AO Rosneft. CPC plans to begin building a 932-mile (1,500 km) pipeline to transport crude oil from the Caspian region to Russia's Black Sea coast in 1998 and begin shipping around 558 million barrels per day (88,700,000 $m^3$/d) of oil in 1999 (planned peak capacity is 1.4 million barrels per day (220,000 $m^3$/d)). (DJ)*

- ***May 20***: *U.S. President* Bill Clinton *signs an executive order barring new U.S. investment in Burma (also known as Myanmar), effective May 21 and renewable annually. U.S. companies have invested about $250 million in Burma, primarily in the oil and gas sector. The biggest U.S. investor is Unocal, which is building (with France's Total) a $1.2 billion pipeline from Burma's* Yadana natural gas field *to an electric power plant in Thailand. (DJ)*

- ***June 4***: *In a unanimous vote, the United Nations Security Council renews for another 180-day period its "oilforfood" initiative with Iraq. Under the resolution, Iraq may sell $2 billion worth of oil to buy food, medicine and other necessities to alleviate civilian suffering under the sanctions imposed when its invaded Kuwait in 1990. (WP)*

- *July 22*: The first shipments of oil produced from Kazakhstan's Tengiz field arrive at terminals on the Black Sea in Novorossiysk (Russia) and Batumi (Georgia) for subsequent export through the Bosphoros Strait. Volumes total between 100,000 and 150 million barrels per day (24,000,000 $m^3$/d). (DJ)

- *July 23*: The U.S. State Department rules that Turkey's August 1996 agreement to purchase $23 billion worth of natural gas from Iran over a 20-year period does not violate the *Iran and Libya Sanctions Act*. In a May 1997 memorandum of understanding with Iran and Turkmenistan, Turkey modified the original arrangement so that the natural gas will be purchased from Turkmenistan rather than Iran. (DJ)

- *August 4*: In Colombia, Occidental Petroleum, a California-based international oil company, and Ecopetrol, Colombia's national oil company, declared force majeure on all oil exports from the Cano Limon field. The declaration comes after a series of attacks dating back to July 30 knocked out a major oil pipeline transporting oil from the field to the Caribbean port of Covenas. The pipeline has been attacked 45 times this year which is equal to the total number of attacks for 1996. Responsibility for the attacks has not been determined, but leftist guerrillas from the National Liberation Army are usually blamed for such attacks. The force majeure declaration does not apply to the oil contained in the 2-million-barrels (320,000 $m^3$) storage facility at Covenas. (DJ)

- *August 8*: The United Nations approves a sale-price formula for Iraqi crude oil sales under the oil-for-food plan. The approval cleared the way for Iraq to resume limited oil exports immediately through the Turkish port of Ceyhan on the Mediterranean Sea and Iraq's Gulf port of Mina al-Bakr. The United Nations will also begin reviewing contracts for Iraqi crude oil purchases. Iraq has until September 5 to raise the $1.07 billion

*allowed under the existing 90-day oil-for-food plan window. Iraqi officials state they will boost exports to 2 million barrels per day (320,000 $m^3$/d) to meet the sales target. However, industry experts say that Iraq's export capacity is untested beyond 1.4-million-barrels-per-day (220,000 $m^3$/d). (DJ)*

- *September 12: The United Nations Security Council passes a resolution that allows Iraq to reach the $2.14 billion oil sales limit under its oil-for-food program by December 5. The current 6-month oil sales window, running from June 8 to December 5, will be split into a 120-day segment and a 60-day segment instead of two 90-day segments. During each segment Iraq can sell $1.07 billion worth of oil. The resolution should enable Iraq to make up for lost revenues during a delay in the start of oil sales during the first two months of the current six-month sale period. (DJ)*

- *October 29: Iraq's Revolution Command Council, the country's main decision-making body, announces that it will no longer allow U.S. citizens and U.S. aircraft to serve with the United Nations (U.N.) arms inspection teams. The council's statement gives U.S. citizens working with the inspection teams one week to leave Iraq. Iraq has also asked the U.N. to stop flights by American reconnaissance aircraft monitoring its compliance with U.N. resolutions requiring the elimination of weapons of mass destruction. In response to this statement, the U.N. Security Council unanimously approves a statement condemning Iraq's threats to expel the Americans. (DJ)*

- *November 20: Iraq's Revolution Command Council formally endorses an agreement, arranged by Russia, that enables United Nation's (U.N.) weapons inspection teams to resume operations in Iraq. The deal ends a three-week standoff between the U.N. and*

*Iraq that began in late October 1997 after Iraq announced it would no longer allow U.S. citizens to serve on U.N. weapons' inspection teams. (DJ)*

- *November 29: For the first time in four years, OPEC agrees to an increase in its production ceiling. OPEC has raised the ceiling to 27.5 million barrels per day (4,370,000 m³/d) for the first half of 1998, effective January 1, 1998. The new ceiling represents a 10 percent increase over the current ceiling. The new quotas are as follows: Saudi Arabia 8.76 million barrels per day (1,393,000 m³/d) (bbl/d), Iran 3.942 Mbbl/d (626,700 m³/d), Iraq 1.314 Mbbl/d (208,900 m³/d), Venezuela 2.583 Mbbl/d (410,700 m³/d), Nigeria 2.042 Mbbl/d (324,700 m³/d), Indonesia 1.456 Mbbl/d (231,500 m³/d), Kuwait 2.19 Mbbl/d (348,000 m³/d), Libya 1.522 Mbbl/d (242,000 m³/d), United Arab Emirates 2.366 Mbbl/d (376,200 m³/d), Algeria 0.909 Mbbl/d (144,500 m³/d), and Qatar 0.414 Mbbl/d (65,800 m³/d). (NYT)*

- *December 4: Iraq's United Nations (U.N.) Ambassador Nizar Hamdoon warns that Iraq will not allow oil to flow during a third six-month phase of the U.N.'s oil-for-food sale until the U.N. approves an aid distribution plan. Despite the warning, the U.N. Security Council approves a third six-month phase following the end of the second six-month phase. Like the first two phases, the third phase allows Iraq to sell up to $1.07 billion of oil in each of two 90-day periods. However, the sales level may be increased by the Security Council in January 1998 after U.N. Secretary-General Kofi Annan reports on Iraq's needs. The next day Iraq stops pumping oil into the Iraqi-Turkish pipeline at the end of the second six-month phase of the United Nations (U.N.) oil-for-food program. (WP, NYT)*

- ***December 11****: Delegates from 150 industrial nations attending a United Nations climate conference in Kyoto, Japan reach agreement on a protocol to control heat-trapping greenhouse gases. The protocol, if ratified, would commit nations to roll back emissions of six greenhouse gases (carbon dioxide, methane, nitrous oxide, hydrofluorocarbons, perfluorocarbons, and sulphur hexafluoride) below 1990 levels. Under the protocol, the United States would be required to reduce its greenhouse gas emissions by 7 percent below 1990 levels, while Europe and Japan would make cuts of 8 percent and 9 percent, respectively. Developing countries are exempt from the emissions ceilings for the time being. (DJ)*

*See also[edit]*

- *World oil market chronology from 2003*
- *1970 world oil market chronology*
- *1975 world oil market chronology*
- *2001 world oil market chronology*

*Sources[edit]*

- *Energy Information Administration: Chronology of World Oil Market Events*

*Commodity Research Bureau. The CRB Commodity Yearbook 1996, Wiley & Sons, Hoboken, 1996.* **References[edit]**

1. **^** *Naylor, Philip (2000). France and Algeria: A History of Decolonization and Transformation. University Press of Florida. ISBN 0-8130-1801-3.*

EASTERN DISTRICT OF MICHIGAN - UNITED STATES DISTRICT COURT

*Categories*:

- Oil market timelines

In 2002 I was arrested for coming out of Kim Jong UN secret Detention in An abandoned McDonalds located in Detroit Michigan at Mack and Peck a  poverty stricken community located near the Capuchin Soup Kitchen .

Categories of Terrorist Organizations (In this case we have One Terrorist organization the KKK detaining and profiting from  North Korea's President Kim Jong UN Directly – ( Kim Jong UN is the Foreign  Terrorist Organization being held captive by a Domestic Terrorist Group the KKK)

Tier I

These organizations are also referred to as Foreign Terrorist Organizations (FTOs).  FTOs are foreign organizations that are designated by the Secretary of State in accordance with section 219 of the INA, as amended.  There are three basic criteria for an organization to be considered an FTO:

1. It must be a foreign organization.

2. The organization must engage in terrorist activity, as defined in section 212 (a)(3)(B) of the INA (8 U.S.C. § 1182(a)(3)(B)), or terrorism, as defined in or retain the capability and intent to engage in terrorist activity or terrorism.

3.  The organization's terrorist activity or terrorism must threaten the security of U.S. nationals or the national security (national defense, foreign relations, or the economic interests) of the United States.

Tier II

The Secretary of State, in consultation with or upon the request of the Attorney General, may designate terrorist organizations for immigration purposes, after a finding that the organization engages in terrorist activity as defined in section 212(a)(3)(B)(iv) of the INA (8 U.S.C. § 1182(a)(3)(B)(iv)); see section 212(a)(3)(B)(vi) of the INA. This authority is known as the "Terrorist Exclusion List (TEL)" authority. A TEL designation will generally exclude aliens associated with entities on the TEL from entering the United States. (Department of Homeland Security – U.S. Citizen and Immigration Services ,20202

When do Private Citizens become agents of the state - The totality of Circumstances will show I was working at the  behest of the F.B.I   In *Coolidge v New Hampshire* ( 403) U.S. 443 {1971}), the Supreme Court  stated that the test is whether the private person ( veretta burnett)  in light of all the circumstances of the case, must be regarded  as having acting as a "instrument"  or agent of the state." Also in *Coolidge v New Hampshire*  ( 403 U.S. 443 {1971}) the court stated that  if a private person  "wholly on his own initiative  turns over evidence  to authorities  there can be no doubt  under existing law  that the articles would later be admissible in evidence ."(p.487)

Finding Kim Jong UN secret Detention and Osama Bin Laden I was a private citizen working at the behest of the F.B.I. Due to Bureaucracy I could take action when the F.B.I. couldn't because of flawed intelligence. In which I had to come in and show the FBI that the Most wanted World Leaders and Most wanted Terrorist were in Detroit. In *Walter v United States* (447 U.S. 649 {1980}) the Court ruled that " a wrongful search and seizure conducted by a private party does not violate the Fourth Amendment and does not deprive the government of the right to use evidence that has been acquired from the third party lawfully (p.656) Finding Kim Jong UN secret detention and handing that information over to the FBI after I was arrested , I was charged with drug paraphernalia . Again a Section 242 violation the Detroit police knew that Kim Jong UN had been detained in the abandoned McDonalds where he sat in his own feces in the pitch dark a missing( from North Korea) an Asset to the American Government because of Kim Jong UN Intercontinental ballistic missile capability and the fact that Vladimir Putin wants to put nuclear warheads on Kim Jong UN intercontinental Ballistic missiles. **Washington (CNN)**North Korea claims to have successfully tested a new type of intercontinental ballistic missile, topped with a "super-large heavy warhead," which is capable of striking the US mainland.

The country's state media made the announcement Wednesday, hours after leader Kim Jong Un ordered the 3 a.m. launch of the Hwasong-15 missile, which reached the highest altitude ever recorded by a North Korean missile. ( Zachery Coehen , Ryan Browne Nicole Gaouette, November 17,2017)

was in Detroit Michigan on Mack and Peck by 2002. While Former George Bush had told the American people Kim Jong UN was a part of the State Sponsored Terrorism and that Kim Jong UN was in North Korea , when in actuality he was in a secret detention in Detroit Michigan on

Mack and Peck an Abandoned McDonalds restaurant .Therefore the government action prong of the Fourth Amendment right actually hinges on three important questions:

1. Who is a government actor?

2. When is a private person not acting wholly on his or her own initiative considered a government  actor for the purposes  of the Fourth Amendment ?

3. Once it's clear that the search(of Kim Jong UN secret detention) is private in nature , what later government action does this private search authorize?

   (Worrall,2011)

   These questions are not unanswered , as evidence will show that I was  a regular dancer like  every other female  and transgender who was there to make money until at Tycoons, as Godiva , Hot Tamales as Hot chocolate  , 007 as Hot Chocolate ,    Alqeada – some men  came to the topless  Hot tamales bar to ask me to take care of the fathers showing me a picture of some men in a cave  at Hot Tamales topless bar  in Detroit Michigan 13109 W. 8 mile rd. Detroit Michigan 48235    ,( Osama Bin  Laden and  five other men in a cave) .

   ( Kim Jong Un secret Detention should be  considered as Evanescent evidence – (the layout of Kim Jong Un Secret Detention has been demolished and a church of Latter Day Saints was put in its place guarded by a fence) -  and the employees  of Kim Jong UN family Beauty Supply store at 7651 Gratiot  Detroit Michigan , can change because of product  value and what products Black Females  use  whatever the trend is  at that point because  Kim Jong UN mom allows  private citizens to sell their hair products at her store hoping to find information about Kim Jong UN  because  the landscape of Kim Jong UN secret detention has turned into a Church of Latter Day Saints . The abandoned

McDonalds Kim Jong Un was in was torn down/ demolished  and  the church of latter day Saints   with all inclusion by Congressmen  Mitt Romney was built in its place to remember that this was the secret detention of Kim Jong Un.

The totality of circumstances – all the facts and circumstances surrounding the case , In Case by case adjudication will show I was a private citizen acting at the Behest of the FBI since 2005. Although I found Kim Jong UN secret detention and Saddam Hussein in 2002 which called for me to contact the FBI with  the above information .

Because this case acts in the Dual Sovereignty – in which the state and federal government  are considered separate  or sovereign in their own rights .   While Federal courts consists of 3 types of courts

1.  Districts courts

2.  US courts of appeal

3.  U.S. Supreme Court

    In which both  of Veretta Burnett cases regarding Terrorism and Most wanted Terrorist ended up in Federal  Eastern District Court  One case being that I was assaulted by Police Srgt. Brenda Stevenson  while handcuffed in a crucifix for going to the FBI regarding  Osama Bin Laden being in America, and giving  the FBI  Hamza Bin laden – Phone number and American name ( Trevor , because of Chief Of Police Caldwell in Highland Park was also using the  child in Terrorist Tapes with Osama Bin Laden ,  specifically  in Highland Park Michigan,48203.

    Case #14238  while case 17-2170 regarded Kim Jong UN momma opening up a Beauty Supply Store  on Gratiot  at 7651 in Detroit Michigan   with the purpose to find Kim Jong UN who had been detained by the Klu,Klux,klan who  decided to

invest into Black Hair care . Thus the creation of the UN Beauty Supply Store.

UN as in Kim Jong UN the president of North Korea . The International

Terrorism of Kim Jong UN became domestic Terrorism the minute Kim Jong Un

was detained in the United States of America on Mack and Peck at an Abandoned

McDonalds restaurant . To understand how I was drawn into the domestic

terrorism and gained firsthand knowledge of the Terrorism. Which leads to my

Bivens claim against Chris Hess-7 , David Harmon, and Gwen Rosenthal in her

physical and professional capacity . In Bivens v. Six Unknown  named federal

agents  (403 U.S. 388 {1971} ,the Supreme Court  held that federal law

enforcement officers  can be sued for  Fourth Amendment violations , Bivens

claims  must meet two essential  requirements :

1. The official acted under the color of state law

2. The official deprived  someone the  his or her constitutional  rights .( and
   or immunities given for working at the behest of the FBI)

   Also in Davis v. Passman (442 U.S. 228 {1979} and Sonntag v. Dooley

   (650 F.2d 904 {7th cir. 1981}

Both cases dealt with the fifth amendment and Carlson  v Green ( 446 U.S. 14

{1980} was an  8th  amendment case violation .


The FBI agents indicted Srgt. Stevenson after I was police brutality , however the

FBI failed to pay me for the work I had done for them , informing them that

Osama Bin Laden number 1 and 2 was at my home in Highland Park at 11

Farrand park , Highland Park Michigan . The FBI left me to my own devices as

performing as a sex slave having sex with Al Qaeda as they came to my apartment in Highland Park. The FBI did not help me, neither did they send help when I alerted them that the terrorist was threatening to rape my daughter If I didn't have sex with them . I  Veretta  Burnett  had alerted the FBI Chris Hess-7 by hand written letter of the types of threats  I was getting from inside  Al Qaeda,( Theron Flournoy  who told me directly  they will rape my kids if I don't have sex with them". as I was informing that FBI that the Highland Park Police then Chief Caldwell was directly involved in the Terrorism as a narcotics officer  and as Chief of Police . I believe that is why Chief Caldwell didn't invite the FBI into Highland Park to witness and investigate  Osama bin Laden number 2 – Aaron Labarrie Engaged in Terrorist activities with Chief of Police Caldwell of Highland Park Engaged in Terrorist activities as defined in Section 212 (a) (3) (B) of the immigration and Nationality Act . The Police Chief involvement in the terrorism  continued and came to my knowledge once  I moved across the hall from Richard Steve Goldberg at 11 Farrand Park  in Highland Park Michigan, 48203 .

The Section 1983 was originally  enacted as part of the Ku Klux Klan Act of April 20 1871 Also known as Section 1 of the civil rights act of 1871 . The act was designed to address atrocities committed by the Ku Klux Klan members in the wake of the civil war. Instead Section 1983 imposed  liability on state representatives  who failed to enforce state law against illegal  Klan activities like: ( going after Kim  JONG UN  bringing him to America , beat and tortured him in an abandoned McDonalds and let him live in his own feces for months until they

was able to put Kim Jong Un to work at a nail salon  in Highland Park , Michigan

called Highland Nails at 12027 Woodward  Highland Park Michigan  48203.

The Klan  had violated the and engaged in Terrorist activities  violating  The

immigration and Nationality act  Section 212 (a) (3)  (B)  by bringing Kim Jong

UN to America and setting up a Beauty Supply store and Nail salon for the Klan

to profit - because  North Korea had been designated as State sponsors of

Terrorism by former President George  W. Bush #43 .My right to freedom and

Liberty was taken away as  I worked for the FBI without payment a Labor Issue is

a civil rights issue ,  being arrested after coming out of Kim Jong Un secret

detention. Denying my 4th amendment right by seizing my person and arresting

me- for discovering how the klan had kidnapped  Kim Jong Un the President of

North Korea and put him in my community to be detained. At the time I lived on

2429 Field street, Detroit Michigan.    I had 4 separate incidences of Terrorism on

my hands. I again would like to say these incidences of Terrorism meeting the

Most wanted World Leaders  Saddam Hussein , Uday Hussein , and Kim Jong Un

Secret detention  happened on sperate occasions .

1. 9-11-2001 The World Trade Center had fallen down after it was attacked by an

   airplane  ( according to Steven E. Jones nano-thermite a chemical explosive  had

   been painted on the beams of the World Trade Center and when He tested the

   Dust that sickened the first responders he found it  had a chemical explosive

   called Nano- Thermite in it  )

2. 10-2001- The Al Qaeda  men came into my bar Hot Tamales to ask me if I would take care of the fathers, showing me some men in a loin cloth in the mountains of Afghanistan ?

3. I had been arrested in 2002 for coming out of Kim Jong UN secret detention at an abandoned McDonalds on Mack and Peck.

4. 2002/03 Uday Hussein had taken me to his apartment from His job Osama's Hair salon downtown Chicago to Hyde Park to meet Saddam Hussein and his soldiers that sat above another hair saloon all in Hyde Park where  then Senator Barack Obama lived .

Harry Davis had dropped me off from his home in 2002 and told me he was going to Chicago , Illinois , so I jumped on a grey hound bus and followed Harry Davis to Chicago , but instead of meeting up with Harry Davis- Tupac Shakur , I met up with Uday and Saddam Hussein .

By 2001 I had met Harry Davis aka the voice and character of Tupac Shakur  . He came into my bar 007 on September 9th 2001. By 2004 I had got to know Harry Davis – Tupac Shakur  well enough  to where at first  he would  give me plane ticket to fly to see him that by 2004 I would just jump on a grey hound to see Harry Davis -Tupac because he was secretly  dying . In 1994 Tupac-Harry stated that he didn't rape any one that he was the one sodomized by the rape victim, in which by the time I met Harry Davis - Tupac  Shakur who was actually the rape victim  that night where he was sodomized by the   supposed rape victim - he was dying of 2 types of cancer, because of the forced sodomization of the rape victim  . One  type of cancer was inflicted on him by the supposed rape victim  when he said he was sodomized , evidence of his health records will show Harry Davis- Tupac Shakur  was injured  on his rectum from being sodomized  during

what  the court called a rape , that Tupac  Shakur was the one raped  being sodomized  by the

supposed rape victim and given anal warts ,  because the sodomy happened in his rectum it also

affected his prostate ... . The rape victim had no physical injuries but Tupac Shakur  aka Harry

Davis  did as he proclaimed ***publicly*** that he was ***sodomized***  by the supposed   rape victim , and

because he wore a condom during sex the genital warts wasn't on his  penis but on his  rectum-

and when  Tupac Shakur  confronted the rape victim about the genital warts on his rectum

because he felt his rectum swell up immediately the rape victim said she was the one raped  ,  in

countless public  interviews- Tupac  Shakur said that he was  sodomized  by the rape victim  , so

I had to deal with a Harry Davis – Tupac Shakur  that was dying from anal cancer and prostate

Cancer. The fact that Harry Davis – Tupac Shakur left behind  countless interviews  saying he

was  the Actual rape victim by saying he was the one sodomized by the rape victim which had

given him  anal cancer. Tupac  Shakur – Harry Davis  because of the  Prostate Cancer he would

bleed out from his penis , and he couldn't  urinate ,  or take a bowel movement – So Tupac

Shakur – Harry Davis had to fake his death because he was dying and was immediately injured

during the night of the forced sodomy during an orgy  , which he was accused of rape -  So I

would pop up on Tupac Shakur - Harry Davis unannounced at his home -  because I kept telling

him to go to the hospital – Detroit Medical Center if he couldn't go to Hackensack , New Jersey

Hospital in Bergen County  where he was living .  Well One day I went to see Harry Davis- In

New Jersey, Hackensack,  but Harry  Davis aka Tupac Shakur  wasn't there . So I went to the

Hackensack Police who sent me to   Hoboken New Jersey for it was a shelter there ran by the

Catholics  Sister Norberta .  When I got to Hoboken in June of 2004 Shelter from be stranded , in

New Jersey … I knew Gustavo Guerrero / Osama Bin Laden Number 1 from the pictures then

men came into my bar at  Hot Tamales in 2001 and showed me some men in a cave in loin cloths

in Afghanistan  mountains. Gustavo was right before me in Hoboken Shelter .  Gustavo -Osama

Bin Laden Number 1 began to take me to Frank Sinatra  Park on the Hudson River and would

Pose at the Sight where the World Trade Center use to be seen From Frank Sinatra Park and

Bridge , and make me take pictures of him  standing where the World Trade Center  use to be

seen at the Hudson River in Frank Sinatra Park.  At first I thought it was a little odd that he

would know that exact place where to stand in Frank Sinatra Park where the World Trade Center

used to be seen but it was important to Gustavo aka Osama Bin laden number 1. Gustavo

expressed to me that he was Columbian and Black not Arab. That the FARC joined onto Al

Qaeda in the early 1980's in the fight against the Soviet Union in Afghanistan . Gustavo would

push Sureshot Trujillo on me a known Older sniper of the FARC. Sureshot Trujillo became the

name of our Business that  we opened . At that point I took Gustavo to the McNamara Building

to the SBA loans for the business loan - while I went to the FBI in the McNamara Building to tell

them that Osama Bin laden was in America. In fact at the SBA loan office as I alerted the FBI I

was "Al Qaeda hoe now , Because I was coming out of the Topless entertainment Bar where you

as a dancer  can have a Pimp  and you are considered his "Hoe" or bottom Bitch"( even though I

had an agent from Tycoons named Chris)  I wasn't Ralph Willis "Hoe' anymore because  I was

with Harry Davis- Tupac Shakur then I wasn't Harry Davis "Hoe ,"  any more( Harry- Tupac

was dying - because I met Gustavo Guerrero – Osama Bin laden number 1  and he came back to

Highland Park Michigan with me to live. So I became Al-Qaeda "Hoe"  in which I alerted the

FBI how they came into my bar asking me to take care of the fathers . Step by step I was making

FBI reports and calling Chris Hess-7 asking him for Help. This shows culpability on FBI agents

Chris Hess-7 and David Harmon behalf .  Culpability and Cruel and Unusual punishment a

violation of Human Sex Trafficking  under Section 1983 suit the FBI intended for  me to go through these Terrorist sexual encounters with Abu Masab Al-Zarqawi  – Joe

1.who worked the night shift at 12524 Woodward Marathon Gas Station  in Highland Park , Mi. and was going to  Henry Ford College for Nursing . Again this is Domestic Terrorism that appeared as International Terrorism .

2. Abu Masab Al-Zarqawi /Joe  Engaged in terrorist activity as defined in Section 212 (a) (3) (B) of the Immigration and Nationality Act , yet  he is a Citizen of the United States and resides in the United States .( In which most crimes were committed on the internet  and through Terrorist Tapes)

During the fights which Gustavo Guerrero – Osama Bin laden number 1 would  start after we would physically fight  Gustavo would run to the Marathon Gas station because I was having sex with Abu Masab Al-Zarqawi aka Joe . Abu Masab Al-Zarqawi told me I had given him AIDES by bringing Osama Bin Laden/ Gustavo Guerrero  to   the Marathon gas station at 12524 Woodward  Highland Park Michigan  48203. After Abu Masab Al-Zarqawi left the Marathon Gas station  for a better Job closer to His college -  Hassan a 350 pound Arab started having sex with me From 12524 Woodward . Once again I called Chris Hess-7 and told him how the Terrorist was using me for a sex toy … but also  they was "meeting Up together" through me and congratulating me for giving them Aides ,  ( aide is defined as an assistant  to an important person , especially  a political leader ) at the expense of my physical safety fighting Gustavo Guerrero from Newark New Jersey  where we lived at 54 Parkhurst all the way in Highland Park , Michigan , 48203 .. Gustavo again made me aware that these were his fathers connections as his father had brought him to Detroit before .  Again, the connection to the FARC.

The court must excuse my language but to understand the street lingo  and to show how I was

went  from a regular Pimp  to meeting  Harry  Davis whom I care about and expressed concern

for Harry Davis – the rapper Tupac, who was dying   to Al-Qaeda who was coming into my

places of work drawing pictures of my aura showing me pictures of men in  cave in the

mountains of Afghanistan in white dingy loin cloth .  I also asked the FBI to put cameras in my

home  at 11 Farrand Park so that they can see for themselves the different Al-Qaeda members

coming into my home at 11 Farrand Park, Highland Park Michigan . As  Gustavo Guerrero

would make trips back and forth to New Jersey   then back to Highland Park those in between

times is when  Abu Masab Al- Zarqawi was coming to my house to see me and have sex.  Chris

Hess- 7 knew about it because I told him on numerous occasions  while asking for help from the

F.B.I  while I was informing them on which Terrorist was   in my apartment building at 11

Farrand park, Highland Park Michigan 48203. Especially who was coming to my Apartment

because  11 Farrand Park was like New Jack City where there was crack addicts  running

through the hallways  and going to specific apartments to smoke crack .  But also people lived

with their children at 11 Farrand Park, Highland Park Michigan, 48203 . I was one of those

people who lived with their child at 11 Farrand Park. IN fact my first FBI contact was while I

was living at 11 Farrand Park was  regarding , Saddam Hussein , Uday  Hussein , Kim Jon Un

Secret detention - Osama Bin Laden- Number 1- Gustavo Guerrero  , Hassan Nasrallah and

Mortarda Al Sadr , and Osama Bin Laden number 2 – Aaron Labarrie ,

Al-Sadr and Nasrallah   who  was working a half mile  from my apartment at  11825 Woodward at

Sav-a-lot Grocery  store  in Highland Park , Michigan, 48203   where  Gustavo Guerrero- Osama

Bin laden Number 1   kept running in the back to speak to Hassan Nasrallah  The United States

Government failed to protect me and my children as Osama bin Laden number 1- Gustavo

Guerrero , Hassan Nasrallah , Muqtada Al-Sadr , Abu Masab Al-Zaqawi gathered through me using me as a pretext or cover to Gather and meet in various places including my apartment , 11825 sav-a-lot Grocery store and 12524 Marathon Gas station. As each person gathered with Osama Bin Laden – Gustavo Guerrero the government was actively looking for each individual As the FBI most wanted Terrorist . Defined as knowingly engaging in terrorist activities as defined in section 212(a) (3) (B) of the immigration and nationality Act. As defined in section 140 (d) (2) of the foreign relations authorization act , in violation of title 18 United states code , Section 2339B §2339D. Receiving military-type training from a foreign terrorist organization

(a) Offense.-Whoever knowingly receives military-type training from or on behalf of any organization designated at the time of the training by the Secretary of State under section 219(a)(1) of the Immigration and Nationality Act as a foreign terrorist organization shall be fined under this title or imprisoned for ten years, or both. To violate this subsection, a person must have knowledge that the organization is a designated terrorist organization (as defined in subsection (c)(4)), that the organization has engaged or engages in terrorist activity (as defined in section 212 of the Immigration and Nationality Act), or that the organization has engaged or engages in terrorism (as defined in section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989).

(b) Extraterritorial Jurisdiction. -There is extraterritorial Federal jurisdiction over an offense under this section. There is jurisdiction over an offense under subsection (a) if-

(1) an offender is a national of the United States (as defined in 101(a)(22) of the Immigration and Nationality Act) or an alien lawfully admitted for permanent residence in the United States (as defined in section 101(a)(20) of the Immigration and Nationality Act);

(2) an offender is a stateless person whose habitual residence is in the United States.

(3) after the conduct required for the offense occurs an offender is brought into or found in the United States, even if the conduct required for the offense occurs outside the United States.

(4) the offense occurs in whole or in part within the United States.

(5) the offense occurs in or affects interstate or foreign commerce; or

(6) an offender aids or abets any person over whom jurisdiction exists under this paragraph in committing an offense under subsection (a) or conspires with any person over whom jurisdiction exists under this paragraph to commit an offense under subsection (a).

The Location of 11 Farrand Park, My window overlooks Gran Liquor store , which sits on the South side of Woodward as my Apartment  at 11 Farrand Park sits on the North Side of Woodward . So I can see Gran Liquor store from my Living room, Kitchen and bathroom windows.    In which Chief of Police Caldwell then of Highland Park  started to "hang out"  at nights at Gran liquor store , first towing all the cars in the parking lot , then that same tow truck company burned down  Gran Liquor store . One night I was sitting in my window watching traffic go by. The tow truck had pulled up in the front of Gran liquor store , but there wasn't any cars to tow .. so the tow truck driver went to the back of Gran liquor store and  climbed to the roof and set the  Beauty supply store on fire which spread to  Gran liquor store , then the tow truck driver ran from the back of the  Beauty supply store which is the alley and jumped into his Tow truck and drove off Chief Caldwell and The Tow Truck Driver  committed Arson in the first degree **1. First Degree Arson**. The willful or malicious burning of any of the following. First degree arson is a felony, punishable by life or any term of years, a $20,000 fine / 3 times the

value of the destroyed property, or both. **MCL 750.72**. It is a B felony under the sentencing guidelines. **MCL 7707.16c**.

a. A multi-unit building or in which 1 or more units are dwellings. **MCL 750.72(1)(a)**.

b. Any building, structure, or real property if the fire results in physical injury to any individual. **MCL 750.72(1)(b)**.

c. A mine. **MCL 750.72(1)(c)**.

i. It is not a defense that the defendant set fire to his or her own property. **MCL 750.72(2)**.

. I called Jacob( An Arab)  a Wayne County Sheriff   deputy because his uncle owned the liquor store that Chief Caldwell had the Tow Truck company  Set the complex on Fire starting with The Beauty Supply store then Gran Liquor all in one  Shot the complex burned  down and Chief  of Police Caldwell conspired with the Tow Truck company to Burn down Gran Liquor store first towing all the vehicles   that was parked overnight , then sending that very same Tow Truck driver to Burn down  Gran Liquor store Which have Richard Steve Goldberg a chance to Roam around once the  foot traffic to  Gran Liquor store was Burned down. As I had reported to the F.B.I.  That Richard Steve Goldberg lived across the Hallway from me at 11 Farrand Park , I stayed at 409 ,  I woke Ali and told him what had just happened , how the Tow Truck driver that had been towing everybody car since Chief Police Caldwell  been at Gran Liquor store  just set the store on fire . It was like Chief Caldwell cleared all the cars out the parking lot to have the store burned down because Richard Steve Goldberg lived around the corner from Barbara Jordan elementary school  and on his side of the building he could see the school kids coming and going but Chief Caldwell had just  stopped the day to day traffic in the area that Kept Richard Steve

Goldberg in his apartment  rather than roaming around. I also   the FBI because I had been on

tether and just come off of tether. I could see everything from my apartment building. From

Chief Caldwell hanging out at Gran Liquor store, towing all the cars left over night . For years

Johnny the owner of Gran Liquor store allowed people to park in his lot it made sure no one

broke into the liquor store because everybody was watching they cars in  Johnny liquor store .

The second incidence is on Ferris  in Highland Park  where Richard Steve Goldberg moved next

to the  Boys and Girls Club at 24 Ferris Street -  Highland Park  Michigan 48203  . Richard Steve

Goldberg was added to the FBI 10 most wanted Fugitives list. Richard Steve Goldberg is an

Aerospace Engineer  which is the primary field of engineering concerning with the development

of aircraft and spacecraft – which  leads to Chief  of  Police Caldwell involvement in the

Terrorism – with Aaron Labarrie – Osama Bin Laden Number 2 – Chief Caldwell  was getting

Terrorism information on how to attack Airplanes from Richard Steve Goldberg -  in the name of

"Al-Qaeda" while detaining  Aaron Labarrie- Osama Bin Laden number 2  while they made

Terrorist Tapes together  with Chief of Police Caldwell being in charge of the Terrorist Tapes .

Aaron Labarrie gave  me a timeline that this  has been going on ever since Chief Caldwell was a

narcotics officer and Mayor  Huebert Yopp was in his first term as Mayor of Highland Park

Michigan , 48203  , adding that  Mayor Yopp and Osama Bin Laden  number 2 – Aaron Labarrie

had the same   the same drug dealer  of Crack cocaine in which  Aaron Labarrie- Osama Bin

Laden Number 2 – had been shot by the drug dealer after he demanded that the drug dealer give

him "more crack".  The time line that Aaron Labarrie-Osama Bin Laden number 2 -   gave me –

I immediately called   the person I was working  undercover for which is FBI agent  Chris Hess-

7 and told him about Aaron Labarrie. FBI agent Chris Hess- 7 did answer the phone and took

down the information that I had given him. Because Gustavo Guerrero – Osama Bin Laden –

number 2 was fighting me over the Book Terrorism Today , The Past the Players and the Future,

by Simonsen &  and Spinlove – the Book gave a location where the Government thought  Osama

Bin Laden was in Pakistan near  Lahore where the Indians were burning an effigy of Osama Bin

Laden and the Both Osama Bin Ladens  started to fake their deaths through more Terrorist tapes ,

in other words both Bin Ladens  was trying to fake they death, exactly as the book said , so  I

gave  Chris Hess- 7 Aaron Labarrie  name as being one of the Osama Bin ladens in the Terrorist

tapes where Osama Bin Laden in on Tape making his demands on America . I also wrote an FBI

report on how the Detroit Rescue Mission where Aaron Labarrie – Osama Bin Laden number 2

started working  - that they was pulling out his teeth with no pain medicine  to put into someone

elses  mouth , Aaron Labarrie teeth had black stains. – Later Aaron Labarrie number 2 and Chief

of Police Caldwell lived in the same apartment complex in Highland Park, by this time I'd

already been police  brutalized  by Srgt. Stevenson of Highland Park for going to the FBI with

the Terrorist  names addresses and phone numbers then on  2 days later in November 7th ,2007 I

was  put in a cruxcifix  with 2 pairs of handcuffs and beaten for implementing  Chief  of Police

Caldwell  involvement in The Domestic Terrorism. In which Officer Rikki of Highland Park

Police refused to take my police report because it involved their  Chief Of Police and while I was

handcuffed in a cruixfix with two pairs of Hand Cuffs , Officer Rikki stated that I shouldn't been

talking about their Chief , who was  Chief Of Police Caldwell who was the overseer of the

Osama Bin laden Terrorist tapes , which was domestic  Terrorism  in which the  Chief of Police

is supposed to invite the FBI into their Department if they suspect Terrorism because of

Jurisdictional laws .  Evidence will show that Chief of Police Caldwell didn't  invite the FBI into

Highland Park because  he  the Chief of Police was involved in the  direct Domestic  Terrorism

of the Osama Bin Laden  Terrorist tapes , and therefore he didn't want the FBI in Highland Park

. And that I was being beaten by Srgt, Stevenson for going to the FBI in the physical with Terrorist information about  Chief of Police Caldwell involvement and the  Terrorist phone numbers ,  addresses and places of employment .  Srgt. Stevenson immediately went into my phone log as I had a  flip phone without a pin ,  which  there was no scope and manner for Srgt. Stevenson to search through my phone numbers The Manner refers to the physical  steps the police can take to find evidence( evidence that I had just given the FBI because Police Chief Caldwell was Involved in the Terrorism) The Scope refers to the scope of the search ,based on the object of the search . As Srgt. Stevenson had no search warrant to go through my phone log. The

Supreme Court ruled that police generally need a search warrant to review cell phone records that include data like a user's location, which will impose a higher bar for law enforcement to access data collected on the millions of people who use smartphones on a daily basis.

The plaintiff in the case, Timothy Carpenter, was convicted of multiple robbery and gun offenses in 2010 but challenged the conviction saying that officers investigating the case didn't get a warrant for his cell phone records. The government argued that law enforcement doesn't need a warrant to get cell phone records from the service provider since it's a third party.

The Court ruled that the government's search, in this case, did not meet the bar for probable cause for a warrant because investigators only had to show that argue the cell phone data might be related to an ongoing investigation in order to get access to it from the cell phone provider.

A man checks his cell phone as he waits in line to enter the Supreme Court to hear Carpenter v. United States Nov. 29, 2017 in Washington, DC. Alex Wong/Getty Images

"                                    'Chief Justice John Roberts wrote in the majority decision that the

government is obligated to get a warrant before compelling a wireless provider to

provide cell phone records in an investigation."   Because Chief of Police -

Caldwell / Ponytail was involved in Domestic Terrorism as well I had to go to the

FBI directly. Right Before Srgt. Stevenson assaulted me in Highland Park Police

Station on November 7, 2007 she went through my Phone log that I had just given

to the FBI on that Monday  November 5[th,]  2007 and was beaten by Srgt.

Stevenson on Wednesday November 7th  2007.

Police Chief Caldwell had been a part of the Domestic Terrorism which is

domestic terrorism - terrorism practiced in your own country against your own people; "the

1995 bombing of a federal building in Oklahoma City was an instance of domestic terrorism"

act of terrorism, terrorism, terrorist act - the calculated use of violence (or the threat of

violence) against civilians in order to attain goals that are political or religious or ideological in

nature; this is done through intimidation or coercion or instilling fear

Based on WordNet 3.0, Farlex clipart collection. © 2003-2012 Princeton University, Farlex Inc.

Domestic terrorism means "activities that--

(A) involve acts dangerous to human life that are a violation of the criminal laws of the United

States or of any State.

(B) appear to be intended--

(i) to intimidate or coerce a civilian population.

(ii) to influence the policy of a government by intimidation or coercion; or

(iii) to affect the conduct of a government by mass destruction, assassination, or kidnapping; and

(C) occur primarily within the territorial jurisdiction of the United States." (18 USCS § 2331)

11 Farrand Park closed down in 2008 and everyone had to move -The building was falling behind in taxes . As  I relocated I moved to  730 Whitmore , after about 1 year   of living there the Manager Charles Belanger came to me with a Job Offer   which was to record  in Excel and collect the Money order for Rent for Apartment Buildings 725 and 730 Whitmore ,  Detroit Michigan 48203 . As I worked for Charles Belanger He hired Gregory McKay as the maintenance man . Gregory  McKay and I  had a relationship outside of work which later became sexual as in line with  Al- Qaeda  coming to ask me will I take care of the fathers and I told the FBI the Terrorist was using me as a sex toy . Gregory McKay came to me saying his roofing Boss Bob Codden wants  him to Kill  this lady  Jane Bashara and her entire family . Bob Codden is the Ku Klux Klan dues paying member  that lives and works in Gross Pointe Michigan .   Bob Codden also owned a Roofing company where Gregory McKay did roofing in Gross Pointe.  He had come to work for Charles Belanger because it was too cold to get on the roof ; but Bob  Codden and KKK member  had put a Hit out on Jane  Bashara and her entire family.  Again I let the FBI know through an FBI report,  while Jane Bashara was still alive ,  because  Gregory McKay came to me a year before  Jane Bashara was murdered with  the proposition to kill Jane Bashara and her entire family .  Firsthand Knowledge  of Informants and other third parties  :

The second  major category of probable cause to arrest cases  hinges on information  that results from firsthand knowledge , As I was giving Chris  Hess-7 firsthand knowledge of the Domestic

Terrorism as well as the whole of the FBI  Detroit office as I was  seen countless duty agents about the Terrorism.

At this point  I still had not been paid by the FBI for the work that I was doing for them working inside of Al- Qaeda  with the leaders of Al-Qaeda  who were looking for a way to fake their terrorism deaths  or kill off their Character Osama Bin Laden  who helped to start  Al- Qaeda .

Which brings me to the Equal Pay act of 1963 . I also went to the E.E.O.E. and the FBI giving the Duty agent the Terrorist information for Chris Hess-7 , and David Harmon.   In  2016 because the payment I was getting from Sahar  Odurn was pretextual meaning it said for enrolling new accounts with Assurance Wireless  Lifeline - but it was actually for handling and maintaining the whereabouts of Terrorists for FBI agent Chris Hess-7 David Harmon ,  that was working at his locations of business. Such as  Omar Mateen – the Florida Gay  night club shooter who is alive and well ,- who called the Florida Police and told them he Works for the Mujahideen , and then preceded to shoot up the Gay Night club – Mullah Krekar aka  Najmuddin Faraj  Ahmad - the leader of the Kurds in Iraq  ,  The Supreme Ruler of Dubai – Rashid Al-Maktoum , and Abu "ali" Bakr Al- Baghdadi . According to Spindlove and Simenson, 2004 , states , " The founder of Islam , Prophet Muhammad died in 632 AD . Abu Bakr became caliph , or the one who comes after . Abu Bakr wanted everyone around the world to follow Islam and to submit to Allah ". He then sat about to organize , convert and subjugate  the entire world  to whom he believed was the one True God, Allah." A century after Mohammad's death  the lands of Islam under Arab leadership  stretched from Spain  in the west  across North Africa  and most of the modern  Middle East into Central Asia and northern  India . ( Spindlove & Simenson ,2004 pg.31)

I worked at 9731 Harper doing Assurance Wireless lifeline phones while  Omar Mateen came to Detroit to work – to  take charge of the Gay want to be  Terrorist and to provide Protection to all because Omar Mateen asked me who was  bothering me ( I wanted to tell him how Qari Bilal Kidnapped my son but I stayed away from that subject because  he will shoot up  the club, your house , etc)  , The Supreme Ruler of Dubai , and Mullah Krekar  who helped to flip  the leader of ISIS  Abu Bakr Al- Baghdadi  to America's side  and to   President Donald Trump # 45 so America  could keep the Oil ISIS( Israeli Secret Intelligence Services)  was holding hostage in Iraq as one of their assets , and gain intelligence about  ISIS as a whole .      Again another Oil War  which  the Supreme Ruler of Dubai , Mullah Krekar and Omar Mateen and Mullah Krekar Son  help to  bring Abu Bakr Al- Baghdadi   to America and his family  to flip the Leader of ISIS to American side of the military so that American can gain the oil and the upper hand to ISIS … But I was called in to witness for the FBI  exactly what was going on at 9731 Harper and Gratiot Farmer John's food Center .. Sahar Odurn also set me up with KIM  JONG UN Momma  while doing Assurance Wireless Lifeline  Government Free Phones, because in 2002 I was arrested after I witnessed his secret detention   -  The Equal Pay Act of 1963 is a United States labor law amending the Fair Labor Standards Act, aimed at abolishing wage disparity based on sex. It was signed into law on June 10, 1963, by John F. Kennedy as part of his New Frontier Program. I'm also asking for  Retirement benefits , Medicare , and Overtime and SSDI  ( Because I am disabled , I have chronic Kidney stones called Cystine, which is important because all the Arabs at 820 W. McNichols who was going to medical school started researching Cystine kidney stones – that's how they know its me, I am who I am ) . working for the FBI gathering Terrorist

information for the Detroit FBI office and well as the Joint Terrorism Task force as they came to my house looking for Gregory McKay who absconded from the JTTF. While Gregory McKay was absconded  from the  JTTF , he sucker punched me and knocked me down to the ground and split my forehead open where I needed 4 stitches I stabbed Gregory McKay  after I got off the ground I  apprehended  him for the JTTF but the police arrested me and took Gregory McKay to the hospital where he Absconded from the JTTF again although I had caught him , all the police had to do was arrest him , but they arrested me causing the JTTF to come to my home  to help re-apprehend Gregory McKay.  So Gregory McKay was on the run with a stab wound to the leg. Detroit police  the 12 precinct had kidnapped me for 2 weeks holding me against my will in a false arrest because Gregory McKay was a wanted fugitive by the  Joint Terrorism Task Force which is division of   Homeland Security ,and I had the right to protect myself against a wanted fugitive who had been  involved in Jane Bashara murder , and Vladimir Putin .-   Detroit Police Department should be charged with False arrest, .

1. sometimes known as false imprisonment or wrongful arrest, occurs when someone wrongfully holds you against your will or takes you into custody. Both private persons and law enforcement agents can commit this crime when they act beyond or outside of the scope of their authority.

False arrest is a crime and a civil harm, enabling the victim to sue for damages in a civil lawsuit.

### What Constitutes a "False Arrest?"

Someone who intentionally and wrongfully limits or restricts another person's personal freedoms, against the victim's consent, commits the crime of false arrest or false imprisonment. For example, keeping someone locked in your home against that person's will is false arrest.

Kidnapping is closely related to false arrest because both involve an unlawful detention of a victim. Kidnapping is also a more serious crime because the kidnapper intends to harm the victim, hold that person for ransom, or otherwise facilitate the commission of a felony offense. Some states also require that you move the victim from one place to another in order to commit a kidnapping.

Because false imprisonment involves the same basic actions as kidnapping, but without the more serious intentions, it's known as a "lesser included offense" of kidnapping.

Again violating my Fourth amendment Right , within the scope and immunities of working at the behest of the F.B.I.  "Citizens may resist *unlawful* arrest to the point of taking an arresting officer's life if necessary." *Plummer v. State*, 136 Ind. 306. This premise was upheld by the Supreme Court of the United States in the case: *John Bad Elk v. U.S.*, 177 U.S. 529. The Court stated: "Where the officer is killed in the course of the disorder which naturally accompanies an attempted arrest that is resisted, the law looks with very different eyes upon the transaction, when the officer had the right to make the arrest, from what it does if the officer had no right. What may be murder in the first case might be nothing more than manslaughter in the other, or the facts might show that no offense had been committed."

"An arrest made with a defective warrant, or one issued without affidavit, or one that fails to allege a crime is within jurisdiction, and one who is being arrested, may resist arrest and break away. Lf the arresting officer is killed by one who is so resisting, the killing will be no more than an involuntary manslaughter." *Housh v. People*, 75 111. 491; reaffirmed and quoted in State v. Leach, 7 Conn. 452; State v. Gleason, 32 Kan. 245; Ballard v. State, 43 Ohio 349; State v Rousseau, 241 P. 2d 447; State v. Spaulding, 34 Minn. 3621.

The assault of  My persons by Gregory Mckay where he sucker punched me in a blaze attack was at the back entrance of my apartment building 900  Whitmore :  When a person, being without fault, is in a place where he has a right to be, is violently assaulted, he may, without retreating, repel by force, and if, in the reasonable exercise of his right of self defense, his assailant is killed, he is justified." *Runyan v. State*, 57 Ind. 80; Miller v. State, 74 Ind. 1.

I'm Being assaulted  when I refuse sex to the Terrorist  like Gregory McKay , and when they have absconded from the Joint Terrorism Task Force I did  my part to apprehend him when he assaulted me  in a blaze attack  by sucker punching me , where I injured him  by stabbing him where he had to call 911 for help , even – though he was wanted by the JTTF, because he was bleeding from the thigh  and couldn't walk.  Again another Job for the FBI and JTTF  that I worked in the capacity that I know how to help apprehend Terrorist Fugitives  that they looking for  ;  without blowing my own cover.

"These principles apply as well to an officer( Like  federal Case 14238 where Srgt Stevenson assaulted me while in a crucifix with 2 pairs of handcuffs  and then I was deposed about Osama Bin laden being in Highland Park Michigan )  attempting to make an arrest, who abuses his authority and transcends the bounds thereof by the use of unnecessary force and violence, as they

do to a private individual who unlawfully uses such force and violence." *Jones v. State*, 26 Tex. App. I; Beaverts v. State, 4 Tex. App. 1 75; Skidmore v. State, 43 Tex. 93, 903.

Gregory McKay also told me he had a Penn in his pocket . Then Officer D. Penn of the Detroit police department in 2 separate police precincts pulled me over . Once near Cadiuex where Gregory McKay was living and once on Gratiot near Van Dyke near Kim Jong UN momma's beauty supply store at 7651 Gratiot . Gregory McKay told me repeatedly the KKK was investing into Black Hair care – which translated into Kim Jong UN Beauty Supply store  at 7651 Gratiot Detroit Mi. 12027 Woodward – Highland nails and 230 W. McNichols …

I gave Hamid Karzi , Mullah Krekar- The Leader of the Kurds in Iraq  , Mullah Krekar Son , Abu Bakr Al- Baghdadi the leader of ISIS , Rashid Al- Maktoum- The Holy Supreme Ruler of Dubai  , Omar Mateen- The Florida gay Night Club Shooter  location to the FBI  in 2017 after I finished the Job which resulted in Donald Trump claiming victory over the oil  in  Syria near a border of Iraq , TANF. According to the  Guardian , " The US military has started reinforcing its positions around oil fields in eastern Syria, saying the new deployments are part of its continuing counter-terrorist mission after the killing of the Islamic State leader, Abu Bakr al-Baghdadi."

General Mark Milley, the chairman of the joint chiefs of staff, said on Monday that US forces would remain in Tanf along the Iraqi border, and more were being sent to the oil fields around Deir Ezzor in eastern Syria.



Visual guide to the raid that killed Isis leader Abu Bakr al-Baghdadi

Video footage from the region showed US military convoys re-entering Syria, days after Donald Trump had ordered them out in advance of a Turkish invasion. The change of mind reportedly came after Pentagon officials persuaded the president that it was essential to protect east Syrian oil resources.

"Keep the oil, I've always said that. We've secured the oil," Trump told a police chiefs' conference on Monday. The president has said that his aim would be to secure a US share of Syrian oil revenues, which is potentially a war crime.

The defense secretary, Mark Esper, claimed that the objective of the deployment was to guard the oil fields to prevent the revenues benefiting Isis but also to keep them out of Syrian regime or Russian control, so that the benefits went to the Kurdish-led Syrian Democratic Forces (SDF).

Important note: This article was amended on 31 October 2019 to omit a reference to the US energy corporation ConocoPhillips, which no longer operates the gas plant – still sometimes referred to as Conoco - near Deir Ezzor.) https://www.theguardian.com/us-news/2019/oct/28/syria-us-troops-oil-fields-isis

Abu Bakr Al- Baghdadi is still alive despite reports of his killing due to the nature of the transition Abu Bakr Al- Baghdadi/Ali/ John… made into America at 9731 Harper Detroit Michigan at  Farmer Johns Food Center , and the role the FBI Detroit  Field office plays in it. If I go back  to what Osama Bin Laden number 2 told me  as suggestions and analogies ; and Donald Trump said referring to Abu Bakr Al- Baghdadi as a "dog". Aaron Labarrie – Osama Bin Laden number 2 suggestions was his uncle let the dogs shit all over the floor at 145 Tyler , Highland Park , Michigan. 48203  that's why he does not be there anymore . Remember Kim Jong UN also shitted all over the floor of his secret detention the abandoned McDonalds. On Mack and Peck. Off Conner.

According to the  Guardian ,   "Baghdadi's remains were then transported to a secure facility to confirm his identity with forensic DNA testing, and the disposal of his remains has been done, and is complete, and was handled appropriately," Milley said. He would not confirm a Fox News report that the remains had been buried at sea, like those of Osama bin Laden in 2011. https://www.theguardian.com/us-news/2019/oct/28/syria-us-troops-oil-fields-isis

From what I saw at 9731 Harper Farmer John's Food  Center -  Detroit  Michigan . America ; Specifically Donald Trump gave  Abu Bakr Al- Baghdadi  the right to be in America for his contribution to America's  oil supply an lead information on ISIS as a Terrorist organization  – if not then Russian  ISIS militants will claim the Oil in Syria

which down the line benefits Vladimir Putin's  agenda into the Cold war and the

proliferation of Black Market weapons by the KGB – who may be seniors but still very

dangerous around the globe because now they are very well practiced and learned in

their  techniques into coming in and out of America – The United States without being

recognized by  Michigan State  Attorney General as with Vladimir Putin being in

Highland Park Michigan at 14333 Woodward  as a Spy , or espionage , into American

Politics in 2013  and trying to manipulate Black people to thinking "He" is the better

white man against  Black America's -  Caucasian oppressors."

18 U.S. Code § 951. Agents of foreign governments

**(a)**

Whoever, other than a diplomatic or consular officer or attaché, acts in the United States as an

agent of a foreign government without prior notification to the Attorney General if required in

subsection (b), shall be fined under this title or imprisoned not more than ten years, or both.

**(b)**

The Attorney General shall promulgate rules and regulations establishing requirements for

notification.

**(c)**

The Attorney General shall, upon receipt, promptly transmit one copy of each notification

statement filed under this section to the Secretary of State for such comment and use as the

Secretary of State may determine to be appropriate from the point of view of the foreign relations

of the United States. Failure of the Attorney General to do so shall not be a bar to prosecution under this section.

**(d)** For purposes of this section, the term "agent of a foreign government" means an individual who agrees to operate within the United States subject to the direction or control of a foreign government or official, except that such term does not include—

**(1)**

a duly accredited diplomatic or consular officer of a foreign government, who is so recognized by the Department of State;

**(2)**

any officially and publicly acknowledged and sponsored official or representative of a foreign government;

**(3)**

any officially and publicly acknowledged and sponsored member of the staff of, or employee of, an officer, official, or representative described in paragraph (1) or (2), who is not a United States citizen; or

**(4)**

any person engaged in a legal commercial transaction.

**(e)** Notwithstanding paragraph (d)(4), any person engaged in a legal commercial transaction shall be considered to be an agent of a foreign government for purposes of this section if—

**(1)**

such person agrees to operate within the United States subject to the direction or control of a foreign government or official; and

**(2)** such person—

**(A)**

is an agent of Cuba or any other country that the President determines (and so reports to the Congress) poses a threat to the national security interest of the United States for purposes of this section, unless the Attorney General, after consultation with the Secretary of State, determines and so reports to the Congress that the national security or foreign policy interests of the United States require that the provisions of this section do not apply in specific circumstances to agents of such country; or

**(B)**

has been convicted of, or has entered a plea of nolo contendere with respect to, any offense under section 792 through 799, 831, or 2381 of this title or under section 11 [1] of the Export Administration Act of 1979, except that the provisions of this subsection shall not apply to a person described in this clause for a period of more than five years beginning on the date of the conviction or the date of entry of the plea of nolo contendere, as the case may be.

EASTERN DISTRICT OF MICHIGAN - UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN - UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN - UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN - UNITED STATES DISTRICT COURT

References:

1. United States EEOC –

2. Character and cops Ethic in Policing – Fifth Edition Edwin Dalattre

3. Terrorism  the Bottom Line – Nathan Yungher  1st Edition

4. Terrorism Today – the Past the Players , the Future  2nd  Edition – Spindlove & Simonsen

5. Criminal Procedure – from first contact to Appeal  3rd Edition  Worrall  Prentice Hall

6. Encyclopedia Britannica – the definition of  Military Company

7. Wikipedia .org – The Oil  History – Opec Deals

8. WordNet 3.0, Farlex clipart collection. © 2003-2012 Princeton University, Farlex Inc.

9. Cornell Law -https://www.law.cornell.edu/rules/frcp

10. The Journal Of Law In Society – Wayne State  University  law School In

Partnership with Damon J. Keith  center for Civil Rights  focused commentary on

: Governance  Volume 13 no.1)

11. https://www.law.cornell.edu/uscode/text/18/2331

12. https://www.history.com/this-day-in-history/osama-bin-laden-killed-by-u-s-forces

By Charlie Savage

13. https://www.wsws.org/en/articles/2006/11/fire-n11.html

The commentary on Catch a Fire about Patrick Chamusso

14. In United States of America  v. Ourmar Issa, Harouna Toure and Idriss Abdelrahman  -

which was a Narco -Terrorism case of the FARC who is a Columbian  Terrorist Narcotics group

which is related to Gustavo Guerrero.  And How the FARC joined onto Al Qaeda .

A case in the United States district court Southern District of New York.

15. https://www.theguardian.com/us-news/2019/oct/28/syria-us-troops-oil-fields-isis

16. Palestine Peace Not Apartheid by  Former President Jimmy Carter .

17. You Tube Full interview of Tupac outside court house NY Courthouse

https://www.youtube.com/watch?v=o9j8fs6SSfc

November 29, 1994

18. https://www.bing.com/search?q=induction+to+empirical+research&form=EDNT

HT&mkt=en-

us&httpsmsn=1&msnews=1&rec_search=1&plvar=0&refig=6db932e8ad96419df

f39e704f2458b97&PC=HCTS&DAF1=1&sp=-

1&ghc=1&pq=induction+to+empirical+research&sc=1-

31&qs=n&sk=&cvid=6db932e8ad96419dff39e704f2458b97

19. Crime Analysis and Crime Mapping Rachel Boba ,2005 Sage Publications , Inc

20. https://www.history.com/topics/21st-century/patriot-act     A & E Television

Networks  article : The Patriot Act  revised  August 21, 2018

21. Catch a Fire – The real Life story of Patrick Chamusso . Commentary  by Joanne

Laurier .